

United States District Court
Western District of Washington

BUNGIE, INC.,

Plaintiff(s)

V.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, JOHN DOE NO. 1 A/K/A "SLYTIGER" A/K/A ARTHUR S. ADERHOLT, JOHN DOE NO. 2 A/K/A "BADGER," JOHN DOE NO. 3 A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," JOHN DOE NO. 5 A/K/A "YIMOSECAI," JOHN DOE NO. 6 A/K/A "RIDDELL," JOHN DOE NO. 7 A/K/A "PISKUBI93," AND JOHN DOES NO. 8-20,

Defendant(s)

Case Number: 2:21-cv-01112

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Dylan M. Schmeyer _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Bungie, Inc.

The particular need for my appearance and participation is:

Bungie has retained my firm and I am second chair in the above captioned action.

I, Dylan M. Schmeyer _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/18/2021 _____

Signature of Applicant: s/ Dylan M. Schmeyer _____

**Pro Hac Vice Attorney**

Applicant's Name: Dylan M. Schmeyer

Law Firm Name: Kamerman, Uncyk, Soniker & Klein, P.C.

Street Address 1: 2600 S. Rock Creek Parkway

Address Line 2: #36-202

City: Superior   State: CO   Zip: 80027

Phone Number w/ Area Code 719-930-5942   Bar # 50573   State CO

Primary E-mail Address: dschmeyer@kusklaw.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: dmschmeyer@gmail.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Dylan M. Schmeyer is unable to be present upon any date assigned by the court.

Date: 8/18/2021   Signature of Local Counsel: s/ Brian W. Esler

Local Counsel's Name: Brian W. Esler

Law Firm Name: Miller Nash LLP

Street Address 1: Pier 70

Address Line 2: 2801 Alaskan Way, Suite 300

City: Seattle   State: WA   Zip: 98121

Phone Number w/ Area Code (206) 624-8300   Bar # 22168



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4.  By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6.  By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __8/18/2021__ Signature  s/__Dylan M. Schmeyer_____

*(Pro Hac Vice applicant name)*