UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | CASE NO. 2:21-cv-01112-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ELITE BOSS TECH INCORPORATED ET AL., | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Upon consideration of the parties' Stipulated Motion for Extension of Scheduling Deadlines (Dkt. No. 23), the Court shall not issue a trial schedule until the parties submit an updated Joint Status Report. The parties are DIRECTED to file a Joint Status Report by **May 19, 2022**, to update the Court on the prospects of settlement and the status of any defendant(s) who have not yet appeared. Given that the deadlines the

MINUTE ORDER - 1

parties seek to extend were internally set by the parties, the Court shall take no action with respect to them.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 5th day of April 2022.

s/ Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk

MINUTE ORDER - 2