The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, JOHN DOE NO. 1 A/K/A "SLYTIGER" A/K/A ARTHUR S. ADERHOLT, JOHN DOE NO. 2 A/K/A "BADGER," JOHN DOE NO. 3 A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," JOHN DOE NO. 5 A/K/A "YIMOSECAI," JOHN DOE NO. 6 A/K/A "RIDDELL," JOHN DOE NO. 7 A/K/A "PISKUBI93," AND JOHN DOES NO. 8-20,

    Defendants.

Case No. 2:21-cv-01112-TL

UPDATED JOINT STATUS REPORT PER DKT. NO. 24

The parties, through their undersigned counsel, hereby provide this Updated Joint Status Report pursuant to the Court's order of April 5, 2022.  Dkt. No. 24.

All Defendants whose identity is known to Plaintiff have now been served.  Defendants Robert James Duthie Nelson, Elite Boss Tech, Inc., and 11020781 Canada, Inc. (the "Settling Defendants") have appeared, and Plaintiff Bungie has reached a settlement in principle with

UPDATED JOINT STATUS REPORT - 1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

them. Bungie and the Settling Defendants expect to file a joint stipulated motion for entry of a consent judgment in connection with that proposed settlement soon.

DATED this 19th day of May, 2022.

By: s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

Akiva M. Cohen, New York Bar No. 4328969
(Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
1700 Broadway
New York, NY 10019
Telephone: (212) 400-4930
Email: acohen@kusklaw.com

Dylan M. Schmeyer, Colorado Bar No. 50573
(Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
2600 S. Rock Creek Parkway #36-202
Superior, CO 80027
Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

Attorneys for Plaintiff

UPDATED JOINT STATUS REPORT - 2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

| | |
|---|---|
| 1 | By: s/ *Lance C. Venable* |
| 2 | Lance C. Venable |
|   | The Law Office of Lance C. Venable, PLLC |
| 3 | 4939 W. Ray Rd. |
|   | Suite 4-219 |
| 4 | Chandler, AZ 85226-2066 |
|   | Tel: 602-730-1422 |
| 5 | Email: lance@venableiplaw.com |
| 6 | |
|   | Duncan C. Turner |
| 7 | Badgley Mullins Turner PLLC |
|   | 19929 Ballinger Way, Suite 200 |
| 8 | Seattle, WA 98155 |
|   | Phone: 206-340-5907 |
| 9 | Fax: 206-621-9696 |
| 10 | Email: dturner@badgleymullins.com |
| 11 | Attorneys for Defendants |
|    | Robert James Duthie Nelson, Elite |
| 12 | Boss Tech, Inc., 11020781 Canada, Inc. |

4894-8378-3968.1

UPDATED JOINT STATUS REPORT - 3
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121