UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELITE BOSS TECH, INC., et al., <br><br> Defendants. | CASE NO. 2:21-cv-01112-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) With regard to the consent judgment referenced in the Joint Status Report (Dkt. No. 25), Plaintiff and Defendants Robert James Duthie Nelson, Elite Boss Tech, Inc., and 11020781 Canada, Inc. ("the Settling Defendants") shall file the proposed consent judgment **within forty-five (45)** days of this Order (*i.e.*, **by July 18, 2022**).

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 2nd day of June 2022.

MINUTE ORDER - 1

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2