UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

      v.

ELITE BOSS TECH, INC., et al.,

                Defendants.

CASE NO. 2:21-cv-01112-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff is DIRECTED to file proof of service on Defendant Daniel Fagerberg Larsen by **Wednesday, July 13, 2022**.

(2) Plaintiff is further DIRECTED to file an updated Joint Status Report **no later than Wednesday, July 13, 2022,** advising the Court of its specific plans and timeline for

further litigation with respect to non-settling Defendants Daniel Fagerberg Larsen and John Does 2–20.[1]

Dated this 6th day of July 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

---

[1] The Court understands that John Doe No. 1 is not a distinct individual, as "Slytiger" and "Arthur S. Aderholt" are names used by Defendant Robert Nelson, the sole owner of Defendant Elite Boss Tech, Inc. Dkt. No. 20 at 3–4 and n.1.