# CERTIFICATE

**Haagerconvention of 15/11/1965 - service of foreign civil and commercial legal documents in other countries.**

Reference No of the transmitting agency: 2021-4012-7892 / 2:21 CV 01112 MJP
Reference No of the receiving agency: 72/2021

The undersigned authority has the honour to certify in conformity with the article 6 of the Haager Convention

1. ☒ that the document has been served

    the (date) _____2021.10.15_____

    at (place, street, number) ____The Court in Kolding____ Kolding Åpark 11, 6000 Kolding DK.

    *Retten i Kolding*

    in one of the following methods authorized by article 5:

    a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention
    b) in accordance with the following particular method _____
    c) by delivery to the addressee, who accepted it voluntarily

    ☒ This document is serviced according to Danish law with reference to the Administration of Justice Act Chapter 17. This means that the document has been serviced to the addressee by by digital transmission of the document. Document received voluntarily.

    The documents referred to in the request have been sent to:

    (identity and description of person) _Daniel Fagerberg Larsen_____

    (relationship to the addressee – family, business or other) _____

2. ☐ that the document has not been served by reason of the following facts:

    ☐ The document was attempted serviced in accordance with Danish law with reference to Administration of Justice Act Chapter 17. Service could not be completed - the addressee refused to accept the document on account of the language used.

    ☐ Other: _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes:

Documents returned: ____25/10-2021._____

In appropriate case, documents establishing the service: _____

**Done at Court of Kolding, Denmark**     2021-10-25

**Signature and/or court stamp: lilp**

*Retten i Kolding*
*Kolding Åpark 11*
*6000 Kolding*

[court seal: RETTEN I KOLDING]

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Aaron Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, MO 64131, USA<br>E: lukken@vikinglaw.us<br>T: +1.816.683.7900 | Ministry of Justice<br>Procedural Law Division<br>Slotsholmsgade 10<br>1216 COPENHAGEN K, Denmark |

Stamp: Jmt. mc 31 AUG. 2021

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

**Daniel Fagerberg Larsen**
Iver Dahlsvej 5
6640 Lunderskov

| ☒ | a) | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | b) | in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

Hague Service Convention Warning; Summary of the Document to Be Served; Summons in a Civil Action; Complaint

*\* if appropriate / s'il y a lieu*

| **Done at** / Fait à<br>Kansas City, Missouri USA<br>**The** / le       27th August 2021 | **Signature and/or stamp**<br>Signature et / ou cachet<br>*[signature]* |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐    1. that the document has been served*
       que la demande a été exécutée*

| | | |
|---|---|---|
| — | **the (date)** / le (date): | |
| — | **at (place, street, number):**<br>à (localité, rue, numéro) : | |
| — | **in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | |
| ☐ | a)    **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* | |
| ☐ | b)    **in accordance with the following particular method*:**<br>selon la forme particulière suivante* : | |
| ☐ | c)    **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐    2. that the document has not been served, by reason of the following facts*:
       que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐    **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
       Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Daniel Fagerberg Larsen**
Iver Dahlsvej 5
6640 Lunderskov

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Columbia Legal Services
101 Yesler Way
Seattle, WA 98104, USA
Tel. +1.206.464.1122

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, MO 64131, USA<br>E: lukken@vikinglaw.us<br>T: +1.816.683.7900 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | **Plaintiff:** Bungie, Inc.<br>**Defendants:** Elite Boss Tech Incorporated; 11020781 Canada Inc.; Daniel Fagerberg Larsen; Robert James Duthie Nelson; John Doe No. 1 A/K/A "Slytiger" A/K/A Arthur S. Aderholt; John Doe No. 2 A/K/A "Badger"; John Doe No. 3 A/K/A "Luzypher"; John Doe No. 4 A/K/A "Goodman"; John Doe No. 5 A/K/A "Yimosecai"; John Doe No. 6 A/K/A "Riddell"; John Doe No. 7 A/K/A "PISKUBI93" |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
    ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To inform the defendants of a claim against them and to demand their appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendants of, *inter alia*, copyright infringement and breach of contract. It seeks damages and injunctive relief. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court Western District of Washington at Seattle, 700 Stewart Street, Seattle, WA 98101. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| BUNGIE, INC.<br><br>*Plaintiff(s)*<br>v.<br>ELITE BOSS TECH INCORPORATED, et al.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-01112-MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Fagerberg Larsen
Iver Dahlsvej 5
6640 Lunderskov
Denmark

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian W. Esler
Miller Nash LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Stævning i et civilt søgsmål

# USA'S DISTRIKTSDOMSTOL
## for den
### Western District of Washington

| | |
|---|---|
| BUNGIE, INC. <br><br> *Sagsøger(e)* <br> v. <br> ELITE BOSS TECH INCORPORATED, et al, <br><br> *sagsøgte(r)* | Civilt søgsmål nr.   2:21-cv-01112 |

## STÆVNING I ET CIVILT SØGSMÅL

Til: *(sagsøgtes navn og adresse)*     Daniel Fagerberg Larsen
Iver Dahlsvej 5
6640 Lunderskov
Danmark

Der er anlagt en sag mod dig.

Inden 21 dage efter at denne stævning er blevet forkyndt for dig (uden at medregne den dag, du modtog den) - eller 60 dage, hvis du er USA eller et amerikansk agentur eller en embedsmand eller ansat i USA som beskrevet i Fed. R. Civ.
P. 12 (a)(2) eller (3) - skal du sende sagsøgeren et svar på den vedlagte klage eller et forslag i henhold til regel 12 i de føderale civilretlige regler. Svaret eller anmodningen skal forkyndes for sagsøgeren eller sagsøgerens advokat,
hvis navn og adresse er:     Brian W. Esler
Miller Nash LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121

Hvis du undlader at svare, vil der blive afsagt en udeblivelsesdom mod dig med henblik på at opnå det i klagen krævede.
Du skal også indgive dit svar eller din anmodning til retten.

*RETSPRÆSIDENTEN*

Dato:   19/08/21

*Underskrift af retssekretæren eller dennes stedfortræder*

# CERTIFICATE

Haagerconvention of 15/11/1965 - service of foreign civil and commercial legal documents in other countries.

Reference No of the transmitting agency: 2021-4012-7892 / 2:21 CV 01112 MJP
Reference No of the receiving agency: 72/2021

The undersigned authority has the honour to certify in conformity with the article 6 of the Haager Convention

1. ☒ that the document has been served

    the (date) _____2021.10.15_____

    at (place, street, number) ___The Court in Kolding___ Retten i Kolding, Kolding Apark 11, 6000 Kolding DK

    in one of the following methods authorized by article 5:

    a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention
    b) in accordance with the following particular method _____
    c) by delivery to the addressee, who accepted it voluntarily

    ☒ This document is serviced according to Danish law with reference to the Administration of Justice Act Chapter 17. This means that the document has been serviced to the addressee by by digital transmission of the document. Document received voluntarily.

    The documents referred to in the request have been sent to:

    (identity and description of person) __Daniel Fagerberg Larsen__

    (relationship to the addressee – family, business or other) _____

2. ☐ that the document has not been served by reason of the following facts:

    ☐ The document was attempted serviced in accordance with Danish law with reference to Administration of Justice Act Chapter 17. Service could not be completed - the addressee refused to accept the document on account of the language used.

    ☐ Other: _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes:

Documents returned: __25/10-2021__

In appropriate case, documents establishing the service: _____

Done at Court of Kolding, Denmark      2021-10-25

Signature and/or court stamp: lilp

Retten i Kolding
Kolding Apark 11
6000 Kolding

[Seal: RETTEN I KOLDING · DANMARKS DOMSTOLE]