The Honorable Tana Lin

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | BUNGIE, INC.,

11 |                  Plaintiff,

Case No. 2:21-cv-01112-TL

12 |          v.

MOTION FOR ENTRY OF DEFAULT

13 | ELITE BOSS TECH INCORPORATED,
11020781 CANADA INC., DANIEL
14 | FAGERBERG LARSEN, JOHN DOE NO. 1
A/K/A "SLYTIGER" A/K/A ARTHUR S.
15 | ADERHOLT, JOHN DOE NO. 2 A/K/A
"BADGER," JOHN DOE NO. 3 A/K/A
16 | "LUZYPHER," JOHN DOE NO. 4 A/K/A
"GOODMAN," JOHN DOE NO. 5 A/K/A
17 | "YIMOSECAI," JOHN DOE NO. 6 A/K/A
"RIDDELL," JOHN DOE NO. 7 A/K/A
18 | "PISKUBI93," AND JOHN DOES NO. 8-20,

**NOTE ON MOTION CALENDAR:
July 13, 2022**

19 |                  Defendants.

20

21 |            **MOTION FOR ENTRY OF JUDGMENT**

22 |      Pursuant to Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned

23 | counsel, hereby moves for the entry of default against Defendant Daniel Fagerberg Larsen

24 | ("Larsen") based on the following facts:

25 |      1.      The Complaint in this action was filed on August 18, 2021. *See* Docket No. 1.

26 |      2.      Defendant Larsen was served with the Complaint on October 15, 2021 pursuant to

MOTION FOR ENTRY OF DEFAULT - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1   the processes provided for in the Hague Convention on the Service Abroad of Judicial and

2   Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"). *See* Docket

3   No. 31.

4        3.      The affidavit of service attesting to such service was filed on July 6, 2022. *Id.*

5        4.      Larsen has not appeared in this action.

6        5.      As such, Plaintiff is entitled to entry of a default against Larsen.

7        SO MOVED, THROUGH COUNSEL OF RECORD.

8        DATED this 13th day of July, 2022.

9

10                                        By: s/ *Brian W. Esler*

11                                        Brian W. Esler, WSBA No. 22168
                                          MILLER NASH LLP
12                                        Pier 70
                                          2801 Alaskan Way, Suite 300
13                                        Seattle, WA 98121
                                          Telephone: (206) 624-8300
14                                        Fax: (206) 340-9599
                                          Email: brian.esler@millernash.com

15                                        Akiva M. Cohen, New York Bar No. 4328969
16                                        (Admitted *pro hac vice*)
                                          KAMERMAN, UNCYK, SONIKER
17                                        & KLEIN, P.C.
                                          1700 Broadway
18                                        New York, NY 10019
                                          Telephone: (212) 400-4930
19                                        Email: acohen@kusklaw.com

20                                        Dylan M. Schmeyer, Colorado Bar No. 50573
                                          (Admitted *pro hac vice*)
21                                        KAMERMAN, UNCYK, SONIKER
                                          & KLEIN, P.C.
22                                        750 W. 148th Ave #4216
                                          Westminster, CO 80023
23                                        Telephone: (719) 930-5942
                                          Email: dschmeyer@kusklaw.com

24                                        Attorneys for Plaintiff

25

26

MOTION FOR ENTRY OF DEFAULT - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

**<u>ORDER</u>**

2

    IT IS SO ORDERED.

3

4

DATED:_____

5

6                                      _____

7                                     Ravi Subramanian
                                     Clerk of the Court

8

4864-9314-2825.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION FOR ENTRY OF DEFAULT - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121