The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, JOHN DOE NO. 1 A/K/A "SLYTIGER" A/K/A ARTHUR S. ADERHOLT, JOHN DOE NO. 2 A/K/A "BADGER," JOHN DOE NO. 3 A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," JOHN DOE NO. 5 A/K/A "YIMOSECAI," JOHN DOE NO. 6 A/K/A "RIDDELL," JOHN DOE NO. 7 A/K/A "PISKUBI93," AND JOHN DOES NO. 8-20,

    Defendants.

Case No. 2:21-cv-01112-TL

UPDATED JOINT STATUS REPORT PER DKT. NO. 30

    Plaintiff, through its undersigned counsel, hereby provides this Updated Joint Status Report pursuant to the Court's order of July 6, 2022. Dkt. No. 30.

    Defendant Daniel Fagerber Larsen ("Larsen") is the only Defendant who has been served with the Complaint but did not appear and settle with Bungie. Information received from the settling Defendants (Elite Boss Tech, Inc., 11020781 Canada Inc., and Robert James Duthie Nelson) identified Larsen as one of the developers of the cheat software at issue in this litigation,

UPDATED JOINT STATUS REPORT PER DKT. NO. 30 - 1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

and therefore as having personal liability for the infringements, breaches, and other violations alleged in the Complaint. Plaintiff has moved for entry of a clerk's default against Larsen [Dkt. No. 32], and is working on obtaining the relevant information in admissible form for use in a motion for default judgment against Larsen. Plaintiff expects to be in position to file such a motion by the end of August, 2022.

DATED this 13th day of July, 2022.

s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

Akiva M. Cohen, New York Bar No. 4328969
(Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
1700 Broadway
New York, NY 10019
Telephone: (212) 400-4930
Email: acohen@kusklaw.com

Dylan M. Schmeyer, Colorado Bar No. 50573
(Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
750 W. 148th Ave #4216
Westminster, CO 80023
Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

Attorneys for Plaintiff

4888-7223-3257.1

UPDATED JOINT STATUS REPORT PER DKT. NO. 30 - 2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121