The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, JOHN DOE NO. 1 A/K/A "SLYTIGER" A/K/A ARTHUR S. ADERHOLT, JOHN DOE NO. 2 A/K/A "BADGER," JOHN DOE NO. 3 A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," JOHN DOE NO. 5 A/K/A "YIMOSECAI," JOHN DOE NO. 6 A/K/A "RIDDELL," JOHN DOE NO. 7 A/K/A "PISKUBI93," AND JOHN DOES NO. 8-20,

    Defendants.

Case No. 2:21-cv-01112-TL

MOTION FOR ENTRY OF DEFAULT

**NOTE ON MOTION CALENDAR:**
**July 13, 2022**

**MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned counsel, hereby moves for the entry of default against Defendant Daniel Fagerberg Larsen ("Larsen") based on the following facts:

1. The Complaint in this action was filed on August 18, 2021. *See* Docket No. 1.

2. Defendant Larsen was served with the Complaint on October 15, 2021 pursuant to

MOTION FOR ENTRY OF DEFAULT - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  the processes provided for in the Hague Convention on the Service Abroad of Judicial and

2  Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"). *See* Docket

3  No. 31.

4      3.    The affidavit of service attesting to such service was filed on July 6, 2022. *Id.*

5      4.    Larsen has not appeared in this action.

6      5.    As such, Plaintiff is entitled to entry of a default against Larsen.

7  SO MOVED, THROUGH COUNSEL OF RECORD.

8  DATED this 13th day of July, 2022.

10  By: s/ *Brian W. Esler*
    Brian W. Esler, WSBA No. 22168
11  MILLER NASH LLP
    Pier 70
12  2801 Alaskan Way, Suite 300
    Seattle, WA 98121
13  Telephone: (206) 624-8300
    Fax: (206) 340-9599
14  Email: brian.esler@millernash.com

15  Akiva M. Cohen, New York Bar No. 4328969
    (Admitted *pro hac vice*)
16  KAMERMAN, UNCYK, SONIKER
    & KLEIN, P.C.
17  1700 Broadway
    New York, NY 10019
18  Telephone: (212) 400-4930
    Email: acohen@kusklaw.com

20  Dylan M. Schmeyer, Colorado Bar No. 50573
    (Admitted *pro hac vice*)
21  KAMERMAN, UNCYK, SONIKER
    & KLEIN, P.C.
22  750 W. 148th Ave #4216
    Westminster, CO 80023
23  Telephone: (719) 930-5942
    Email: dschmeyer@kusklaw.com

24      Attorneys for Plaintiff

MOTION FOR ENTRY OF DEFAULT - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

**ORDER**

IT IS SO ORDERED.

Dated this 29th day of July 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MOTION FOR ENTRY OF DEFAULT - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121