UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ELITE BOSS TECH, INC., et al.,<br><br>        Defendants. | CASE NO. 2:21-cv-01112-TL<br><br>MINUTE ORDER RE DEFICIENT FILING |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On August 26, 2022, Plaintiff Bungie, Inc. filed on the docket an Affidavit which is actually just an email chain purportedly showing that an individual named Pato Rick had accepted service of the summons and complaint via email in a lawsuit involving Bungie. Dkt. No. 38. The filing did not include a written statement confirmed by oath or affirmation as one would expect with an affidavit. Nor did the filing provide any indication regarding the authenticity of the email, explanation of Pato Rick's

connection to the case, or for what case the individual consents to accept service of the summons and complaint.

(2) Plaintiff is directed to correct the deficient filing by no later than **September 13, 2022**.

Dated this 8th day of September 2022.

Ravi Subramanian<br>
Clerk of the Court<br>
<br>
s/ Kadya Peter<br>
Deputy Clerk