The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, JOHN DOE NO. 1 A/K/A "SLYTIGER" A/K/A ARTHUR S. ADERHOLT, JOHN DOE NO. 2 A/K/A "BADGER," JOHN DOE NO. 3 A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," JOHN DOE NO. 5 A/K/A "YIMOSECAI," JOHN DOE NO. 6 A/K/A "RIDDELL," JOHN DOE NO. 7 A/K/A "PISKUBI93," AND JOHN DOES NO. 8-20, <br><br> Defendants. | Case No. 2:21-cv-01112-TL <br><br> AFFIDAVIT OF SERVICE |

I, Kathryn Tewson, declare under penalty of perjury as follows:

1. I am a paralegal with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff Bungie, Inc. in this action.

2. On or about July 5, 2022, we learned the true identity of the "John Doe" defendant identified as "Badger" from documents received from Defendant Nelson. Those

AFFIDAVIT OF SERVICE - 1
(Case No. 2:21-cv-01112-TL)

documents also provided contact information for Patrick Schaufuss and indicated his willingness to speak to us.

1. On August 11, 2022, I emailed Patrick Schaufuss at the email address provided for "Badger" in Defendant Nelson's disclosures to inform him that Plaintiff's counsel was willing to speak with him.

2. On August 11, 2022, less than an hour after I initially emailed "Badger," "Badger" called Plaintiff's counsel and confirmed that his name was Patrick Schaufuss. He further confirmed that he was willing to accept service of the summons and complaint by email.

3. On August 11, 2022, immediately after that phone call, I emailed Patrick Schaufuss and confirmed his willingness to accept service by email.

4. Mr. Schaufuss has since retained counsel, who has since independently confirmed that Mr. Schaufuss in fact sent the email by which he confirmed his willingness to accept service by email.

5. On August 12, 2022 I served the summons and complaint in this action on Patrick Schaufuss by email, in accordance with our agreement of August 11, 2022. A true and correct copy of this email thread, including the request and acceptance of service by email and the service of the summons and complaint, is attached hereunto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States that this information is true and correct.

DATED this 8th day of September, 2022, at Bothell, Washington.

By: _/s/ Kathryn Tewson_
Kathryn Tewson