# Exhibit A

## Re: Acceptance of Service via email

Kathryn Tewson <ktewson@kusklaw.com>
Fri 8/12/2022 11:46 AM
To: Pato Rick <patrickz1984@gmail.com>
Cc: Akiva Cohen <acohen@kusklaw.com>

📎 2 attachments (972 KB)
2021-08-18 Bungie vs. EBTI et al Complaint.pdf; 2022-08-12 Schaufuss Summons.pdf;

Patrick,

Attached please find the summons and complaint in Bungie, Inc. v. Elite Boss Tech, Inc., et al.

Thanks so much,

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**


*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Thursday, August 11, 2022 2:11 PM
**To:** Pato Rick <patrickz1984@gmail.com>
**Cc:** Akiva Cohen <acohen@kusklaw.com>
**Subject:** Re: Acceptance of Service via email

Thanks so much, Patrick. I'm pulling together the documents from our side; I should have them for you within the next couple of days.

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**


*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the*

*person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

**From:** Pato Rick <patrickz1984@gmail.com>
**Sent:** Thursday, August 11, 2022 1:01 PM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Akiva Cohen <acohen@kusklaw.com>
**Subject:** Re: Acceptance of Service via email

Yes, I accept.

On Thu, Aug 11, 2022 at 9:39 PM Kathryn Tewson <ktewson@kusklaw.com> wrote:
> Mr. Schaufuss,
>
> Would you be willing to accept service of the Summons and Complaint in Bungie's lawsuit against you via email?
>
> Kathryn Tewson, Paralegal
> **Kamerman, Uncyk, Soniker & Klein P.C.**
> 
>
> *Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*