UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELITE BOSS TECH, INC., et al., <br><br> Defendants. | CASE NO. 2:21-cv-01112-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This is a civil action for copyright infringement brought by Plaintiff Bungie, Inc.

(2) On July 6, 2022, the Court entered a corrected consent judgment and permanent injunction against three settling defendants. Dkt. No. 29.

(3) On July 29, 2022, upon Plaintiff's motion, the Clerk of Court entered default against Defendant Daniel Fagerberg Larsen. Dkt. Nos. 32, 35. On July 13, 2022, Plaintiff had reported to the Court that they expected to file a motion for default judgment against

MINUTE ORDER - 1

Defendant Larsen "by the end of August, 2022." Dkt. No. 33 at 2. To date, Plaintiff has not moved for entry of default judgment against Defendant Larsen.

(4) On September 14, 2022, Plaintiff filed a corrected affidavit of service showing that John Doe #2 (Patrick Schaufuss a/k/a "Badger") has agreed to service via email. Dkt. No. 40. To date, Patrick Schaufuss has not yet appeared in the case.

(5) The Court DIRECTS Plaintiff to file a status report detailing its litigation plan and timeline with respect to each remaining defendant, including each of the unnamed Doe defendants within **fourteen (14) days** (*i.e.*, **by October 12, 2022**). The report shall also discuss what information Plaintiff still needs in order to file the motion for default judgment against Defendant Larsen and a date by which Plaintiff proposes such motion shall be filed.

Dated this 28th day of September 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk