The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, JOHN DOE NO. 1 A/K/A "SLYTIGER" A/K/A ARTHUR S. ADERHOLT, JOHN DOE NO. 2 A/K/A "BADGER," JOHN DOE NO. 3 A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," JOHN DOE NO. 5 A/K/A "YIMOSECAI," JOHN DOE NO. 6 A/K/A "RIDDELL," JOHN DOE NO. 7 A/K/A "PISKUBI93," AND JOHN DOES NO. 8-20, <br><br> Defendants. | Case No. 2:21-cv-01112-TL <br><br> STATUS REPORT |

Plaintiff Bungie, Inc., through their undersigned counsel, submit the following status report as required by the Court's Minute Order of September 28, 2022. Per the Court's Order, the Plaintiff has put together the following timeline and plan for addressing its interests.

Plaintiff has identified "Badger," one of the remaining Doe Defendants, and has contacted him. Plaintiff has now secured an agreement with the Defendant known as "Badger." Per the terms of that settlement, "Badger" will be providing Plaintiff with all documents and

STATUS REPORT - 1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

communications in his possession, custody, and control with respect to the Wallhax Enterprise. Additionally, both "Badger" and former Defendant Mr. Nelson have agreed to sit for transcribed interviews, which Plaintiff intends to conduct after review of the documents received from "Badger." Plaintiff has not yet identified any of the other Doe Defendants, and does not expect to do so unless it obtains additional information regarding the other Doe Defendants' identities from those documents or interviews. Thus, Plaintiff expects either to be able to identify the remaining Doe Defendants or, alternatively, dismiss without prejudice as to those Defendants on or before November 30, 2022.

As Defendant Larsen has failed to appear, Plaintiff moved for a clerk's entry of default on July 13, 2022, which was entered against Larsen on July 29, 2022. Plaintiff intends to file its motion for the entry of a default judgment against Larsen on or before December 30, 2022, after having reviewed the produced documents and having obtained (it expects) declarations from the identified Defendants as to Larsen's identity, specific role and actions in the enterprise, and status as a partner in the Wallhax Enterprise. While Plaintiff does not believe that such declarations are strictly necessary to obtain a default judgment against Larsen, their availability, if obtained as expected, would allow for the judgment to be based on a more detailed record.

DATED this 12th day of October, 2022.

By: s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

STATUS REPORT - 2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

| | |
|---|---|
| 1 | |
| 2 | Akiva M. Cohen, New York Bar No. 4328969 |
|   | (Admitted *pro hac vice*) |
| 3 | KAMERMAN, UNCYK, SONIKER |
|   | & KLEIN, P.C. |
| 4 | 1700 Broadway |
|   | New York, NY 10019 |
| 5 | Telephone: (212) 400-4930 |
|   | Email: acohen@kusklaw.com |
| 6 | |
|   | Dylan M. Schmeyer, Colorado Bar No. 50573 |
| 7 | (Admitted *pro hac vice*) |
|   | KAMERMAN, UNCYK, SONIKER |
| 8 | & KLEIN, P.C. |
|   | 750 W. 148th Ave #4216 |
| 9 | Westminster, CO 80023 |
|   | Telephone: (719) 930-5942 |
| 10 | Email: dschmeyer@kusklaw.com |
| 11 | Attorneys for Plaintiff |
| 12 | 4895-1105-6952.1 |

STATUS REPORT - 3
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121