The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

Defendants.

Case No. 2:21-cv-01112-TL

ORDER GRANTING MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT

[PROPOSED]

This matter having come before the Court upon Plaintiff's Motion to File Over-Length Motion for Default Judgment, and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

ORDER GRANTING MOTION FOR OVER-LENGTH BRIEF -1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  Plaintiff's Motion is GRANTED.

2

3  DATED this _____ day of _____, 2022.

4

5  _____
   Tana Lin
6  UNITED STATES DISTRICT JUDGE

7

8  Presented by:

9  By: s/ *Brian W. Esler*
   Brian W. Esler, WSBA No. 22168
10 MILLER NASH LLP
   Pier 70
11 2801 Alaskan Way, Suite 300
   Seattle, WA 98121
12 Telephone: (206) 624-8300
   Fax: (206) 340-9599
13 Email: brian.esler@millernash.com

14 Akiva M. Cohen, New York Bar No.
   4328969 (Admitted *pro hac vice*)
15 KAMERMAN, UNCYK, SONIKER
   & KLEIN, P.C.
16 1700 Broadway
   New York, NY 10019
17 Telephone: (212) 400-4930
   Email: acohen@kusklaw.com
18
   Dylan M. Schmeyer, Colorado Bar No.
19 50573
   (Admitted *pro hac vice*)
20 KAMERMAN, UNCYK, SONIKER
   & KLEIN, P.C.
21 750 W. 148th Ave #4216
   Westminster, CO 80023
22 Telephone: (719) 930-5942
   Email: dschmeyer@kusklaw.com
23
        Attorneys for Plaintiff
24
   4871-0083-1557.1
25

26

ORDER GRANTING MOTION FOR OVER-
LENGTH BRIEF -2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121