1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

Plaintiff,

v.

ELITE BOSS TECH, INC., et al.,

Defendants.

CASE NO. 2:21-cv-01112-TL

ORDER GRANTING MOTION TO
FILE OVER-LENGTH MOTION
FOR DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff Bungie, Inc.'s motion for leave to file an over-length motion for default judgment against Defendant Daniel Fagerberg Larsen (Dkt. No. 44). Having reviewed the relevant record, the Court GRANTS the motion.

Dated this 21st day of December 2022.

Tana Lin
United States District Judge