The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

    Defendants.

Case No. 2:21-cv-01112-TL

DECLARATION OF JAMES BARKER IN SUPPORT OF MOTION TO SEAL

1. I am the Deputy General Counsel of Bungie, Inc ("Bungie"). I have supervised Bungie's strategic litigation against anticheat circumvention products since 2020 and have attended every deposition, interview, or proceeding yet conducted by Bungie against cheat manufacturers. I submit this declaration in support of Plaintiff's Motion to Seal. The facts stated

DECLARATION OF JAMES BARKER- 1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  herein are true based on my personal knowledge and review of corporate documents and

2  information, and I could and would testify competently thereto if called to do so.

3
4      2.   I have personally reviewed Bungie's draft Motion for Default Judgment against

5  Defendant Daniel Fagerberg Larsen, along with the declarations of Patrick Schaufuss and Steven

6  Guris in support of that motion. Both the Guris Declaration and Schaufuss Declaration contain

7  specific non-public details of how the Defendants in this action were able to develop a working

8  cheat for our *Destiny 2* videogame, while my own declaration in support of the motion contains

9  nonpublic information about Bungie's game security and anti-circumvention features.

10
11     3.   Public disclosure of this information would likely cause Bungie immediate and

12 irreparable harm by exposing Bungie's trade secrets and proprietary security and anti-

13 circumvention technology to competitors, as well as providing other cheat manufacturers with a

14 how-to manual for attacking *Destiny 2* and harming Bungie. As such, we ask that the Court grant

15 our motion to seal those portions of the supporting declarations containing that information, as

16 well as those portions of the Motion for Default Judgment citing or discussing it.

17

18

19     I declare under penalty of perjury under the laws of the United States that the foregoing is

20 true and correct.

21     DATED this 18th day of January, 2023 at Seattle, WA.

22

23

24 _____

25                       James Barker

26 4891-8282-6821.1

DECLARATION OF JAMES
BARKER- 2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

# BUNGIE - Declaration of James Barker ISO Motion to Seal

Final Audit Report                                                              2023-01-19

| | |
|---|---|
| Created: | 2023-01-19 |
| By: | Kathryn Tewson (ktewson@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqjBXDVs1Lf2kIKs2CU7m3_NwIuD6BVw3 |

## "BUNGIE - Declaration of James Barker ISO Motion to Seal" History

- Document created by Kathryn Tewson (ktewson@gmail.com)
  2023-01-19 - 0:31:09 AM GMT- IP address: 50.35.95.129

- Document emailed to James Barker (jbarker@bungie.com) for signature
  2023-01-19 - 0:31:26 AM GMT

- Email viewed by James Barker (jbarker@bungie.com)
  2023-01-19 - 0:31:50 AM GMT- IP address: 104.47.51.126

- Document e-signed by James Barker (jbarker@bungie.com)
  Signature Date: 2023-01-19 - 0:32:15 AM GMT - Time Source: server- IP address: 24.56.236.103

- Agreement completed.
  2023-01-19 - 0:32:15 AM GMT

Adobe Acrobat Sign