The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

    Defendants.

Case No. 2:21-cv-01112-TL

DECLARATION OF STEVEN GURIS IN SUPPORT OF MOTION FOR DEFAULT

1.    My name is Steven Guris. I am the Director of Threat Investigations at Unit 221B, a private cybersecurity contracting firm.

2.    Due to my experience at Unit 221B working with cheats in the video game industry, including reverse engineering, code analysis, and malware analysis, and particularly for

DECLARATION OF STEVEN GURIS- 1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

Bungie's *Destiny 2*, I am an expert in the field of video game cheats. Attached hereto as Exhibit 1 is my resume.

3.  At the direction of Unit 221B, Bungie, and Kamerman, Uncyk, Soniker & Klein ("KUSK"), I have investigated the *Destiny 2* cheat developed by Daniel Larsen and previously sold by Wallhax. I am also an active *Destiny 2* player, and have logged over 2,200 hours playing the game itself.

4.  The cheat created and maintained by Daniel Larsen in particular demanded substantial investments of time and resources to investigate, and review. For example, my team spent roughly 21 hours analyzing the Wallhax cheat to determine how it operated.

**Cheat Software and Protection Against It**

5.  Video game developers and publishers devote significant time and resources to preventing cheating in their games, including technical measures known as "anti-cheat." These technical measures are designed to detect the system processes of cheat software and take automated actions against offending players.

6.  Obfuscation and circumvention mechanisms designed to allow a cheater to remain undetected by anti-cheat and other security measures are a core component of modern cheats. Larsen's cheat as sold by Wallhax necessarily required Larsen to invest significant time and effort in evading those security measures.

7.  In a modern massively multiplayer online game such as Bungie's *Destiny 2*, the instance of the game running on a player's device, in this case a personal computer with a Microsoft Windows operating system, is referred to as that player's game client. A game client

DECLARATION OF STEVEN GURIS- 2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

may be thought of as an extension of the game servers provided, owned, and maintained by the game company, and allows the customer to play the game on their device.

8. In order to effectively render the environment of the game world and communicate nearly instantaneously with remote game servers, the player's game client must store key variables on the user's device. These variables may include data on the player's own character, the positions, health, and headings of other player's characters, or data related to objects within the game environment. These variables are contained in a device's memory while the user's game client is running (*i.e.* while the game software is actively running).

9. As with all executing programs in a computer's memory, the memory spaces used by *Destiny 2* are considered privileged spaces: only *Destiny 2* should be able to access these spaces while in use, including to read data, and Windows' normal operation is intended to categorically prevent other applications from interfering with the protective measures Bungie puts in place to prevent exposure and manipulation of *Destiny 2*'s game data.

10. Thus, in order to deliver the promised functionality of their cheat, cheat developers must breach these privileged memory spaces and read this data from the *Destiny 2* process. The same is true of a cheat for any of the many games in Wallhax's large catalog of available cheats.

**The Wallhax Cheat**

11. Our investigation of the Wallhax cheat involved both review and use of the cheat as a user and, when and to the extent it was made available to us, review of the cheat's source code. We were ultimately provided with much but not all of that source code.

DECLARATION OF STEVEN GURIS- 3
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1 ███████████████████████████████████████
2 ███████████████████████████████████████
3 ███████████████████████████████████████
4 ███████████████████████████████████████
5 ███████████████████████████████████████
6 ████████████████████████
7 █ ██████████████████████████████████
8 ███████████████████████████████████████
9 ████████████████████████████████████
10 ████

14. The core functionalities of cheats made available to users are likely to be incredibly similar within a genre of games. For example, Bungie's *Destiny 2* is considered a "first person shooter." The action of the game primarily takes place through the eyes of the player's character with an emphasis on simulated combat using various guns or other ranged weapons. As a result, the core features of a cheat for *Destiny 2* commonly include the aimbot as well as ESP or "wallhack" features, terms explained in more detail below. The Wallhax *Destiny 2* cheat created by Daniel Larsen offers each of those features. Wallhax also offered these same features as cheats available for use in other first person shooters, which suggests that they result from common code.

15. As gameplay in first person shooters primarily involves combat using guns and other ranged weapons, a player's ability to reliably aim their weapon is considered a crucial skill. Aimbot features provide players with automated aim, enabling perfect accuracy on every shot.

DECLARATION OF STEVEN GURIS-4
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  Players using an aimbot are nearly guaranteed to win any competitive match against other
2  players.
3
4      16.     As competitive gameplay in a first person shooter typically takes place within a
5  varied and detailed map, awareness of your opponents and your surroundings is also a valued
6  skill in such games, including in *Destiny 2*. ESP (extra-sensory perception) features - also
7  referred to as a "wallhack" - allow players to see the locations of enemies, including other
8  players, through walls, obstacles, or any other sight obscuring terrain. This functionality is
9  commonly provided by creating graphical elements overlaid on a player's game, normally
10 colored boxes, indicating the location of otherwise hidden enemies.
11
12 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
26

DECLARATION OF STEVEN GURIS-
5
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121



DECLARATION OF STEVEN GURIS-6
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121



29. As a result, the Wallhax cheat is able to successfully execute against *Destiny 2*. The effects of the cheat within the game are immediately apparent to the cheater, as seen in the accompanying Exhibit B.

30. Attached hereto as Exhibit 2 is a screenshot of *Destiny 2* gameplay with the cheat active. Note the red text indicating the presence of an enemy behind the wall.

DECLARATION OF STEVEN GURIS- 7
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121



DECLARATION OF STEVEN GURIS-8
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

[redacted]

[redacted] [redacted]

[redacted] [redacted]

DECLARATION OF STEVEN GURIS-
9
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121



**The Cheat's Logging Function**

DECLARATION OF STEVEN GURIS-
10
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

40. Some of the logged processes are not stand-alone applications, but are found on browser tabs that the user had open on their machine. In order to identify these tabs, the cheat must look at the name of every browser tab the user has opened every time the user launches the cheat.

41. In order to identify these applications, the Wallhax cheat must have scanned the user's computer memory to identify all of their running applications and logged only those which matched one of the strings it was searching for.

42. Although this log file only contains 20,868 entries, the cheat software most likely performed this scan each and every time it ran on a user's computer.

43. The log entry with the ID 1054262 identifies a browser tab called "[child's last name], [child's first name]: Algebra I, Grade 9 Period 8/ MHS - Google Chrome."

44. The log entry with the ID 1057613 identifies a browser tab called "[child's last name], [child's first name]: World History, Grade 9, Period 4, MHS Period 4."

45. I believe these log entries represent the cheat software's logging of the browser windows containing ninth grade students' remote-schooling sessions.

46. The log entry with the ID 947668 identifies a browser tab called "patientportal.mhsgenesis.health.mil login."

47. The log entry with the ID 1842909 identifies a browser tab called "MHS GENESIS Patient Portal - COVID-19 Results."

DECLARATION OF STEVEN GURIS-11
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

48. "MHS Genesis" is the patient portal for the United States Department of Defense. Attached hereto as Exhibit 3 is a true and correct copy of the Military Health System's page on MHS Genesis, found online at https://www.health.mil/Military-Health-Topics/Technology/MHS-GENESIS.

49. I believe these log entries represent the cheat software's logging of the browser windows containing MHS Genesis Patient Portal sessions, including health care information. Based on this information, it appears that the Wallhax cheat software was scanning the computers of, and logging data from, active duty military or Department of Defense personnel.

**Our Fees**

50. Bungie has paid Unit 221B $65,520 in connection with our work on the Wallhax cheat software, billed at our usual rates and pursuant to our agreement with Bungie.

**Conclusion**

51. In sum, the Wallhax cheat was fundamentally designed to breach private data spaces, evade security measures, and attempt to ensure that cheat users could continue to access *Destiny 2* and achieve success against other *Destiny 2* players based not on their own skill, but on the cheat software's technology. And the Wallhax cheat has features that have no purpose other than evading Bungie's anticheat technology, including the technologies Bungie uses to control that access to *Destiny 2*.

///

DECLARATION OF STEVEN GURIS-12
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

4  DATED this 16th day of January at Marietta, GA.

_____
Steven Guris

4891-8282-6821.1

DECLARATION OF STEVEN GURIS-13
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121