# EXHIBIT 1

# Steven Guris

134 Summer Crest Pl SW
Marietta, GA 30060
**(404) 281-5575**
**guriss@gmail.com**

Software engineer, ethical hacker, and cyber investigator specializing in digital forensics investigations, threat analysis, penetration testing, and tool development.

## EXPERIENCE

### Unit 221B, Remote — *Director of Threat Investigation*
October 2022 - PRESENT

- Management and direction of investigations teams, projects, and hiring.
- Scoping, pitching, and sales of new and ongoing projects. Delivering high quality customer success services to clients.
- Providing expert witness on video game cheats, communities, and experience.
- Project presentation for clients and major conferences. Developing internal advocacy for victims of cyberbullying, harassment, and abuse on social media and in game environments.

### *Tactical Operations Manager*
August 2022 - October 2022

- Coordinating and leading teams across investigations, network testing, and development divisions.
- Scoping, pitching, and sales of new and ongoing projects.
- Conducting and delivering high quality digital investigations tailored to client needs. Planning and participation of red team activities.

### *Lead Project Engineer*
January 2022 - August 2022

- Project management for internal development projects in advance of public release.
- Managing day to day tasks within network testing and investigations team projects
- Development of API scraping and web scraping tools for intelligence collection
- Provided bespoke investigatory services for clients in advance of civil and criminal litigation.

## EDUCATION

### Kennesaw State University, Kennesaw, GA
Graduated May 2021

*Bachelor of Science in Software Engineering*

## Programming Languages

Python

Experience with:
Javascript, HTML, CSS, Lua, JSON

## Skills

Software Engineering & Development

Web Scraping

Open-Source Intelligence (OSINT)

Operational Security (OpSec)

OWASP/Web App Security

Penetration Testing

Vulnerability Assessment

Red Teaming

Malware Analysis

Digital Forensics

## Tools & Technologies

Docker
Linux
PostgresQL
Elasticsearch
Github
Jira / Confluence
Microsoft Office
Google Workspace Suite
BurpSuite
Tenable Nessus
Wireshark
Django
React