# EXHIBIT 3



MHS Home > Military Health Topics > Health Care Technology > MHS GENESIS

Need larger text?

Health Care Technology

Cybersecurity Awareness

Ektropy

HIPAA Transactions, Code Sets and Identifiers

Joint Health Information Exchange

MHS GENESIS: The Electronic Health Record

Genesis of MHS GENESIS

Program Executive Office, Defense Healthcare Management Systems

Risk Management Framework

Secure Patent Portals

Support Areas

Information Assurance

Managers' Internal Control Program

MDR, M2, ICDs Functional Support

Open Source Technologies

Requirements Submissions

Telehealth Solutions

MHS Video Connect

Telehealth Program

WISDOM Training

# MHS GENESIS: The Electronic Health Record

**Need to look up your health record, request a prescription refill, check a lab result, schedule an appointment, or send a message to your health care team?**

Log into the MHS GENESIS Patient Portal *A Common Access Card or DS Logon*

*Account is required.*

**A Note About Referral Authorizations:** You won't see the status of your referral in the MHS GENESIS Patient Portal. Referral authorization information isn't available on the MHS GENESIS Patient Portal. You'll need to check your region's secure patient portal.

## About MHS GENESIS

MHS GENESIS is the Department of Defense's new electronic health record. When fully deployed, MHS GENESIS will provide the DOD's 9.6 million beneficiaries and 205,000 medical providers with a single, integrated health record across the continuum of care – deployed and at home and eventually, through the transition to the Department of Veterans Affairs.

- MHS GENESIS is deploying in 23 "waves" across the Military Health System with full deployment anticipated at the end of calendar year 2023. MHS GENESIS is currently operational at 92 military hospitals and clinics.
- In 2022, MHS GENESIS deployed to eight waves at 45 military hospitals and clinics in Arkansas, Oklahoma, Texas, New Mexico, Louisiana, Florida, Alabama, Mississippi, South Carolina, North Carolina and Georgia.
- In 2023, MHS GENESIS will deploy to 46 military hospitals and clinics in nine waves in Delaware, Massachusetts, Virginia, New Jersey, New York, Rhode Island and numerous installations overseas.

Visit our **interactive Genesis of MHS GENESIS timeline** to learn more about the development of MHS GENESIS and its deployment across the MHS.

## About the MHS GENESIS Patient Portal

The MHS GENESIS Patient Portal is a secure website for 24/7 access to your health information, including managing appointments and exchanging messages with your care team. The new patient portal is launching at sites as MHS GENESIS deploys, replacing the TRICARE Online Secure Patient Portal.

### To access the MHS GENESIS Patient Portal:

- Go to the MHS GENESIS Patient Portal

Usability Lab

- Log in using your DS Logon

## Questions about the DS Logon?

- Visit the MilConnect Website
- Contact the Defense Manpower Data Center at 1-800-538-9552

Note: When using a non-Department of Defense (DOD) computer, you may receive an error message. Click "Proceed" or "Continue" to access the MHS GENESIS Patient Portal. Although you receive the error message, your MHS GENESIS Patient Portal is secure.

For more information about MHS GENESIS, products and resources are available for download below.

## FEATURED VIDEOS

### What is the MHS GENESIS Patient Portal?

### MHS GENESIS Patient Portal Registration

### MHS GENESIS Relocating

## You also may be interested in...

All (85) Articles (38) External Articles (18) More »

Article

## Operating at Speed of Relevance, Key to Great Outcomes, DHA's Maturation

11/21/2022

DHA's reputation built on speed of relevance in COVID pandemic, which helped it mature as an operational combat support agency.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record | Ready Reliable Care

Article

## MHS GENESIS Reaches Significant Operational Milestone

10/27/2022

MHS GENESIS reaches more and more military beneficiaries.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record | MHS GENESIS

Article Around MHS

## CHCS Hospital Information System Ends its Life at Madigan

10/5/2022

Madigan Army Medical Center turned off its legacy computer system Composite Health Care System (CHCS) at a decommissioning ceremony on September 29, on Joint Base Lewis-McChord, Wash.

**Recommended Content:**

Health Care Technology | MHS GENESIS: The Electronic Health Record

Article Around MHS

## MHS GENESIS 'Goes Live' at Naval Hospital Jacksonville and Branch Health Clinics Jacksonville, Key West, and Mayport

9/26/2022

Naval Hospital (NH) Jacksonville and Naval Branch Health Clinics (NBHC) Jacksonville, Key West, and Mayport have officially launched the Military Health System's new electronic health record, MHS GENESIS.

**Recommended Content:**

MHS GENESIS Toolkit | MHS GENESIS: The Electronic Health Record

Article Around MHS

## Eglin Hospital transitions to new health records system

9/23/2022

The 96th Medical Group goes live with the Defense Health Agency's new health record system here Sept. 24.



**Recommended Content:**
MHS GENESIS: The Electronic Health Record | MHS GENESIS

Article Around MHS

## Columbus AFB upgrades to MHS GENESIS

9/21/2022




The 14th Flying Training Wing will join nine other military installations scheduled for the launch of the new Military Health System (MHS) GENESIS and electronic health record, beginning in September 2022.

**Recommended Content:**
MHS GENESIS: The Electronic Health Record

Article Around MHS

## MHS GENESIS is Coming to Keesler

9/14/2022



Keesler will transition to the Military Health System's new electronic health record system, MHS GENESIS, on Sept. 24.

**Recommended Content:**
MHS GENESIS Toolkit | MHS GENESIS: The Electronic Health Record | MHS GENESIS

Article

## Technology and Medicine: The Digital Age of Health Care

8/26/2022



Technology is transforming health care and incorporating new elements for providers in their practices.

**Recommended Content:**
Military Health System Transformation | MHS GENESIS: The Electronic Health Record | Health Care Technology | Defense Health Information Technology Symposium

Article Around MHS

## Maxwell Clinic Transitioning to the MHS GENESIS System Sept. 24

7/26/2022



The 42nd Medical Group will begin transitioning to MHS GENESIS Sept. 24 patients can expect to see an increase in wait times and a reduction in available appointments for approximately 120 days as healthcare teams adapt their office and clinic practices to new, standardized workflows.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record   |   MHS GENESIS

---

Article

## MHS Virtual Education Center Empowers Patients to Improve Outcomes

7/14/2022



The Defense Health Agency is developing the Virtual Education Center: A web-based library and communications platform that enables providers and patients to access, store, and use vetted MHS education resources more easily than ever before.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record   |   Ready Reliable Care   |   Health Care Technology   |   MHS GENESIS

---

Article Around MHS

## MHS GENESIS Live at WBAMC

7/7/2022



The Military Health System's new electronic health record, MHS GENESIS, was introduced on June 11 at William Beaumont Army Medical Center and El Paso Market.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record   |   MHS GENESIS

---

Article

## How MHS GENESIS will become essential to patients' health journey

6/21/2022



Ensuring proper training of both providers and patients is essential for the successful integration and sustainment of MHS GENESIS into MHS care.

**Recommended Content:**

Health Readiness & Combat Support   |   Health Care Technology   |   MHS GENESIS Toolkit   |   MHS GENESIS: The Electronic Health Record   |   MHS GENESIS

---

Article Around MHS

## Patients at Naval Branch Health Clinic Albany can take steps now to prepare

## for MHS GENESIS 'Go Live'

5/17/2022

Naval Branch Health Clinic (NBHC) Albany will transition to the Military Health System's new electronic health record, MHS GENESIS, on June 11

**Recommended Content:**

MHS GENESIS: The Electronic Health Record | MHS GENESIS

---

Article Around MHS

## Winn ACH prepares to transition to MHS GENESIS

5/4/2022

U.S. Army Medical Department Activity Fort Stewart – Hunter Army Airfield healthcare continues to prepare to transition healthcare records to the new Department of Defense system - Military Health System GENESIS.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record | MHS GENESIS

---

Article

## New MHS GENESIS Capabilities Deployed at BAMC and LACKLAND

5/3/2022

Wave BAMC and Wave LACKLAND simultaneously deployed the new single common federal electronic health record (EHR), which the DOD calls MHS GENESIS. With these Waves, the DOD activated over 11,000 new MHS GENESIS users.

**Recommended Content:**

MHS GENESIS: The Electronic Health Record |

Program Executive Office, Defense Healthcare Management Systems | In the Spotlight

---

<< < 1 2 3 4 5 ... > >>

**Page 1 of 6** **Showing results 1 - 15**

Last Updated: December 06, 2022

 

## About the MHS

- Elements of the MHS
- Initiatives & Areas of Impact
- Our Organization
- Defense Health Program Agency Financial Report
- Our Leaders
- Our History
- Careers
- Contact Us

## Military Health Topics

- All Topics
- Health Care Administration & Operations
- Centers of Excellence
- Education & Training
- Health Readiness & Combat Support
- MHS Toolkits and Branding Guidance
- Privacy and Civil Liberties
- Research and Innovation
- Health Care Technology
- Total Force Fitness
- Women's Health

## News & Gallery

- Articles
- Calendar of Events
- Gallery

In the Spotlight

Mobile Apps

Podcasts

## Training

Federal Healthcare Consortium

Military Health System Staff

Clinicians and Healthcare
Providers

## Reference Center

Congressional Testimonies

DHA Publications Library

Fact Sheets

FOIA Library

Forms & Templates

Frequently Asked Questions

Meeting References

MHS Health Care Glossary

Policies

Presentations

Publications

Reports

Studies

Technical Documents

## I Want To...

Go to the MHS GENESIS Patient
Portal

Find Walk-in Contraceptive
Services

Go to TRICARE.mil

Get a COVID-19 Vaccine

Be a Blood Donor

Do Business with DHA

Find a DHA Publication

See TRICARE Rates & Reimbursements

Become a TRICARE Provider

Find a Military Hospital or Clinic

Get Mental Health Care

Get Copies of My Medical Records

Submit a Media Inquiry

Contact Us

DHA Strategic Plan Privacy Policy No FEAR Act TRICARE Fraud and Abuse 508 Compliance

FOIA DHA Inspector General Information Quality Open Government Plain Writing

USA.Gov White House OSC

DHA Address: 7700 Arlington Boulevard | Suite 5101 | Falls Church, VA | 22042-5101

Some documents are presented in Portable Document Format (PDF). A PDF reader is required for viewing. Download a PDF Reader or learn more about PDFs.