1

2

3

4

5

6

7

The Honorable Tana Lin

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

10

BUNGIE, INC.,

11

Plaintiff,

Case No. 2:21-cv-01112-TL

12

v.

DECLARATION OF PATRICK
SCHAUFUSS IN SUPPORT OF
MOTION FOR DEFAULT

13

14

15

16

17

18

19

ELITE BOSS TECH INCORPORATED,
11020781 CANADA INC., DANIEL
FAGERBERG LARSEN, ROBERT JAMES
DUTHIE NELSON, SEBASTIAAN JUAN
THEODOOR CRUDEN A/K/A
"LUZYPHER," JOHN DOE NO. 4 A/K/A
"GOODMAN," YUNXUAN DENG A/K/A
"YIMOSECAI," ANTHONY ROBINSON
A/K/A "RULEZZGAME," EDDIE TRAN
A/K/A "SENTIENT", CHENZHIJIE CHEN
A/K/A "CHENZHIJIE402, DSOFT, CVR
37454303, MARTA MAGALHAES A/K/A
MINDBENDER A/K/A BLUEGIRL, AND
JOHN DOES NO. 9-20,

20

Defendants.

21

22      1.      My name is Patrick Schaufuss, also known as "Badger." The facts stated herein

23   are true and correct based on my personal knowledge, and I could and would testify competently

24   thereto if required to do so. Along with Robert Nelson and Daniel Larsen, I was one of the three

25   partners who ran the cheat software business known as "Wallhax."  Wallhax sells licenses to

26   cheat software directly through multiple websites – Wallhax.com, ArtificialSensei.com, and

DECLARATION OF PATRICK
SCHAUFUSS- 1
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1   CheatAutomation.com – and indirectly through reseller partners. Wallhax's software (the

2   "Software") is designed to enable its users to cheat at video games, including popular

3   multiplayer games such as Among Us, Star Wars Battlefront 2, and Halo Infinite. I left Wallhax

4   in the spring of 2022; to the best of my knowledge Nelson and Larsen are the only remaining

5   partners, though Nelson is continuing to pay towards my legal fees.

6       2.      As far as I know, Larsen has no income other than through the development and

7   sale of cheat software.

8   **The Wallhax Business**

9       3.      Wallhax exists for the one purpose and only one purpose: to develop and sell

10  cheat software for video games. One of the games we developed cheat software for is Bungie's

11  game *Destiny 2* (the "Destiny 2 Software"). It was important to us to have a cheat available for

12  *Destiny 2*, because that attracted users to our websites; our sales of other products increased

13  because the *Destiny 2* cheat brought in users who would also purchase cheats for other games.

14  Wallhax reinvests the proceeds from selling the Software in its business by paying staff,

15  investing in tools and equipment, and promoting the business.

16      4.      When I first joined the Wallhax partnership in 2012, I was the primary software

17  developer for the business. Larsen initially joined the partnership as a forum moderator and

18  asked me to teach him programming and reverse engineering in lieu of payment. He was a good

19  student and learned very quickly, and I continued to mentor him for the next three or four years.

20  In 2016 or 2017, I began to explore other opportunities outside of Wallhax, and Larsen took on

21  increasing coding responsibility within the business, although I remained involved with coding

22  and decision making until the spring of 2022.

23      5.      Nelson managed the business side of the partnership, including collecting revenue

24  and distributing the profits evenly among the three of us. Larsen and I coded all the cheats at

25  Wallhax, which we sold via a subscription model from the Wallhax.com and

26  CheatAutomation.com websites; each time a user launched our software, the software would

DECLARATION OF PATRICK
SCHAUFUSS- 2
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  check whether the user had an active subscription before allowing its use. █████████

2  ████████████████████████████████████████████████████████████████

3  ████████████ Reverse-engineering games is an essential part of Larsen's cheat development

4  process, and therefore his role at Wallhax.

5  **The Wallhax Software**



DECLARATION OF PATRICK
SCHAUFUSS- 3
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121



DECLARATION OF PATRICK
SCHAUFUSS- 4
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121



DECLARATION OF PATRICK
SCHAUFUSS- 5
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1    

2

3

4

5

6

7

8

9

10

11

12

13    **Larsen Understood That He was Violating Game Companies' Rights**

14          13.      Larsen and I knew that the Software was wrongful and that it violated the DMCA.

15 In fact, in an effort to taunt me about this litigation Larsen specifically told me that he was well

16 aware that what we were doing violated the DMCA.

17          14.      At some point between 2016 and 2018, Larsen decided to make a cheat for

18 Overwatch, which is a game from Activision/Blizzard. After Larsen made that cheat and Nelson

19 began promoting it, Activision/Blizzard reached out to us and told us that they would sue us if

20 we started selling it. Larsen's reaction was, essentially, 'Ha ha, try.' Robert and I had to talk

21 Larsen down from that stance; he told us that he had consulted a Danish lawyer and the lawyer

22 told him that he could not be touched by an American lawsuit. Nelson and I each signed

23 agreements with Activision/Blizzard saying that we would not touch their games, but Larsen

24 refused. He was angry that we agreed not to sell the Overwatch cheat; he wanted to go ahead and

25 sell it, even though he knew that Nelson and I would be at risk if we did.

26

DECLARATION OF PATRICK
SCHAUFUSS- 6
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1

2      I declare under penalty of perjury under the laws of the United States that the foregoing is

3    true and correct.

4

5      DATED this 6 day of January, 2023 at Leipzig, Germany.

6

7                    Patrick Schaufuß

8                        Patrick Schaufuss

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF PATRICK
SCHAUFUSS- 7
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121