# EXHIBIT 3



**Patrick Schaufuss <patrickz1984@gmail.com>**

## CA/WH Revenue 01-01-2020 - 01-31-2020

**Robert** <cheatautomation@gmail.com>                                Sun, Feb 2, 2020 at 4:31 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

This is a revenue report for all CA/WH revenue from 01-01-2020 - 01-31-2020.
VAT Collected was 834.40 EUR

Our shares are each 4595.90 EUR
My adjusted share owed (deductions, see excel sheet) is 4903.74 EUR

All calculations and accounting are included in the Excel spreadsheet attached.

My share can be sent to jjcfrost@outlook.com
Patrick's share can be sent to csf_spike@hotmail.com

| WH & CA Revenue | Jan 1 - 31 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 709.53 | EUR | 1,041.82 CAD |
| WH Paypal | 14,929.94 | EUR | |
| VAT January | 834.40 | EUR | |
| | | | |
| | | | |
| Total Revenue | 15,639.47 | EUR | |
| Total VAT Collected | 834.40 | EUR | |
| | | | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 2-Jan | Luzypher Wire Transfer | 676.70 | CAD | |
| 21-Jan | Regus Virtual Office | 110.80 | CAD | |
| 2-Jan | OVH | 101.84 | CAD | |
| 2-Jan | OVH | 118.64 | CAD | |
| 8-Jan | Steam (GTAV) | 32.98 | CAD | |
| 19-Jan | Gleam | 52.26 | CAD | |
| 20-Jan | CA/Knownsrv | 241.11 | CAD | |
| 21-Jan | Shadow PC | 59.47 | CAD | |
| 25-Jan | Cloudflare | 27.54 | CAD | |
| Jan 26 | Steam (TamTam) | 43.98 | CAD | |
| 29-Jan | Cloudflare | 28.53 | CAD | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 1493.85 | CAD | |
| | Total Deductions in EUR | 1,017.37 | EUR | |
| | | | | |
| | | | | |
| | Revenue Calculations | Amount | Currency | |
| | Total Revenue Before VAT | 15,639.47 | EUR | |
| | VAT Collected | -834.4 | EUR | |
| | Deductions | -1,017.37 | EUR | |
| | TOTAL: | 13,787.70 | EUR | |
| | Our Shares (Divided by 3) | 4595.90 | EUR | |



**01-01 - 01-31.zip**
195K

 **Gmail**

**Patrick Schaufuss <patrickz1984@gmail.com>**

## AS Revenue January 2020
1 message

**Robert** <cheatautomation@gmail.com>                                        Sun, Feb 2, 2020 at 3:58 PM
To: danielarz1997@gmail.com, Pato Rick <patrickz1984@gmail.com>

Revenue for ArtificialSensei for January 2020
Paypal 661.21 CAD
Stripe 141.04 CAD
Taxes -0.00 CAD
Total: $802.25 CAD

Our shares at 33% each are: $267.41

Patrick's share will be sent to csf_spike@hotmail.com
Daniel's share will be sent to danielarz1997@gmail.com
(Subtracted $3.00 CAD due to Paypal fee)

 **01-01 - 01-31.zip**
115K

 Gmail

**Patrick Schaufuss <patrickz1984@gmail.com>**

## AS Revenue February 2020
1 message

**Robert** <cheatautomation@gmail.com>                                    Mon, Mar 2, 2020 at 6:04 PM
To: danielarz1997@gmail.com, Pato Rick <patrickz1984@gmail.com>

Revenue for ArtificialSensei for February 2020
Paypal 1014.64 CAD
Stripe 183.57 CAD
Taxes -2.69 CAD
Total: $1195.52 CAD

Our shares at 33% each are: $398.50

Patrick's share will be sent to csf_spike@hotmail.com
Daniel's share will be sent to danielarz1997@gmail.com
(Subtracted $3.00 CAD due to Paypal fee)

 **02-01- 02-29.zip**
208K

**M Gmail**

**Patrick Schaufuss <patrickz1984@gmail.com>**

## CA/WH Revenue 02-01-2020 - 03-02-2020

**Robert** <cheatautomation@gmail.com>                                    Mon, Mar 2, 2020 at 5:51 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

This is a revenue report for all CA/WH revenue from 02-01-2020 - 03-02-2020. (Revenue from previous Paypal)
**VAT Collected was 976.95 EUR**

Note: Based on how much balance would be left on the Paypal account after this payout it may make sense to reserve some of each of our payments in the case of claims/disputes.

**Our shares are each 4716.40 EUR**
**My adjusted share owed (deductions, see excel sheet) is 5691.36 EUR**

All calculations and accounting are included in the Excel spreadsheet attached.

My share can be sent to jjcfrost@outlook.com
Patrick's share can be sent to csf_spike@hotmail.com

| WH & CA Revenue | Feb 1 - Mar 2 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 0.00 | EUR | Did not withdraw funds in Feb |
| WH Paypal | 16,101.12 | EUR | |
| VAT February | 976.95 | EUR | |
| | | | |
| | | | |
| Total Revenue | 16,101.12 | EUR | |
| Total VAT Collected | 976.95 | EUR | |

| WH & CA Deductions | | | |
|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 3-Feb | Luzypher Wire Transfer | 689.2 | CAD | |
| 3-Feb | OVH | 137.53 | CAD | |
| 3-Feb | OVH | 101.84 | CAD | |
| 19-Feb | Gleam | 53.01 | CAD | |
| 20-Feb | KnownSrv CA Host | 244.72 | CAD | |
| 21-Feb | Shadow PC | 58.86 | CAD | |
| 25-Feb | Cloudflare | 27.65 | CAD | |
| 29-Feb | Cloudflare | 27.68 | CAD | |
| 21-Feb | Regus Virtual Office | 110.8 | CAD | |
| | | | | |
| | Total Deductions in CAD | 1451.29 | CAD | |
| | Total Deductions in EUR | 974.96 | EUR | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 16,101.12 | EUR |
| VAT Collected | -976.95 | EUR |
| Deductions | -974.96 | EUR |
| TOTAL: | 14,149.21 | EUR |
| Our Shares (Divided by 3) | 4716.40 | EUR |


**02-01 - 03-02.zip**
197K

 **Gmail**

**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA/AS Revenue 03-01-2020 - 03-31-2020

**Robert** <cheatautomation@gmail.com>                                    Wed, Apr 1, 2020 at 7:09 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Daniel divided revenue from the old Paypal for a payment of 1333.33 EUR each.
A small amount was left on the account to handle any remaining disputes that could come up.

I am now including AS revenue in our WH report for simplicity.

**Our shares are: $11,551.93 CAD each.**
**My adjusted share owed (deductions, see excel sheet) is 8535.80 CAD.**

All calculations and accounting are included in the Excel spreadsheet attached.

4,900.00 CAD of the total amount has been sent to both
Patrick - csf_spike@hotmail.com
Daniel - danielarz1997@gmail.com

The remaining amount owed will be sent in the next few days.

| WH/CA/AS Revenue | March 2020 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 4,475.96 | CAD | |
| ArtificialSensei Stripe | 155.63 | CAD | |
| WH Paypal | 31,644.86 | CAD | |
| CAN GST/HST Tax (RND) | 158.89 | CAD | |
| CAN GST/HST Tax (Stripe/AS) | 1.94 | CAD | |
| | | | |
| **Total Revenue** | 36,276.45 | CAD | |
| **Total GST/HST Collected** | 160.83 | CAD | |

| WH/CA/AS Deductions | | | |
|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 3/2/2020 | Luzypher Wire Transfer | 694.55 | CAD | |
| 3/2/2020 | OVH | 101.84 | CAD | |
| 3/2/2020 | OVH | 137.53 | CAD | |
| 3/5/2020 | Manychat (Chatbot) | 13.76 | CAD | |
| 3/19/2020 | Gleam.io | 58.51 | CAD | |
| 3/20/2020 | Steam (Doom Eternal) | 87.97 | CAD | |
| 3/21/2020 | Shadow PC | 63.51 | CAD | |
| 3/24/2020 | Domain Renewal (RNDLabsGaming & | 31.07 | CAD | |
| 3/25/2020 | Cloudflare | 29.60 | CAD | |
| 3/26/2020 | Steam (Last Oasis) | 36.50 | CAD | |
| 3/29/2020 | Cloudflare | 29.87 | CAD | |
| 3/30/2020 | Steam (M&B2: Bannerlord) | 64.32 | CAD | |
| 3/21/2020 | Regus Virtual Office | 110.80 | CAD | |
| | | | | |
| | **Total Deductions in CAD** | **1,459.83** | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| **Total Revenue Before VAT** | 36,276.45 | CAD |
| **VAT Collected** | -160.83 | CAD |
| **Deductions** | -1,459.83 | CAD |
| **TOTAL:** | **$34,655.79 CAD** | |
| **Our Shares (Divided by 3)** | $11,551.93 | CAD |

📄 **03-01 - 03-31.zip**
198K

M **Gmail**

Patrick Schaufuss <patrickz1984@gmail.com>

## WH/CA Revenue 04-01 - 06-30

**Robert** <cheatautomation@gmail.com>                                                Fri, Jul 17, 2020 at 5:40 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Note: I am including revenue received from July 15th from Paypro and a payment from CH received on July 1st even though I am only calculating tax and deductions up to June 30th.

The next revenue report will include deductions and tax collected for the entirety of July.

I have broken up the revenue reports for both April/May and June as I completed the April/May report at the beginning of June, and just completed the June revenue report.

We received quite a bit of affiliate revenue from CH from sales in May
as a result of the launch of Minecraft Dungeons and that trainer page.

**Total Revenue**
April/May: $6,082.96
June: $26,923.38
**Total**: $33,006.34 CAD

Note: Revenue is being based on when it was received, not when it was earned.

Our shares are: $11,002.11 CAD each.

Shares will be sent via Transferwise Bank Transfer when I have the necessary information.

| WH & CA Revenue | April 1 - May 31 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 5,061.50 | CAD | |
| Stripe | 1,429.90 | CAD | |
| Cheathappens Affiliate Rev | 2,531.92 | CAD | |
| Amember Tax | 22.10 | CAD | |
| | | | |
| | | | |
| **Total Revenue** | 9,023.32 | CAD | |
| **Total VAT Collected** | 22.10 | EUR | |

| WH & CA Deductions | | | |
|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 1-Apr | Luzypher Wire Payment | 811.68 | CAD | |
| 1-May | Luzypher Wire Payment | 732.4 | CAD | |
| 1-Apr | OVH | 101.84 | CAD | |
| 2-Apr | OVH | 137.53 | CAD | |
| 5-Apr | Manychat (Messenger Bot) | 23.28 | CAD | |
| 19-Apr | Gleam | 56.69 | CAD | |
| 19-Apr | Steam | 25.06 | CAD | |
| 21-Apr | Shadow PC | 23.73 | CAD | |
| 25-Apr | Cloudflare | 29.37 | CAD | |
| 25-Apr | Amember renewal | 216.08 | CAD | |
| 29-Apr | Cloudflare | 29.43 | CAD | |
| 1-May | OVH | 137.53 | CAD | |
| 3-May | OVH | 101.84 | CAD | |
| 5-May | Manychat (Messenger Bot) | 47.70 | CAD | |
| 19-May | Gleam | 55.89 | CAD | |
| 21-May | Shadow PC | 23.53 | CAD | |
| 22-May | Amember User Credit Plugin | 84.60 | CAD | |
| 24-May | Cloudflare | 29.28 | CAD | |
| 28-May | Cloudflare | 29.20 | CAD | |
| 21-Apr | Virtual Office | 110.8 | CAD | |
| 21-May | Virtual Office | 110.8 | CAD | |
| | | | | |
| | Total Deductions in CAD | 2918.26 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| **Total Revenue Before Tax** | 9,023.32 | CAD |
| **Tax Collected** | -22.10 | CAD |
| **Deductions** | -2,918.26 | CAD |
| **TOTAL:** | **6,082.96** | **CAD** |
| **Our Shares (Divided by 3)** | 2027.65 | CAD |

| WH & CA Revenue | June 1 - 30 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 5,116.13 | CAD | (July 10th) |
| CH Affiliate Rev | 736.00 | CAD | |
| Transferwise | 22,374.90 | CAD | 16,480.51 USD |
| Amember Tax | 12.33 | CAD | |
| | | | |
| | | | |
| Total Revenue | 28,227.03 | CAD | |
| Total Tax Collected | 12.33 | CAD | |
| | | | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 06/21 | Regus Virtual Office | 110.8 | CAD | |
| 1-Jun | Luzypher Wire Transfer | 706.75 | CAD | |
| 2-Jun | OVH | 101.84 | CAD | |
| 2-Jun | OVH | 137.53 | CAD | |
| 5-Jun | Manychat | 83.82 | CAD | |
| 19-Jun | Gleam | 54.42 | CAD | |
| 21-Jun | Shadow PC | 23.44 | CAD | |
| 22-Jun | Steam - Titanfall 2 | 14.51 | CAD | |
| 24-Jun | Cloudflare | 29.21 | CAD | |
| June 28 | Cloudflare | 29.00 | CAD | |
| | | | | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 1291.32 | CAD | |
| | | | | |
| | | | | |

| Revenue Calculations | Amount | Currency | |
|---|---|---|---|
| Total Revenue Before VAT | 28,227.03 | CAD | |
| Tax Collected | -12.33 | CAD | |
| Deductions | -1,291.32 | CAD | |
| TOTAL: | 26,923.38 | CAD | |
| Our Shares (Divided by 3) | 8974.46 | CAD | |

---

**2 attachments**

 **04-01 - 05-31 (Lost Paypal account, bitcoin only for a while).zip**
116K

 **06-01 - 06-30.zip**
8K

 Gmail

**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA Revenue 07-01 - 07-31

**Robert** <cheatautomation@gmail.com>                                      Sun, Aug 16, 2020 at 8:10 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Another month where I am including only deductions for July but revenue up to Aug 15th. Maybe next month we'll wait the extra 15 days to get back to regular end of month rev reports.

Next month we'll have a payment from Payssion as well as a larger payment from Paygol which will boost the numbers a bit.

Total: $19,205.23 CAD
Our shares each: $6,401.74 CAD

Shares will be sent via Transferwise.

| WH & CA Revenue | July 2020 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 0.00 | CAD | |
| Transferwise (Paygol/PayPro) | 19,931.59 | CAD | 15,024.99 USD |
| CH Affiliate Rev | 575.78 | CAD | |
| Amember Tax | 11.65 | CAD | |
| | | | |
| | | | |
| **Total Revenue** | 20,507.37 | CAD | |
| **Total Tax Collected** | 11.65 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 2-Jul | Luzypher Wire Transfer | 706.75 | CAD | |
| 2-Jul | OVH | 101.84 | CAD | |
| 2-Jul | OVH | 137.53 | CAD | |
| 5-Jul | Manychat | 62.71 | CAD | |
| 7-Jul | Paperspace | 34.86 | CAD | |
| 19-Jul | Gleam.io | 54.31 | CAD | |
| 21-Jul | Shadow PC | 23.81 | CAD | |
| 24-Jul | Cloudflare | 29.69 | CAD | |
| 28-Jul | Cloudflare | 28.19 | CAD | |
| 22-Jul | Virtual Office | 110.80 | CAD | |
| | | | CAD | |
| | | | | |
| | **Total Deductions in CAD** | 1290.49 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| **Total Revenue Before VAT** | 20,507.37 | CAD |
| **Tax Collected** | -11.65 | CAD |
| **Deductions** | -1,290.49 | CAD |
| **TOTAL:** | **19,205.23** | **CAD** |
| Our Shares (Divided by 3) | 6401.74 | CAD |

 **07-01 - 07-31.zip**
10K

**M Gmail**

**Patrick Schaufuss <patrickz1984@gmail.com>**

# WH/CA Revenue 08-01 - 09-30

**Robert** <cheatautomation@gmail.com>                                       Thu, Oct 1, 2020 at 4:21 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

This month we get back to our regular monthly revenue reports which is good. There are 2 months worth of deductions in this report due to our last report only including deductions up to July.

This month will be a bit smaller than it otherwise would be since we won't receive the payment for our 'Among Us' sales until the next revenue report. We also have a pending Payssion payout that is estimated to arrive tomorrow, which puts it into the next revenue report. Most of our Paygol funds are still pending so we will likely have a payout for those next month as well. Overall though, our total earnings were still up this month and will be even larger next month.

Total: $22,557.47 CAD
Our shares each: $7,519.16 CAD

Payments will be sent via Transferwise.

| WH & CA Revenue | Aug - Sept 2020 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 3,310.60 | CAD | |
| Stripe | 2,473.24 | CAD | |
| Transferwise | 17,156.73 | CAD | $12,895.41 USD |
| CH Affiliate Rev | 1,041.72 | CAD | |
| Amember Tax | 64.07 | CAD | Aug: 14.19 , Sept: 49.8 |
| | | | |
| **Total Revenue** | 23,982.29 | CAD | |
| **Total Tax Collected** | 64.07 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 21-Aug | Virtual Office | $110.80 | CAD | |
| 21-Sep | Virtual Office | $110.80 | CAD | |
| 1-Aug | Paperspace | $35.75 | CAD | |
| 3-Aug | OVH | $101.84 | CAD | |
| 3-Aug | OVH | $137.53 | CAD | |
| 7-Aug | Invision Community | $81.92 | CAD | |
| 10-Aug | IPB Coinbase Plugin | $20.81 | CAD | |
| 20-Aug | Gleam.io | $52.72 | CAD | |
| 21-Aug | Shadow PC | $24.08 | CAD | |
| 25-Aug | Cloudflare | $27.92 | CAD | |
| 28-Aug | Cloudflare | $27.79 | CAD | |
| 1-Sep | Paperspace | $52.31 | CAD | |
| 1-Sep | OVH | $101.84 | CAD | |
| 1-Sep | OVH | $137.53 | CAD | |
| 4-Sep | Evidence.io Social Proof | $198.11 | CAD | |
| 16-Sep | Among Us (Steam) | $6.26 | CAD | |
| 20-Sep | Gleam.io | $52.83 | CAD | |
| 21-Sep | Shadow PC | $24.04 | CAD | |
| 25-Sep | Cloudflare | $28.33 | CAD | |
| 29-Sep | Cloudflare | $27.54 | CAD | |
| | | | | |
| | **Total Deductions in CAD** | $1,360.75 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| **Total Revenue Before VAT** | 23,982.29 | CAD |
| **Tax Collected** | -64.07 | CAD |
| **Deductions** | -1,360.75 | CAD |
| **TOTAL:** | **22,557.47** | **CAD** |
| **Our Shares (Divided by 3)** | 7519.16 | CAD |


**08-01 - 09-30.zip**
139K

## M Gmail

**Patrick Schaufuss <patrickz1984@gmail.com>**

---

## WH/CA Revenue 10-01 - 10-31

**Robert** <cheatautomation@gmail.com>                        Sun, Nov 1, 2020 at 6:35 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Fairly decent month I would say, it's been nice getting commissions from CH for affiliate sales. I am continuing to try to improve our revenue from them by ranking us for some trainer related keywords. Sales were good this month with over 20,000 USD sales through PayPro, in large part due to continuing Among Us sales.

Total: $32,871.94
Our shares each: $10,957.31 CAD

Payments will be sent via Transferwise.

| WH & CA Revenue | October 1 - 31 2020 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 3,859.78 | CAD | |
| Stripe | 2,595.38 | CAD | |
| Transferwise | 27,358.35 | CAD | 20536.42 USD |
| CH Affiliate Rev | 973.13 | CAD | |
| Amember Tax | 40.47 | CAD | |
| | | | |
| Total Revenue | 34,786.64 | CAD | |
| Total Tax Collected | 40.47 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 1-Sep | Luzypher Wire (Forgot last month | 693.00 | CAD | |
| 1-Oct | Luzypher Wire Transfer | 693.65 | CAD | |
| 2-Oct | OVH | 137.53 | CAD | |
| 2-Oct | OVH | 101.84 | CAD | |
| 20-Oct | Gleam | 52.94 | CAD | |
| 23-Oct | Shadow PC | 23.97 | CAD | |
| 25-Oct | Cloudflare | 28.12 | CAD | |
| 29-Oct | Cloudflare | 27.95 | CAD | |
| 23-Oct | Virtual Office | 115.23 | CAD | |
| | | | | |
| | Total Deductions in CAD | 1,874.23 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 34,786.64 | CAD |
| Tax Collected | -40.47 | CAD |
| Deductions | -1,874.23 | CAD |
| TOTAL: | 32,871.94 | CAD |
| Our Shares (Divided by 3) | 10957.31 | CAD |

 **10-01- 10-31.zip**
125K

 **Gmail**

**Patrick Schaufuss <patrickz1984@gmail.com>**

# WH/CA Revenue 11-01 - 11-30

**Robert** <cheatautomation@gmail.com>
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Tue, Dec 1, 2020 at 5:01 PM

Fair drop off in revenue this month from the previous one, Among Us sales dropped off quite a bit and there weren't any other titles to pick up the slack. Adding single BF5 subscriptions turned out to likely have been a good idea, with 32 sold so far (We rank well for these keywords).

Apparently the billing issues I noted regarding CA's host, Knownsrv turned out to be bigger than I realized. Though the billing appeared to be going through on their site, we weren't being billed at all, and upon review, it was discovered we hadn't actually had any charge go through to the business bank account most of the year. To resolve that I made a single payment via Transferwise, which has better exchange rates to USD than the bank. That is why the total deductions are higher this month than normal. Note that no deductions were made for KnownSRV in previous months due to this.

Total payments made to Knowsrv were for 8 months of service, March - October.

Total: $26,188.12 CAD
Our shares: $8,729.37 CAD

Payments will be sent via Transferwise.

| WH & CA Revenue | Nov 2020 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 4,586.28 | CAD | |
| Stripe | 1,387.72 | CAD | |
| Transferwise | 23,025.72 | CAD | 17760.61 USD |
| CH Affiliate Rev | 627.60 | CAD | |
| Amember Tax | 41.38 | CAD | |
| | | | |
| | | | |
| Total Revenue | 29,627.32 | CAD | |
| Total Tax Collected | 41.38 | CAD | |

| | WH & CA Deductions | | |
|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 01-Nov | Luzypher Wire Transfer | 693.95 | CAD | |
| 18-Nov | Virtual Office | 115.23 | CAD | |
| 28-Nov | KnownSRV Catch-up Payment | 1871.74 | CAD | |
| 02-Nov | OVH | 137.53 | CAD | |
| 02-Nov | OVH | 101.84 | CAD | |
| 03-Nov | Paperspace | 49.45 | CAD | |
| 20-Nov | Knownsrv | 241.4 | CAD | |
| 20-Nov | Gleam | 52.43 | CAD | |
| 21-Nov | Shadow | 79.69 | CAD | |
| Nov 25 | Cloudflare | 27.6 | CAD | |
| 29-Nov | Cloudflare | 26.96 | CAD | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 3397.82 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 29,627.32 | CAD |
| Tax Collected | -41.38 | CAD |
| Deductions | -3,397.82 | CAD |
| **TOTAL:** | **26,188.12** | **CAD** |
| Our Shares (Divided by 3) | 8729.37 | CAD |

📁 **11-01 11-30.zip**
42K



**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA Revenue 12-01 - 12-31

**Robert** <cheatautomation@gmail.com>                                Fri, Jan 1, 2021 at 7:31 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: $24,339.08 CAD
Our shares: $8,113.03 CAD

Payments will be sent via Transferwise

| WH & CA Revenue | Dec 2020 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 3,564.97 | CAD | |
| Transferwise | 20,208.39 | CAD | 15872.28 USD |
| Stripe | 1,679.05 | CAD | |
| CH Affiliate Rev | 622.94 | CAD | |
| Amember Tax | 50.34 | CAD | |
| | | | |
| | | | |
| Total Revenue | 26,075.35 | CAD | |
| Total Tax Collected | 50.34 | CAD | |

| WH & CA Deductions | | | |
|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 02-Dec | Paperspace | 8.74 | CAD | |
| 07-Dec | Luzypher Wire Transfer | 667.1 | CAD | |
| 02-Dec | OVH | 137.53 | CAD | |
| 05-Dec | Codeguard (Annual) | 364.45 | CAD | |
| 20-Dec | Gleam.io | 51.1 | CAD | |
| 21-Dec | Shadow PC | 57.59 | CAD | |
| 25-Dec | Cloudflare | 27.1 | CAD | |
| 29-Dec | Cloudflare | 27.25 | CAD | |
| 31-Dec | KnownSRV | 229.84 | CAD | |
| 18-Dec | Regus Virtual Office | 115.23 | CAD | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 1685.93 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 26,075.35 | CAD |
| Tax Collected | -50.34 | CAD |
| Deductions | -1,685.93 | CAD |
| **TOTAL:** | **24,339.08** | **CAD** |
| Our Shares (Divided by 3) | 8113.03 | CAD |



**12-01 - 12-31.zip**
4K



**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA Revenue 01-01 - 01-31 2021

**Robert** <cheatautomation@gmail.com>                                   Mon, Feb 1, 2021 at 5:09 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: $25,614.48 CAD
Our shares: $8,538.16 CAD

Payments will be sent via Transferwise

| WH & CA Revenue | January 2021 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 3,931.73 | CAD | |
| Transferwise | 21,355.86 | CAD | 16637.26 USD |
| CH Affiliate Rev | 1,012.28 | CAD | |
| Stripe Revenue | 1,686.74 | CAD | |
| Amember Tax | 34.47 | CAD | |
| | | | |
| | | | |
| Total Revenue | 26,299.87 | CAD | |
| Total Tax Collected | 34.47 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 02-Jan | OVH | 137.53 | CAD | |
| 20-Jan | Gleam.io | 51.16 | CAD | |
| 21-Jan | KnownSRV | 235.1 | CAD | |
| 21-Jan | Shadow PC | 56.92 | CAD | |
| 24-Jan | Cloudflare | 27.59 | CAD | |
| 28-Jan | Cloudflare | 27.39 | CAD | |
| 18-Jan | Virtual Office | 115.23 | CAD | |
| | | | | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 650.92 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 26,299.87 | CAD |
| Tax Collected | -34.47 | CAD |
| Deductions | -650.92 | CAD |
| **TOTAL:** | **25,614.48** | **CAD** |
| Our Shares (Divided by 3) | 8538.16 | CAD |

 **01-01 - 01-31.zip**
4K

 Gmail

**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA Revenue 02-01 - 02-28 2021

**Robert** <cheatautomation@gmail.com>                                    Mon, Mar 1, 2021 at 7:27 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: $34,367.53 CAD
Our shares: $11,455.84 CAD

Payments will be sent via Transferwise

| WH & CA Revenue | February 2021 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 7,059.35 | CAD | |
| Transferwise | 24,980.99 | CAD | 19,727.55 USD |
| CH Affiliate Rev | 663.83 | CAD | |
| Stripe | 2,358.76 | CAD | |
| Amember Tax | 46.16 | CAD | |
| | | | |
| | | | |
| Total Revenue | 35,062.93 | CAD | |
| Total Tax Collected | 46.16 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 02-Feb | OVH | 137.53 | CAD | |
| 20-Feb | Gleam.io | 50.89 | CAD | |
| 21-Feb | Knownsrv | 234.48 | CAD | |
| 21-Feb | Shadow PC | 56.63 | CAD | |
| 24-Feb | Cloudflare | 28.06 | CAD | |
| 28-Feb | Cloudflare | 26.42 | CAD | |
| 18-Feb | Virtual Office | 115.23 | CAD | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 649.24 | CAD | |

| Revenue Calculations | Amount | Currency | |
|---|---|---|---|
| Total Revenue Before VAT | 35,062.93 | CAD | |
| Tax Collected | -46.16 | CAD | |
| Deductions | -649.24 | CAD | |
| **TOTAL:** | **34,367.53** | **CAD** | |
| Our Shares (Divided by 3) | 11455.84 | CAD | |

 **02-01 - 02-28.zip**
4K



**Patrick Schaufuss <patrickz1984@gmail.com>**

---

## WH/CA Revenue 03-01 - 03-31-2021

**Robert** <cheatautomation@gmail.com>                                    Thu, Apr 1, 2021 at 4:54 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: $31,765.70
Our Shares: 10,588.57

Payments will be sent via Transferwise.

| WH & CA Revenue | March 2021 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 4,160.07 | CAD | |
| Transferwise | 23,808.08 | CAD | 18926.85 USD |
| CH Affiliate Rev (Not Received Ye | 0.00 | CAD | |
| Stripe | 4,978.25 | CAD | |
| Amember Tax | 44.64 | CAD | |
| | | | |
| | | | |
| Total Revenue | 32,946.40 | CAD | |
| Total Tax Collected | 44.64 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 03-Mar | OVH | 137.53 | CAD | |
| 10-Mar | KnownSRV WH | 194.97 | CAD | |
| 10-Mar | Amember Renewal | 103.62 | CAD | |
| 20-Mar | Gleam.io | 49.93 | CAD | |
| 21-Mar | Shadow PC | 54.91 | CAD | |
| 23-Mar | KnownSRV WH+CA | 426.04 | CAD | |
| 24-Mar | Cloudflare | 27.17 | CAD | |
| 28-Mar | Cloudflare | 26.66 | CAD | |
| 18-Mar | Regus Virtual Office | 115.23 | CAD | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 1136.06 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 32,946.40 | CAD |
| Tax Collected | -44.64 | CAD |
| Deductions | -1,136.06 | CAD |
| **TOTAL:** | **31,765.70** | **CAD** |
| Our Shares (Divided by 3) | 10588.57 | CAD |

 **03-01 - 03-31.zip**
4K



**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA Revenue 04-01 - 04-30-2021

**Robert** <cheatautomation@gmail.com>                                          Sat, May 1, 2021 at 7:20 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: $32,411.34 CAD
Our shares: $10,803.78 CAD

The overall payout for this month was better than I expected, that was due to Stripe payments being used for more transactions this month, as Paypro's payout will be larger in next month's revenue report. That actually puts this months' payout up above last month's by a few hundred dollars, and I would imagine next months' will be higher as well.

Payments will be sent via Transferwise.

| WH & CA Revenue | April 2021 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 8,062.48 | CAD | |
| Transferwise | 15,679.37 | CAD | 12,756.79 USD |
| CH Affiliate Rev | 936.29 | CAD | |
| Stripe | 8,524.99 | CAD | |
| Amember Tax | 94.00 | CAD | |
| | | | |
| | | | |
| **Total Revenue** | 33,203.13 | CAD | |
| **Total Tax Collected** | 94.00 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 18-Apr | Regus Virtual Office | 115.23 | CAD | |
| 20-Apr | Gleam | 50.11 | CAD | |
| 21-Apr | Shadow PC | 55.78 | CAD | |
| 24-Apr | Cloudflare | 27.31 | CAD | |
| 25-Apr | Knownsrv WH+CA | 423.27 | CAD | |
| 28-Apr | Cloudflare | 26.09 | CAD | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 697.79 | CAD | |

| Revenue Calculations | Amount | Currency | |
|---|---|---|---|
| **Total Revenue Before VAT** | 33,203.13 | CAD | |
| **Tax Collected** | -94.00 | CAD | |
| **Deductions** | -697.79 | CAD | |
| **TOTAL:** | **32,411.34** | **CAD** | |
| **Our Shares (Divided by 3)** | 10803.78 | CAD | |



**04-01- 04-30.zip**
29K

 Gmail

**Patrick Schaufuss <patrickz1984@gmail.com>**

## WH/CA Revenue May 2021

**Robert** <cheatautomation@gmail.com>                                                    Tue, Jun 1, 2021 at 4:02 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: 34,782.33 CAD
Our Shares: 11,594.11 CAD

Payments will be sent via Transferwise
+Bank Wire Transfer for remainder of Daniel's payment.

| WH & CA Revenue | May-21 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 3,645.26 | CAD | |
| Transferwise | 20,909.43 | CAD | 17,378.19 USD |
| CH Affiliate Rev | 1,447.43 | CAD | |
| Stripe | 9,601.08 | CAD | |
| Amember Tax | 83.30 | CAD | |
| | | | |
| | | | |
| Total Revenue | 35,603.20 | CAD | |
| Total Tax Collected | 83.30 | CAD | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 18/May | Virtual Office | 115.23 | CAD | |
| 22/May | Microsoft SoT Coins | 7.96 | CAD | |
| 07/May | GMG Hood | 31.25 | CAD | |
| 20/May | Gleam.io | 48.46 | CAD | |
| 21/May | Knownsrv Hosting | 409.14 | CAD | |
| 21/May | Shadow PC | 54.48 | CAD | |
| 24/May | Cloudflare | 25.48 | CAD | |
| 28/May | Cloudflare | 25.57 | CAD | |
| 01/Jun | Daniel Payment Wire Transfer Fee | 20.00 | CAD | |
| | | | | |
| | Total Deductions in CAD | 737.57 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| Total Revenue Before VAT | 35,603.20 | CAD |
| Tax Collected | -83.30 | CAD |
| Deductions | -737.57 | CAD |
| **TOTAL:** | **34,782.33** | **CAD** |
| Our Shares (Divided by 3) | 11594.11 | CAD |

 **05-01 - 05-31.zip**
35K



Patrick Schaufuss <patrickz1984@gmail.com>

## WH/CA Revenue June 2021

**Robert** <cheatautomation@gmail.com>
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Thu, Jul 1, 2021 at 5:42 PM

Total: $38,519.01 CAD
Our Shares: 12,839.67 CAD

Keep in mind Paygol payments are not every month so this month was a bit higher than normal due to that. But overall sales have been very healthy.

Link-building receipts and details are included in the files and on the 2nd tab of the excel sheet.

Payments have been sent via Transferwise.

| WH & CA Revenue | Jun-21 | | | |
|---|---|---|---|---|
| Source | Amount | Currency | Converted From | |
| Payssion | 5,464.14 | CAD | | |
| Transferwise | 23,796.32 | CAD | 19,196.78 USD | |
| CH Affiliate Rev | 1,348.55 | CAD | May $893.21 + $455.34 June | |
| Stripe | 4,385.54 | CAD | (June 1- 29) | |
| Paygol | 5,100.60 | CAD | 3467.11 EUR | |
| Amember Tax | 84.14 | CAD | | |
| | | | | |
| | | | | |
| Total Revenue | 40,095.15 | CAD | | |
| Total Tax Collected | 84.14 | CAD | | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 01/Jun | Link Building: 3x Guest Posts | 371.24 | CAD | $299.97 USD |
| 02/Jun | Link Building 200x RSOS Profile | 269.8 | CAD | $218 USD |
| 15/Jun | Link Building: 1x Guest Post | $124.75 | CAD | 99.99 USD |
| 08/Jun | Chiv 2 GMG | 32.55 | CAD | |
| 20/Jun | Gleam.io | 49.88 | CAD | |
| 21/Jun | WH/CA Hosting Knownsrv | 422.11 | CAD | |
| 21/Jun | Shadow PC | 54.47 | CAD | |
| 24/Jun | Cloudflare | 25.98 | CAD | |
| 28/Jun | Cloudflare | 25.99 | CAD | |
| June 18 | Regus Virtual Office | 115.23 | CAD | |
| | | | CAD | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 1492.00 | CAD | |
| | | | | |
| | | | | |
| | Revenue Calculations | Amount | Currency | |
| | Total Revenue Before VAT | 40,095.15 | CAD | |
| | Tax Collected | -84.14 | CAD | |
| | Deductions | -1,492.00 | CAD | |
| | TOTAL: | 38,519.01 | CAD | |
| | Our Shares (Divided by 3) | 12839.67 | CAD | |


**06-01 - 06-30.zip**
364K



**Patrick Schaufuss <patrickz1984@gmail.com>**

---

## WH/CA Revenue July 2021

**Robert** <cheatautomation@gmail.com>                                    Sun, Aug 1, 2021 at 5:27 PM
To: Pato Rick <patrickz1984@gmail.com>, danielarz1997@gmail.com

Total: $39,647.71 CAD
Our Shares: $13,215.90 CAD

Link building receipts for the available link building budget have been included in the files. This month only $400 USD
of link building budget was allocated.

Payments have been sent via Transferwise (now Wise)

| WH & CA Revenue | July 2021 | | |
|---|---|---|---|
| Source | Amount | Currency | Converted From |
| CA Payssion | 7,546.50 | CAD | |
| Transferwise | 24,013.41 | CAD | 19257.72 USD |
| CH Affiliate Rev | 485.00 | CAD | |
| Stripe | 8,941.75 | CAD | June 30 – July 30 |
| Amember Tax | 63.71 | CAD | |
| | | | |
| | | | |
| Total Revenue | 40,986.66 | CAD | |
| Total Tax Collected | 63.71 | CAD | |
| | | | |

| | WH & CA Deductions | | | |
|---|---|---|---|---|
| Date | Source | Amount | Currency | Converted |
| 15/Aug | Virtual Office | 115.23 | CAD | |
| 05/Jul | Cleantalk Anti-Spam | 15.31 | CAD | |
| 20/Jul | Gleam.io | 51.19 | CAD | |
| 21/Jul | Shadow PC | 78.69 | CAD | |
| 21/Jul | Web Hosting | 432.56 | CAD | |
| 25/Jul | Cloudflare | 28.56 | CAD | |
| 17/Jul | **Link Building – Guest Posts** | 525.75 | CAD | |
| 28/Jul | Cloudflare | 27.95 | CAD | |
| | | | | |
| | | | | |
| | Total Deductions in CAD | 1275.24 | CAD | |

| Revenue Calculations | Amount | Currency |
|---|---|---|
| **Total Revenue Before VAT** | 40,986.66 | CAD |
| **Tax Collected** | -63.71 | CAD |
| **Deductions** | -1,275.24 | CAD |
| **TOTAL:** | **39,647.71** | **CAD** |
| **Our Shares (Divided by 3)** | 13215.90 | CAD |


**07-01- 07-31.zip**
174K