# COMPOSITE EXHIBIT 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**PA 2-282-670**

**Effective Date of Registration:**
March 23, 2021

**Registration Decision Date:**
March 24, 2021

## Title

**Title of Work:** Destiny 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Bungie, Inc
  **Author Created:** audiovisual material including music and sounds
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc
  **Author Created:** contributions to audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bungie, Inc
550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting audiovisual material from prior "Destiny" videogame

**New material included in claim:** audiovisual material including musical compositions and sounds

## Rights and Permissions

**Organization Name:** Bungie Legal Department, Bungie, Inc
**Email:** legal@bungie com
**Address:** 550 106th Ave NE
Suite 207
Bellevue WA 98004 United States

## Certification

**Name:** Patchen M Haggerty
**Date:** March 23, 2021
**Applicant's Tracking Number.** 139303-6000 US03

---

**Correspondence:** Yes

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**TX 8-933-655**

**Effective Date of Registration:**
February 09, 2021

**Registration Decision Date:**
February 10, 2021

## Title

**Title of Work:** Destiny 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Bungie, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc.
  **Author Created:** computer program, contributions to computer code
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bungie, Inc.
550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previously published and third-party contributions to the computer code
**Previous registration and year:** TX0008047244, 2015

**New material included in claim:** computer program, new and revised computer code

## Rights and Permissions

**Organization Name:** Bungie Legal Department, Bungie, Inc.
**Email:** legal@bungie.com
**Address:** 550 106th Ave NE
Suite 207
Bellevue, WA 98004 United States

## Certification

**Name:** Patchen M. Haggerty
**Date:** February 09, 2021
**Applicant's Tracking Number:** 139303-6000.US01

---

**Correspondence:** Yes

**Registration #:** PA0002280030
**Service Request #:** 1-10156210289

## Mail Certificate

Perkins Coie LLP
Patchen M. Haggerty
P.O. Box 2608
Seattle, WA 98111 United States

**Priority:** Special Handling **Application Date:** February 10, 2021

**Note to C.O.:** Copyright application is for the multimedia elements of a videogame. Deposit materials include a written synopsis of the videogame, sound recordings, a video of gameplay, and a series of pictorial images to represent the audiovisual elements. The artwork in the deposit is collective as a whole of the videogame.

## Correspondent

**Organization Name:** Perkins Coie LLP
**Name:** Patchen M. Haggerty
**Email:** pctrademarks@perkinscoie.com
**Telephone:** (206)359-8000
**Fax:** (206)359-9000
**Address:** 1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States

**Registration Number**
# PA 2-280-030
**Effective Date of Registration:**
February 10, 2021
**Registration Decision Date:**
March 05, 2021

## Title

**Title of Work:** Destiny 2: Beyond Light

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 10, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Bungie, Inc.
  **Author Created:** audiovisual material including music and sounds
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc.
  **Author Created:** contributions to audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bungie, Inc.
550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting audiovisual material, music compositions and sound recordings from previous versions of "Destiny 2" videogame

**New material included in claim:** audiovisual material including musical compositions and sounds

## Rights and Permissions

**Organization Name:** Bungie Legal Department, Bungie, Inc.
**Email:** legal@bungie.com
**Address:** 550 106th Ave NE
Suite 207
Bellevue, WA 98004 United States

## Certification

**Name:** Patchen M. Haggerty
**Date**: February 10, 2021
**Applicant's Tracking Number**: 139303-6000.US04

---

**Correspondence:** Yes

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**TX 8-933-658**

**Effective Date of Registration:**
February 09, 2021

**Registration Decision Date:**
February 10, 2021

## Title

**Title of Work:** Destiny 2: Beyond Light

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 10, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Bungie, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Activision Publishing, Inc.
  **Author Created:** computer program, contributions to computer code
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bungie, Inc.
550 106th Ave NE, Suite 207, Bellevue, WA, 98004, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previously published and third-party contributions to the computer code
**Previous registration and year:** TX0008047244, 2015

**New material included in claim:** computer program, new and revised computer code

## Rights and Permissions

**Organization Name:** Bungie Legal Department, Bungie, Inc.
**Email:** legal@bungie.com
**Address:** 550 106th Ave NE
Suite 207
Bellevue, WA 98004 United States

## Certification

**Name:** Patchen M. Haggerty
**Date:** February 09, 2021
**Applicant's Tracking Number:** 139303-6000.US02

---

**Correspondence:** Yes