# EXHIBIT 1





# Frequently Asked Questions

Our most commonly asked questions from new Wallhax community members.

## Common Cheat Software Questions

▼ **Do you have free hacks?**

No, Wallhax is a paid-only service.

Wallhax offers subscriptions to access our cheats, so we do not offer any free hacks or cheats. Our sales enables our team to devote their time to developing our cheats and all aspects of the software, as well as dedicating time to providing support if you ever run into problems.

A 3-day VIP trial is available with some purchase methods so that you can try our cheats with minimal commitment.

▸ **Why should I purchase cheats from you?**

▸ **Does your software contain viruses or spyware?**

▸ **Can I use more than one PC with your software?**

▸ **Can I be banned from a game for using your software?**

## Have you created your free Wallhax account yet?

Create My Account Now!

## Billing & Payment

What is your refund policy?

How do I purchase and get my download?

What payment methods do you offer?

Does my membership renew automatically?

## More questions? Ask us!

Create a new topic on our pre-sales forum and members of the Wallhax team and community will get back to you!

Visit Pre-sales Forum

## Helpful Links

Create Your Account

Purchase Subscriptions (requires account)

Account Membership Area

Alternative Payment Options (Resellers)

Our Presales Forum

Videos of Wallhax Cheats

Wallhax Community Testimonials



Copyright 2023 Wallhax - Privacy Policy | Terms Of Service