# EXHIBIT 2

Results 1 to 3 of 3

**Thread: Great Hax! Using about 7 days now**

Thread Tools | Search Thread | Display

12-11-2022, 07:41 PM #1

**fredfrep**
VIP MEMBER
Join Date: Dec 2022
Posts: 2

**Great Hax! Using about 7 days now**

I was skeptical at first and especially the phone call verification for payment; but otherwise it was all good. Will use again if need to

Reply With Quote

12-12-2022, 06:32 AM #2

**Gokke**
ADMINISTRATOR

Join Date: Aug 2014
Posts: 9,805

Glad you like it

Service Status | Purchase | Download Client | Console Commands | How to make Custom Commands? | Cheat Features | Kernel Mode Protection? | Super Secret Subscription Extension Link!

Payment Issues? Message Slytiger!
Other Issues? Message Slytiger!

Reply With Quote

12-12-2022, 01:25 PM #3

**Slytiger**

ADMINISTRATOR

| | |
|---|---|
| **Join Date:** | Aug 2014 |
| **Posts:** | 14,679 |

Great testimonial, thank you. I've added +3 days to your membership.

Member Resources: Wallhax Framework Cheat Features | Cheat Console Commands | Keybinds System

Reply With Quote

« Previous Thread | Next Thread »

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off

**Forum Rules**

**Wallhax** **Archive** **Terms of Service** **Top**

All times are GMT. The time now is 02:01 AM.
Powered by vBulletin® Version 4.2.5
Copyright © 2022 vBulletin Solutions Inc. All rights reserved.



