# EXHIBIT 3





# The Wallhax Cheat Framework

## Powering The Next Generation Of Game Cheats.

![Wallhax cheat menu screenshot showing Aimbot options]

## Powerful Cheat Features Built-In

Take advantage of **50+ cheat features** built into our cheat framework to take your gaming experience to the next level.



### Lock-On Deadly Aimbot

**Tuned for accuracy** and **ease of use**, our aimbot comes packed with **20+ features** you can customize, ready to take you to the **top of the scoreboard** with whether you're raging or playing 'legit'.



### Feature Loaded 3D ESP

Hunt down your opponents with our all-seeing, on-screen ESP for allies, enemies, vehicles, items and more with **25+ ESP options** powered by the framework, for a completely customizable visual experience.



### 360 Degree 2D Radar

Our flexible 2D Radar makes it easy to tell where enemies are around you at all times even when they're off screen. With 10+ radar options you can easily create an optimal configuration for your needs.



## Triggerbot

Keep your reticule over your target and let our triggerbot do the work. Supporting a custom activation key and firing delay among other features, you can look legit while **owning the scoreboards**.



## Warning System

On-screen notifications alert you when an opponent is visible, can see you, or is actively aiming at you to give you an early warning and ability to respond before it's too late.

## Game Specific Hacks

Not only do our framework-powered cheats include our feature loaded aimbot, ESP, radar and more, but they can also include unique and exclusive cheat features for that game.

Note: Not all framework features are available for every game we support. Refer to the cheat page for available features.

CREATE YOUR PERFECT CONFIG

# Unparalleled Cheat Customization

With nearly endless customization options and features available to adapt your

cheat loadout for any situation, you can create the ideal config for your gameplay style to deliver all the most critical information.

Don't want to tweak anything? You can get straight into the game with included **optimized default settings**.





## Example: High Density ESP Loadout

For the **Fallout 76 hack** we opted to use the **ESP fade option** to reduce visibility of far away items, and enabled **ESP text backgrounds** for more clarity on text. We also enabled **ESP overlays** over characters for a unique visual style. **2D Corner Box ESP** is also a favorite of ours.

## Example: High Visibility ESP Loadout

For smaller 4v4 matches in **Splitgate** we opted to use **Medium ESP text** to really make characters stand out without a lot of entities taking up space on the screen. We set the 2D radar to **overlay the screen** so it's visible around the crosshair at all times.

## Example: 3D ESP With Standard Radar

For our Warframe cheat we're showing off our **3D Box ESP**, with the **on-screen FOV Indicator** letting you know the area your aimbot is set to activate within. We also kept our standard boxed 2D Radar. Radar can also show **enemy names, elevation, health, and distance**.

## Constant Development

Every Wallhax cheat powered by our framework continually gets better with every framework update. Since every cheat uses a shared codebase, each feature we add to the framework can be pushed out to existing cheats, improving your cheat experience over time with **brand new features**, functionality, customization and more.

Our framework powered cheats are also faster to update, meaning less downtime after a game update. The framework allows us to support new games often the

day they come out, so you can start getting the **maximum advantage** in new game releases we support sooner.

## Framework Features We've Added:

- ✓ **Keybinds** – Bind keys to adjust cheat settings.

- ✓ **OBS Game Capture** – Hides supported cheats on stream.

- ✓ **ESP Fading** – Reduce visibility of distant ESP.

- ✓ **ESP Filtering** – Hide ESP you don't want to see.



## Secured Against Anti-Cheat Detection

The cheat framework is built with safety in mind, with a multi-faceted approach making the cheat more difficult for anti-cheat to detect. More about anti-cheat protection.



#### Cloud Streaming & Intelligent Injection

The Wallhax cheat client streams the latest version of our cheats directly from our secure cloud and injects it intelligently into the game.



#### Kernel Mode Protection

Our Kernel Mode protection option adds an additional layer of kernel level protection to make anti-cheat detection more difficult.



#### Lightweight Code

Our framework was written from the ground up to use minimum code to reduce it's footprint for potential detection.

#### Features Designed For Safety

Our cheat features are designed to help you avoid notice in-game, with features like aimbot smoothing and field of view limiting so you don't look like a blatant cheater.

## Advanced Options: Power Users Welcome

When you want to dive in deep to create your perfect cheating setup, we've got you covered. Our cheat console lets you **tweak every possible setting**, and enables features like include and exclude lists for items, the 'friends list', 'shit list', **named saved configs, custom keybinds** and much more.

Adjust every possible cheat setting via commands through an advanced cheat console.

Create multiple cheat settings configs for different activities. Swap between them as needed.

Create keybinds to set or toggle any cheat settings or switch between configs.

Filter items, and create lists of friends or enemies through built-in lists.



