# EXHIBIT 7

**DANISH BUSINESS AUTHORITY**

Dato: 28.11.2022

# DSoft

| | |
|---|---|
| CVR number | 37454303 |
| Address | C/O Daniel Fagerberg Larsen Lejrskov Kirkevej 25 |
| Postal code and city | 6640 Lunderskov |
| Start date | 01.01.2016 |
| Business type | Enkeltmandsvirksomhed |
| Advertising protection | Yes |
| Status | Aktiv |

## Expanded business information

| | |
|---|---|
| Municipality | Kolding |
| Activity code | 620100 Computerprogrammering |

## Power to bind, key individuals and auditor

| | |
|---|---|
| Fully liable partner | Daniel Fagerberg Larsen |

## Production units

| | |
|---|---|
| Name | DSoft |
| P-number | 1021162988 |
| Address | C/O Daniel Fagerberg Larsen Lejrskov Kirkevej 25 |
| Postal code and city | 6640 Lunderskov |
| Start date | 01.01.2016 |
| Activity code | 620100 Computerprogrammering |
| Advertising protection | Yes |

## Historical basic data

### Address

Erhvervsstyrelsen, Langelinie Allé 17, 2100 København Ø

The information in this document is from The Central Business Register (CVR). The data may not be used in any way which suggests that the Danish Business Authority endorses, supports, recommends or markets the user of the data, or the services or products of the user of the data. The Danish Business Authority is not liable for the content and origin of the data, nor is it liable for any errors and omissions in the data, including for any loss or damage caused by its use.

# DANISH BUSINESS AUTHORITY

Dato: 28.11.2022

| From | Till | Value |
|---|---|---|
| 01.09.2017 | 19.10.2018 | C/O Daniel Fagerberg Larsen<br>Lejrskov Kirkevej 25<br>6640 Lunderskov |
| 01.01.2016 | 31.08.2017 | C/O Daniel Fagerberg Larsen<br>Iver Dahlsvej 5<br>6640 Lunderskov |

## Business type

| From | Till | Value |
|---|---|---|
| 01.01.2016 | 28.02.2022 | Enkeltmandsvirksomhed |

The information in this document is from The Central Business Register (CVR). The data may not be used in any way which suggests that the Danish Business Authority endorses, supports, recommends or markets the user of the data, or the services or products of the user of the data. The Danish Business Authority is not liable for the content and origin of the data, nor is it liable for any errors and omissions in the data, including for any loss or damage caused by its use.