# EXHIBIT 8

# Terms of Service ("Terms")

Last updated: December 16th, 2016

Please read these Terms of Service ("Terms", "Terms of Service") carefully before using the http://wallhax.com website (the "Service") operated by Elite Boss Tech Inc. ("us", "we", or "our").

Your access to and use of the Service is conditioned on your acceptance of and compliance with these Terms. These Terms apply to all visitors, users and others who access or use the Service.

By accessing or using the Service you agree to be bound by these Terms. If you disagree with any part of the terms then you may not access the Service.

General Terms and Conditions

- You must provide valid information needed to complete the signup process.
- The Service will not be responsible for any loss of data, disclosure of data or incurred damage that will result from not securing your password and account.
- You must not violate any law or make any unauthorized or illegal use while, and by, using the service.
- You will be responsible for all the content and activity which are held under you account.
- You must be 15 years or older to use this Service.
- Support is available only to the holders of paying accounts through our website forums.
- Your use of the Service is at your sole risk. The service is provided on an "as is" basis.
- You must not resell, copy or duplicate the service, or any part of it, without a written permission from The Service.
- Elite Boss Tech Inc. does not warrant that the service will answer your needs, will be free of errors, will be secure or will be available at all times.
- The Service holds its rights to remove, or not to remove, any content which us unlawful or offensive. However, any written abuse or threat made in an account will result in the immediate termination of that account.
- You expressly understand and agree that The Service shall not be liable for any direct or indirect damages, including but not limited to damages for loss of data, profits, or other intangible losses resulting from the direct or indirect use of the service.
- You agree to indemnify and hold harmless The Service and its affiliates, officers, agents, and employees from against loss or threatened loss or expense by reason of the liability or potential liability of The Service for or arising out of any claims for damages. In such a case, The Service will provide you with written notice of such claim, suit or action.

Access & Relationships

- You agree you are not an employee of Microsoft, The Coalition, Nexon, Wargaming, Ubisoft, Studio Wildcard, Electronic Arts, DICE, Reto-Moto, Rockstar, 2K Games, Activision, or Offworld Industries, and are not a family member or acquaintance of the aforementioned.
- You agree you are not an employee of any law firm contracted with Microsoft, The Coalition, Nexon, Wargaming, Ubisoft, Studio Wildcard, Electronic Arts, DICE, Reto-Moto, Rockstar, 2K Games, Activision, or Offworld Industries and are not a family member or acquaintance of said firm.
- You agree you are not an employee of any company offering an anti-cheat service including Punkbuster, Valve, GameBlocks, Battleye or EasyAntiCheat, and are not a family member or acquaintance of the aforementioned.
- You are not an employee of any game development studio.
- You are not purchasing from our site for any investigative purposes.
- You agree not to impersonate another person.
- You may not access the The Service, the website, forums, or software of The Service if any of the above terms apply to you.
- If you violate any of the above terms you agree to pay Wallhax $30,000 USD for each login to our software and forums.
- Elite Boss Tech Inc. will in no event be held liable for any direct, indirect, incidental, special, punitive, or consequential damages of any nature, caused by content or access to the website.

Pricing, Payment, Refunds

- A Paypal account, which you have the right to use, is required for any paying account.
- If you sign up for a paying account, you will be billed on a monthly, quarterly, or yearly basis depending on the plan selected, starting on the day you authorized a recurring subscription through Paypal.
- All payments through Paypal are for **virtual, non-refundable subscriptions to our forum.** After you have accessed our private forum or virtual software, **you have received the full value of your purchase.**
- **As all purchases are for virtual forum subscriptions and virtual software, there will be no returns accepted.**
- The payments you make are **non-refundable** and are **billed in advance. There will be no refunds of any sort or future credits for partial months usage of the service.**
- Upon accessing our private forums, or accessing our virtual software which both require a paying account, **you have received the full value of your subscription and will not be eligible for any refund or credit.**
- All fees are exclusive of any kind of taxes, levies or duties imposed by taxing authorities.
- The Service will not be responsible for any lose of contents or features or inability to perform tasks resulting from downgrading of the account.

Cancellation and Termination

- The only way to cancel any recurring subscription to The Service is through the Paypal payment processor.
- Upon expiry of your paid subscription, your account will be downgraded to a free membership.
- The Service reserves the right to refuse service to anyone for any reason at any time.
- The Service has the right to terminate your account. This will result in the deactivation or deletion of your account and you will be prevented any from access to the service.

_____

The failure of The Service to exercise or enforce any right or provision of the Terms of Service shall not constitute a waiver of such right or provision. The Terms of Service constitutes the entire agreement between you and The Service and governs your use of The Service, superseding any prior agreements between you and The Service.

The Service reserves the right to update and change the Terms of Service from time to time without notice. Any changes or updates made to the application are subject to these Terms of Service. Continuing to use the service after such changes or updates are made will constitute your consent to those updates and/or changes.

In any case you have a question regarding these terms of service, you may email it to admin@wallhax.com