# EXHIBIT 9

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel:  1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_6692961_004 E R 04160   01387

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | **SEP 30/19 - OCT 31/19** |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | SEP30 | |
| STRIPE MSP | | 24.48 | OCT17 | |
| STRIPE MSP | | 221.92 | OCT18 | |
| STRIPE MSP | | 26.12 | OCT21 | |
| STRIPE MSP | | 12.24 | OCT21 | |
| STRIPE MSP | | 14.14 | OCT22 | |
| STRIPE MSP | | 14.14 | OCT23 | |
| STRIPE MSP | | 28.28 | OCT24 | |
| STRIPE MSP | | 14.14 | OCT25 | |
| STRIPE MSP | | 28.28 | OCT28 | |
| STRIPE MSP | | 28.28 | OCT28 | |
| STRIPE MSP | | 28.28 | OCT29 | |
| STRIPE MSP | | 42.42 | OCT30 | |
| STRIPE MSP | | 14.14 | OCT31 | |
| MONTHLY PLAN FEE | 5.00 | | OCT31 | |
| OVERDRAFT INTEREST | 0.14 | | OCT31 | |

003623

TDCDA71400_6692961_004 - 0031387

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_7334627_004 E R 04160   01590

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | OCT 31/19 - NOV 29/19 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | OCT31 | |
| STRIPE MSP | | 14.14 | NOV05 | |
| STRIPE MSP | | 14.14 | NOV08 | |
| STRIPE MSP | | 42.42 | NOV12 | |
| STRIPE MSP | | 14.14 | NOV14 | |
| STRIPE MSP | | 14.14 | NOV18 | |
| STRIPE MSP | | 14.14 | NOV18 | |
| STRIPE MSP | 0.03 | | NOV18 | |
| STRIPE MSP | 0.12 | | NOV19 | |
| STRIPE MSP | | 14.14 | NOV21 | |
| STRIPE MSP | | 28.04 | NOV22 | |
| STRIPE MSP | | 56.50 | NOV25 | |
| STRIPE MSP | 0.06 | | NOV25 | |
| STRIPE MSP | | 28.25 | NOV26 | |
| STRIPE MSP | 0.03 | | NOV27 | |
| STRIPE MSP | | 28.16 | NOV28 | |
| STRIPE MSP | | 14.11 | NOV29 | |
| MONTHLY PLAN FEE | 5.00 | | NOV29 | |

003979

- -
- -

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_7334627_004 · 0031590



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_7989267_004 E R 04160  02655

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | **NOV 29/19 - DEC 31/19** |
| 4160 | 0010-5329427 | | Page 1 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | NOV29 | |
| STRIPE MSP | | 14.08 | DEC02 | |
| STRIPE MSP | | 14.14 | DEC02 | |
| STRIPE MSP | | 42.36 | DEC02 | |
| PAYPAL MSP | | 365.54 | DEC02 | |
| STRIPE MSP | | 28.19 | DEC03 | |
| STRIPE MSP | | 14.05 | DEC04 | |
| STRIPE MSP | 0.12 | | DEC05 | |
| STRIPE MSP | | 27.80 | DEC06 | |
| STRIPE MSP | | 14.05 | DEC09 | |
| STRIPE MSP | | 42.21 | DEC09 | |
| STRIPE MSP | 0.06 | | DEC09 | |
| STRIPE MSP | | 28.19 | DEC10 | |
| STRIPE MSP | | 28.28 | DEC11 | |
| STRIPE MSP | | 14.14 | DEC12 | |
| STRIPE MSP | | 14.14 | DEC13 | |
| STRIPE MSP | 0.06 | | DEC16 | |
| STRIPE MSP | 0.15 | | DEC16 | |
| STRIPE MSP | 0.18 | | DEC16 | |
| STRIPE MSP | 0.12 | | DEC18 | |
| STRIPE MSP | 0.03 | | DEC19 | |
| STRIPE MSP | 0.03 | | DEC20 | |
| STRIPE MSP | | 28.19 | DEC23 | |
| STRIPE MSP | | 14.08 | DEC23 | |
| STRIPE MSP | | 14.11 | DEC23 | |
| STRIPE MSP | | 42.36 | DEC24 | |
| STRIPE MSP | | 14.14 | DEC27 | |
| STRIPE MSP | | 28.25 | DEC27 | |
| STRIPE MSP | | 28.25 | DEC27 | |
| STRIPE MSP | | 14.08 | DEC30 | |
| STRIPE MSP | | 14.11 | DEC30 | |
| STRIPE MSP | 0.03 | | DEC31 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

007250

TDCDA71400_7989267_004 - 0032655

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2



Tel: 1-866-222-3456
TTY: 1-800-361-1180

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| Branch No. | Account No. | BUSINESS CHEQUING ACCOUNT - CAD BASIC | NOV 29/19 - DEC 31/19 |
| 4160 | 0010-5329427 | | Page 2 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | DEC31 | |
| MONTHLY PLAN FEE | 5.00 | | DEC31 | |
| SERVICE CHARGE | 5.00 | | DEC31 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_7989267_004 · 0032655

007251



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_8769136_004 E R 04160   01929

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | **DEC 31/19 - JAN 31/20** |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | DEC31 | |
| STRIPE MSP | | 28.28 | JAN02 | |
| STRIPE MSP | | 14.14 | JAN02 | |
| PAYPAL MSP | | 46.73 | JAN02 | |
| STRIPE MSP | | 14.11 | JAN03 | |
| STRIPE MSP | 0.03 | | JAN06 | |
| STRIPE MSP | 0.03 | | JAN07 | |
| STRIPE MSP | | 14.14 | JAN08 | |
| STRIPE MSP | 0.03 | | JAN13 | |
| STRIPE MSP | 0.03 | | JAN14 | |
| STRIPE MSP | | 14.14 | JAN15 | |
| STRIPE MSP | | 14.14 | JAN17 | |
| STRIPE MSP | 0.03 | | JAN20 | |
| STRIPE MSP | 0.03 | | JAN20 | |
| STRIPE MSP | | 14.14 | JAN21 | |
| STRIPE MSP | | 14.14 | JAN22 | |
| STRIPE MSP | 0.03 | | JAN27 | |
| STRIPE MSP | | 14.08 | JAN29 | |
| STRIPE MSP | 0.06 | | JAN30 | |
| MONTHLY PLAN FEE | 5.00 | | JAN31 | |
| SERVICE CHARGE | 3.75 | | JAN31 | |

005046

TDCDA71400_8769136_004 - 0031929

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

**TD Canada Trust**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_1208798_004 E R 04160   02082

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | JAN 31/20 - FEB 28/20 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JAN31 | |
| STRIPE MSP | | 14.14 | FEB03 | |
| STRIPE MSP | | 28.28 | FEB03 | |
| PAYPAL MSP | | 126.37 | FEB03 | |
| STRIPE MSP | 0.03 | | FEB04 | |
| STRIPE MSP | | 14.02 | FEB07 | |
| STRIPE MSP | | 28.28 | FEB10 | |
| STRIPE MSP | 0.06 | | FEB12 | |
| STRIPE MSP | | 14.11 | FEB14 | |
| STRIPE MSP | | 14.11 | FEB18 | |
| STRIPE MSP | | 14.11 | FEB18 | |
| STRIPE MSP | | 14.14 | FEB18 | |
| STRIPE MSP | 0.03 | | FEB18 | |
| STRIPE MSP | | 14.11 | FEB19 | |
| STRIPE MSP | | 14.11 | FEB21 | |
| STRIPE MSP | | 14.14 | FEB24 | |
| STRIPE MSP | | 14.08 | FEB24 | |
| STRIPE MSP | | 30.25 | FEB27 | |
| STRIPE MSP | 29.96 | | FEB28 | |
| MONTHLY PLAN FEE | 5.00 | | FEB28 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

005423

TDCDA71400_1208798_004 - 0032082

**TD Canada Trust**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_1902721_004 E R 04160   02234

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | FEB 28/20 - MAR 31/20 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | FEB28 | |
| PAYPAL MSP | | 214.93 | MAR02 | |
| STRIPE MSP | 0.03 | | MAR02 | |
| STRIPE MSP | 0.03 | | MAR02 | |
| STRIPE MSP | 0.06 | | MAR02 | |
| STRIPE MSP | | 28.10 | MAR03 | |
| STRIPE MSP | | 14.08 | MAR04 | |
| STRIPE MSP | | 14.86 | MAR05 | |
| STRIPE MSP | | 14.14 | MAR06 | |
| STRIPE MSP | | 14.14 | MAR09 | |
| STRIPE MSP | 0.09 | | MAR11 | |
| STRIPE MSP | 0.03 | | MAR16 | |
| STRIPE MSP | 0.03 | | MAR16 | |
| STRIPE MSP | 0.03 | | MAR17 | |
| STRIPE MSP | | 14.05 | MAR18 | |
| STRIPE MSP | | 14.14 | MAR19 | |
| STRIPE MSP | | 14.14 | MAR20 | |
| STRIPE MSP | | 28.28 | MAR23 | |
| STRIPE MSP | 0.03 | | MAR26 | |
| STRIPE MSP | 0.06 | | MAR31 | |
| MONTHLY PLAN FEE | 5.00 | | MAR31 | |
| SERVICE CHARGE | 5.00 | | MAR31 | |

006476

TDCDA71400_1902721_004 - 0032234

:
:

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel:  1-866-222-3456
TTY:  1-800-361-1180

TDCDA71400_2614581_004 E R 04160   02598

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | MAR 31/20 - APR 30/20 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | MAR31 | |
| STRIPE MSP | 0.06 | | APR01 | |
| STRIPE MSP | 0.03 | | APR02 | |
| STRIPE MSP | | 28.22 | APR03 | |
| STRIPE MSP | | 14.14 | APR06 | |
| STRIPE MSP | | 14.14 | APR06 | |
| STRIPE MSP | | 28.25 | APR06 | |
| STRIPE MSP | 0.06 | | APR08 | |
| STRIPE MSP | | 14.14 | APR09 | |
| STRIPE MSP | | 28.28 | APR13 | |
| STRIPE MSP | 0.03 | | APR13 | |
| STRIPE MSP | 0.03 | | APR13 | |
| STRIPE MSP | | 14.14 | APR15 | |
| STRIPE MSP | | 14.11 | APR16 | |
| STRIPE MSP | | 14.08 | APR20 | |
| STRIPE MSP | | 28.25 | APR22 | |
| STRIPE MSP | | 14.14 | APR24 | |
| MONTHLY PLAN FEE | 5.00 | | APR30 | |

005495

TDCDA71400_2614581_004 - 0032598

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



**TD Canada Trust**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_3280761_004 E R 04160   02634

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| Branch No. | Account No. | BUSINESS CHEQUING ACCOUNT - CAD BASIC | APR 30/20 - MAY 29/20 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | APR30 | |
| STRIPE MSP | 0.06 | | MAY11 | |
| STRIPE MSP | 0.06 | | MAY11 | |
| STRIPE MSP | 0.39 | | MAY11 | |
| STRIPE MSP | | 57.17 | MAY12 | |
| STRIPE MSP | | 57.08 | MAY13 | |
| STRIPE MSP | | 214.34 | MAY14 | |
| STRIPE MSP | | 50.80 | MAY15 | |
| STRIPE MSP | | 39.79 | MAY19 | |
| STRIPE MSP | | 8.96 | MAY19 | |
| STRIPE MSP | | 28.51 | MAY19 | |
| STRIPE MSP | | 640.58 | MAY19 | |
| STRIPE MSP | | 33.08 | MAY20 | |
| STRIPE MSP | | 88.36 | MAY21 | |
| MONTHLY PLAN FEE | 5.00 | | MAY29 | |

005821

TDCDA71400_3280761_004 - 0032634

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_3968921_004 E R 04160   02827

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | **MAY 29/20 - JUN 30/20** |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | MAY29 | |
| STRIPE MSP | 0.15 | | JUN08 | |
| STRIPE MSP | 0.27 | | JUN08 | |
| STRIPE MSP | 0.63 | | JUN09 | |
| STRIPE MSP | | 42.02 | JUN10 | |
| STRIPE MSP | | 126.33 | JUN11 | |
| STRIPE MSP | | 135.02 | JUN12 | |
| STRIPE MSP | | 84.22 | JUN15 | |
| STRIPE MSP | 0.03 | | JUN22 | |
| STRIPE MSP | 1.84 | | JUN24 | |
| MONTHLY PLAN FEE | 5.00 | | JUN30 | |

006981

TDCDA71400_3968921_004 - 0032827

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

**TD Canada Trust**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_4693971_004 E R 04160   02934

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | JUN 30/20 - JUL 31/20 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JUN30 | |
| MONTHLY PLAN FEE | 5.00 | | JUL31 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

007516

TDCDA71400_4693971_004 - 0032934



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_5332354_004 E R 04160   03135

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ  H2Z 0B1

| Statement of Account | |
|---|---|
| Branch No. | Account No. |
| 4160 | 0010-5329427 |

| Account Type |
|---|
| BUSINESS CHEQUING ACCOUNT - CAD BASIC |

| Statement From - To |
|---|
| JUL 31/20 - AUG 31/20 |
| Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JUL31 | |
| 11020781 CANADA MSP | | 7,469.25 | AUG17 | |
| STRIPE MSP | 0.03 | | AUG25 | |
| STRIPE MSP | 0.03 | | AUG26 | |
| STRIPE MSP | 0.09 | | AUG27 | |
| STRIPE MSP | | 18.86 | AUG28 | |
| STRIPE MSP | | 37.78 | AUG31 | |
| STRIPE MSP | | 56.28 | AUG31 | |
| MONTHLY PLAN FEE | 5.00 | | AUG31 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



**TD Canada Trust**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_5961504_004 E R 0416O   O3338

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | |
| --- | --- |
| Branch No. | Account No. |
| 4160 | 0010-5329427 |

| Account Type |
| --- |
| BUSINESS CHEQUING ACCOUNT - CAD BASIC |

| Statement From - To |
| --- |
| AUG 31/20 - SEP 30/20 |
| Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
| --- | --- | --- | --- | --- |
| BALANCE FORWARD | | | AUG31 | |
| STRIPE MSP | | 61.62 | SEP01 | |
| STRIPE MSP | | 62.77 | SEP02 | |
| STRIPE MSP | | 16.69 | SEP03 | |
| STRIPE MSP | | 34.04 | SEP04 | |
| STRIPE MSP | | 99.01 | SEP08 | |
| STRIPE MSP | | 34.04 | SEP08 | |
| STRIPE MSP | | 37.20 | SEP08 | |
| STRIPE MSP | | 54.44 | SEP08 | |
| STRIPE MSP | | 115.46 | SEP09 | |
| STRIPE MSP | | 142.41 | SEP10 | |
| STRIPE MSP | | 54.77 | SEP11 | |
| STRIPE MSP | | 78.55 | SEP14 | |
| STRIPE MSP | | 59.66 | SEP14 | |
| STRIPE MSP | | 86.97 | SEP14 | |
| STRIPE MSP | | 70.22 | SEP15 | |
| STRIPE MSP | | 59.57 | SEP16 | |
| STRIPE MSP | | 42.70 | SEP17 | |
| STRIPE MSP | | 37.84 | SEP18 | |
| STRIPE MSP | | 102.45 | SEP21 | |
| STRIPE MSP | | 18.77 | SEP21 | |
| STRIPE MSP | | 37.78 | SEP21 | |
| STRIPE MSP | | 23.48 | SEP22 | |
| STRIPE MSP | | 37.48 | SEP23 | |
| STRIPE MSP | | 18.59 | SEP24 | |
| STRIPE MSP | | 154.75 | SEP25 | |
| STRIPE MSP | | 228.51 | SEP28 | |
| STRIPE MSP | | 104.49 | SEP28 | |
| STRIPE MSP | | 162.01 | SEP28 | |
| STRIPE MSP | | 137.34 | SEP29 | |
| STRIPE MSP | | 186.86 | SEP30 | |
| MONTHLY PLAN FEE | 5.00 | | SEP30 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_5961504_004 - 0033338          008633



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_6662589_004 E R 04160  03629

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING<br>ACCOUNT - CAD<br>BASIC | SEP 30/20 - OCT 30/20 |
| 4160 | 0010-5329427 | | Page 1 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | SEP30 | |
| STRIPE MSP | | 125.54 | OCT01 | |
| 11020781 CANADA MSP | | 2,120.57 | OCT01 | |
| STRIPE MSP | | 76.17 | OCT02 | |
| STRIPE MSP | | 131.53 | OCT05 | |
| STRIPE MSP | | 172.60 | OCT05 | |
| STRIPE MSP | | 196.50 | OCT05 | |
| STRIPE MSP | | 160.57 | OCT06 | |
| STRIPE MSP | | 134.48 | OCT07 | |
| STRIPE MSP | | 89.73 | OCT08 | |
| STRIPE MSP | | 119.32 | OCT09 | |
| STRIPE MSP | | 88.21 | OCT13 | |
| STRIPE MSP | | 72.04 | OCT13 | |
| STRIPE MSP | | 73.85 | OCT13 | |
| STRIPE MSP | | 93.61 | OCT13 | |
| STRIPE MSP | | 94.05 | OCT14 | |
| STRIPE MSP | | 32.86 | OCT15 | |
| STRIPE MSP | | 71.73 | OCT16 | |
| STRIPE MSP | | 143.70 | OCT19 | |
| STRIPE MSP | | 35.73 | OCT19 | |
| STRIPE MSP | | 69.92 | OCT19 | |
| STRIPE MSP | | 74.72 | OCT20 | |
| STRIPE MSP | | 55.18 | OCT21 | |
| STRIPE MSP | | 107.67 | OCT22 | |
| STRIPE MSP | | 35.88 | OCT23 | |
| STRIPE MSP | | 86.67 | OCT26 | |
| STRIPE MSP | | 67.81 | OCT26 | |
| STRIPE MSP | | 133.53 | OCT26 | |
| STRIPE MSP | | 35.82 | OCT27 | |
| STRIPE MSP | | 34.01 | OCT28 | |
| STRIPE MSP | | 18.68 | OCT29 | |
| STRIPE MSP | | 71.82 | OCT30 | |

009369

TDCDA71400_6662589_004 - 0033629

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel:  1-866-222-3456
TTY: 1-800-361-1180

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | |
|---|---|
| Branch No. | Account No. |
| 4160 | 0010-5329427 |

| Account Type |
|---|
| BUSINESS CHEQUING ACCOUNT - CAD BASIC |

| Statement From - To |
|---|
| SEP 30/20 - OCT 30/20 |
| Page 2 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | OCT30 | |
| MONTHLY PLAN FEE | 5.00 | | OCT30 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

009370

TDCDA71400_6662589_004 - 0033629



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_7298917_004 E R 04160   03843

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | OCT 30/20 - NOV 30/20 |
| 4160 | 0010-5329427 | | Page 1 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | OCT30 | |
| STRIPE MSP | | 16.99 | NOV02 | |
| STRIPE MSP | | 73.84 | NOV02 | |
| STRIPE MSP | | 109.78 | NOV02 | |
| 11020781 CANADA MSP | | 5,414.09 | NOV02 | |
| STRIPE MSP | | 18.80 | NOV03 | |
| STRIPE MSP | | 34.04 | NOV04 | |
| STRIPE MSP | | 18.89 | NOV05 | |
| STRIPE MSP | | 97.88 | NOV06 | |
| STRIPE MSP | | 35.82 | NOV09 | |
| STRIPE MSP | | 55.75 | NOV09 | |
| STRIPE MSP | | 37.72 | NOV10 | |
| STRIPE MSP | | 71.49 | NOV12 | |
| STRIPE MSP | 0.78 | | NOV12 | |
| STRIPE MSP | | 116.89 | NOV13 | |
| STRIPE MSP | | 43.76 | NOV16 | |
| STRIPE MSP | | 40.39 | NOV16 | |
| STRIPE MSP | | 93.70 | NOV16 | |
| STRIPE MSP | | 73.81 | NOV17 | |
| STRIPE MSP | | 56.82 | NOV18 | |
| STRIPE MSP | | 92.73 | NOV19 | |
| STRIPE MSP | 0.06 | | NOV20 | |
| STRIPE MSP | | 17.02 | NOV23 | |
| STRIPE MSP | | 18.89 | NOV23 | |
| STRIPE MSP | | 35.70 | NOV23 | |
| STRIPE MSP | 0.21 | | NOV24 | |
| STRIPE MSP | | 56.79 | NOV25 | |
| STRIPE MSP | | 37.81 | NOV26 | |
| STRIPE MSP | | 111.27 | NOV27 | |
| STRIPE MSP | | 37.84 | NOV30 | |
| STRIPE MSP | | 36.87 | NOV30 | |
| STRIPE MSP | | 74.25 | NOV30 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

009863

TDCDA71400_7298917_004 - 0033843



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | OCT 30/20 - NOV 30/20 |
| 4160 | 0010-5329427 | | Page 2 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | NOV30 | ███████ |
| MONTHLY PLAN FEE | 5.00 | | NOV30 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_7298917_004 · 0033843

009864



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_1258043_004 E R 04160   05107

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | NOV 30/20 - DEC 31/20 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | NOV30 | |
| STRIPE MSP | | 37.69 | DEC01 | |
| 11020781 CANADA MSP | | 5,538.48 | DEC01 | |
| STRIPE MSP | | 18.77 | DEC03 | |
| STRIPE MSP | | 73.84 | DEC04 | |
| STRIPE MSP | | 18.86 | DEC07 | |
| STRIPE MSP | | 75.62 | DEC07 | |
| STRIPE MSP | 0.12 | | DEC08 | |
| STRIPE MSP | | 56.55 | DEC09 | |
| STRIPE MSP | | 35.73 | DEC10 | |
| STRIPE MSP | | 54.74 | DEC11 | |
| STRIPE MSP | | 113.52 | DEC14 | |
| STRIPE MSP | | 92.67 | DEC14 | |
| STRIPE MSP | | 95.45 | DEC14 | |
| STRIPE MSP | | 119.00 | DEC15 | |
| STRIPE MSP | | 37.66 | DEC16 | |
| STRIPE MSP | | 57.85 | DEC17 | |
| STRIPE MSP | | 109.63 | DEC18 | |
| STRIPE MSP | | 122.89 | DEC21 | |
| STRIPE MSP | | 56.79 | DEC21 | |
| STRIPE MSP | | 133.68 | DEC21 | |
| STRIPE MSP | 0.12 | | DEC22 | |
| STRIPE MSP | | 19.33 | DEC23 | |
| STRIPE MSP | | 37.81 | DEC24 | |
| STRIPE MSP | | 102.89 | DEC29 | |
| STRIPE MSP | | 18.53 | DEC29 | |
| STRIPE MSP | | 21.32 | DEC29 | |
| STRIPE MSP | | 37.81 | DEC29 | |
| STRIPE MSP | | 56.76 | DEC29 | |
| STRIPE MSP | | 54.74 | DEC30 | |
| STRIPE MSP | | 56.85 | DEC31 | |
| MONTHLY PLAN FEE | 5.00 | | DEC31 | |

012596

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_1258043_004 · 0035107



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_1950943_004 E R 04160   04487

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | DEC 31/20 - JAN 29/21 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | DEC31 | |
| STRIPE MSP | | 118.76 | JAN04 | |
| STRIPE MSP | | 94.48 | JAN04 | |
| STRIPE MSP | | 99.93 | JAN04 | |
| 11020781 CANADA MSP | | 3,963.63 | JAN04 | |
| STRIPE MSP | 0.06 | | JAN04 | |
| STRIPE MSP | | 115.83 | JAN05 | |
| STRIPE MSP | 0.12 | | JAN06 | |
| STRIPE MSP | | 78.06 | JAN07 | |
| STRIPE MSP | | 18.89 | JAN08 | |
| STRIPE MSP | | 37.81 | JAN11 | |
| STRIPE MSP | | 35.94 | JAN11 | |
| STRIPE MSP | | 92.76 | JAN11 | |
| STRIPE MSP | | 54.80 | JAN12 | |
| STRIPE MSP | | 40.54 | JAN13 | |
| STRIPE MSP | | 16.75 | JAN14 | |
| STRIPE MSP | | 75.65 | JAN15 | |
| STRIPE MSP | | 37.75 | JAN18 | |
| STRIPE MSP | | 54.92 | JAN18 | |
| STRIPE MSP | | 94.84 | JAN18 | |
| STRIPE MSP | | 56.73 | JAN19 | |
| STRIPE MSP | | 37.90 | JAN20 | |
| STRIPE MSP | | 54.71 | JAN21 | |
| STRIPE MSP | | 78.58 | JAN22 | |
| STRIPE MSP | | 75.65 | JAN25 | |
| STRIPE MSP | | 18.83 | JAN25 | |
| STRIPE MSP | | 73.54 | JAN25 | |
| STRIPE MSP | | 99.90 | JAN26 | |
| STRIPE MSP | | 18.77 | JAN27 | |
| STRIPE MSP | | 54.83 | JAN28 | |
| STRIPE MSP | | 18.89 | JAN29 | |
| MONTHLY PLAN FEE | 5.00 | | JAN29 | |

-
-
-

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

010008

TDCDA71400_1950943_004 - 0034487



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_2568738_004 E R 04160   04893

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | |
|---|---|
| **Branch No.** | **Account No.** |
| 4160 | 0010-5329427 |

| Account Type |
|---|
| BUSINESS CHEQUING ACCOUNT - CAD BASIC |

| Statement From - To |
|---|
| JAN 29/21 - FEB 26/21 |
| Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JAN29 | |
| STRIPE MSP | | 92.82 | FEB01 | |
| STRIPE MSP | | 37.90 | FEB01 | |
| STRIPE MSP | | 56.82 | FEB01 | |
| 11020781 CANADA MSP | | 4,251.27 | FEB01 | |
| STRIPE MSP | | 18.62 | FEB02 | |
| STRIPE MSP | | 37.90 | FEB03 | |
| STRIPE MSP | | 75.44 | FEB04 | |
| STRIPE MSP | | 57.93 | FEB05 | |
| STRIPE MSP | | 131.01 | FEB08 | |
| STRIPE MSP | | 71.52 | FEB08 | |
| STRIPE MSP | | 93.20 | FEB08 | |
| STRIPE MSP | | 112.30 | FEB09 | |
| STRIPE MSP | | 52.66 | FEB10 | |
| STRIPE MSP | | 142.65 | FEB11 | |
| STRIPE MSP | | 71.73 | FEB12 | |
| STRIPE MSP | | 54.77 | FEB16 | |
| STRIPE MSP | | 91.58 | FEB16 | |
| STRIPE MSP | | 75.77 | FEB16 | |
| STRIPE MSP | | 110.37 | FEB16 | |
| STRIPE MSP | | 18.47 | FEB17 | |
| STRIPE MSP | | 18.95 | FEB18 | |
| STRIPE MSP | | 75.53 | FEB19 | |
| STRIPE MSP | | 215.91 | FEB22 | |
| STRIPE MSP | | 18.95 | FEB22 | |
| STRIPE MSP | | 149.55 | FEB22 | |
| STRIPE MSP | | 98.86 | FEB23 | |
| STRIPE MSP | | 35.70 | FEB24 | |
| STRIPE MSP | | 149.32 | FEB25 | |
| STRIPE MSP | | 69.83 | FEB26 | |
| MONTHLY PLAN FEE | 5.00 | | FEB26 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

010805

TDCDA71400_2568738_004 · 0034893



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_3253028_004 E R 04160   05259

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | |
|---|---|
| Branch No. | Account No. |
| 4160 | 0010-5329427 |

| Account Type |
|---|
| BUSINESS CHEQUING ACCOUNT - CAD BASIC |

| Statement From - To |
|---|
| FEB 26/21 - MAR 31/21 |
| Page 1 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | FEB26 | |
| STRIPE MSP | | 111.71 | MAR01 | |
| STRIPE MSP | | 72.70 | MAR01 | |
| STRIPE MSP | | 160.63 | MAR01 | |
| 11020781 CANADA MSP | | 2,068.62 | MAR01 | |
| STRIPE MSP | | 40.56 | MAR02 | |
| STRIPE MSP | | 130.60 | MAR03 | |
| STRIPE MSP | | 18.95 | MAR04 | |
| STRIPE MSP | | 109.76 | MAR05 | |
| STRIPE MSP | | 73.63 | MAR08 | |
| STRIPE MSP | | 37.57 | MAR08 | |
| STRIPE MSP | | 71.94 | MAR08 | |
| STRIPE MSP | | 123.99 | MAR09 | |
| STRIPE MSP | | 35.73 | MAR10 | |
| STRIPE MSP | | 130.63 | MAR11 | |
| STRIPE MSP | | 59.66 | MAR12 | |
| STRIPE MSP | | 93.40 | MAR15 | |
| STRIPE MSP | | 52.99 | MAR15 | |
| STRIPE MSP | | 87.03 | MAR15 | |
| STRIPE MSP | | 109.72 | MAR16 | |
| STRIPE MSP | | 64.81 | MAR19 | |
| STRIPE MSP | | 563.16 | MAR22 | |
| STRIPE MSP | | 322.53 | MAR22 | |
| STRIPE MSP | | 440.80 | MAR22 | |
| STRIPE MSP | | 217.39 | MAR23 | |
| STRIPE MSP | | 418.36 | MAR24 | |
| STRIPE MSP | | 123.76 | MAR25 | |
| STRIPE MSP | | 197.99 | MAR26 | |
| STRIPE MSP | | 291.02 | MAR29 | |
| STRIPE MSP | | 252.01 | MAR29 | |
| STRIPE MSP | | 314.96 | MAR29 | |
| STRIPE MSP | | 308.13 | MAR30 | |

013260

TDCDA71400_3253028_004 - 0035259

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| Branch No. | Account No. | BUSINESS CHEQUING ACCOUNT - CAD BASIC | FEB 26/21 - MAR 31/21 |
| 4160 | 0010-5329427 | | Page 2 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | MAR30 | |
| STRIPE MSP | | 252.37 | MAR31 | |
| MONTHLY PLAN FEE | 5.00 | | MAR31 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

013261

TDCDA71400_3253028_004 · 0035259



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_3927964_004 E R 04160  05601

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | **MAR 31/21 - APR 30/21** |
| 4160 | 0010-5329427 | | Page 1 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | MAR31 | |
| STRIPE MSP | | 247.30 | APR01 | |
| STRIPE MSP | | 184.78 | APR05 | |
| STRIPE MSP | | 131.02 | APR05 | |
| STRIPE MSP | | 178.67 | APR05 | |
| STRIPE MSP | | 243.52 | APR05 | |
| 11020781 CANADA MSP | | 2,605.69 | APR05 | |
| STRIPE MSP | | 182.50 | APR06 | |
| STRIPE MSP | | 251.65 | APR07 | |
| STRIPE MSP | | 344.09 | APR08 | |
| STRIPE MSP | | 265.35 | APR09 | |
| STRIPE MSP | | 221.95 | APR12 | |
| STRIPE MSP | | 317.39 | APR12 | |
| STRIPE MSP | | 367.21 | APR12 | |
| STRIPE MSP | | 241.94 | APR13 | |
| STRIPE MSP | | 300.69 | APR14 | |
| STRIPE MSP | | 220.62 | APR15 | |
| STRIPE MSP | | 349.78 | APR16 | |
| STRIPE MSP | | 441.60 | APR19 | |
| STRIPE MSP | | 225.77 | APR19 | |
| STRIPE MSP | | 339.45 | APR19 | |
| STRIPE MSP | | 381.76 | APR20 | |
| STRIPE MSP | | 201.87 | APR21 | |
| STRIPE MSP | | 352.52 | APR22 | |
| STRIPE MSP | | 277.20 | APR23 | |
| STRIPE MSP | | 413.74 | APR26 | |
| STRIPE MSP | | 216.27 | APR26 | |
| STRIPE MSP | | 389.43 | APR26 | |
| STRIPE MSP | | 341.32 | APR27 | |
| STRIPE MSP | | 298.14 | APR28 | |
| STRIPE MSP | | 308.41 | APR29 | |
| STRIPE MSP | | 323.85 | APR30 | |

013340

TDCDA71400_3927964_004 · 0035601

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**


Tel:  1-866-222-3456
TTY: 1-800-361-1180

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | MAR 31/21 - APR 30/21 |
| 4160 | 0010-5329427 | | Page 2 of 2 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | APR30 | |
| MONTHLY PLAN FEE | 5.00 | | APR30 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

013341

TDCDA71400_3927964_004 · 0035601



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_4536137_004 E R 04160   05688

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | APR 30/21 - MAY 31/21 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | APR30 | |
| STRIPE MSP | | 336.94 | MAY03 | |
| STRIPE MSP | | 354.83 | MAY03 | |
| STRIPE MSP | | 356.35 | MAY03 | |
| STRIPE MSP | | 373.38 | MAY04 | |
| STRIPE MSP | | 299.81 | MAY05 | |
| STRIPE MSP | | 401.18 | MAY06 | |
| STRIPE MSP | | 447.02 | MAY07 | |
| STRIPE MSP | | 490.51 | MAY10 | |
| STRIPE MSP | | 292.94 | MAY10 | |
| STRIPE MSP | | 329.22 | MAY10 | |
| STRIPE MSP | | 585.65 | MAY11 | |
| STRIPE MSP | | 593.76 | MAY12 | |
| STRIPE MSP | | 428.31 | MAY13 | |
| STRIPE MSP | | 483.19 | MAY14 | |
| STRIPE MSP | | 506.78 | MAY17 | |
| STRIPE MSP | | 501.49 | MAY17 | |
| STRIPE MSP | | 569.59 | MAY17 | |
| STRIPE MSP | | 799.79 | MAY18 | |
| STRIPE MSP | | 705.03 | MAY19 | |
| STRIPE MSP | | 76.66 | MAY20 | |
| STRIPE MSP | | 98.98 | MAY21 | |
| STRIPE MSP | | 18.83 | MAY25 | |
| STRIPE MSP | | 18.14 | MAY25 | |
| STRIPE MSP | | 37.90 | MAY25 | |
| STRIPE MSP | | 71.88 | MAY25 | |
| STRIPE MSP | | 45.18 | MAY26 | |
| STRIPE MSP | | 35.37 | MAY28 | |
| STRIPE MSP | | 52.93 | MAY31 | |
| STRIPE MSP | | 82.83 | MAY31 | |
| STRIPE MSP | | 206.61 | MAY31 | |
| MONTHLY PLAN FEE | 5.00 | | MAY31 | |

013662

TDCDA71400_4536137_004 - 0035688

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_5189870_004 E R 04160   05913

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | MAY 31/21 - JUN 30/21 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | MAY31 | |
| STRIPE MSP | | 37.63 | JUN01 | |
| STRIPE MSP | | 192.33 | JUN02 | |
| STRIPE MSP | | 60.19 | JUN03 | |
| STRIPE MSP | | 113.36 | JUN04 | |
| STRIPE MSP | | 151.24 | JUN07 | |
| STRIPE MSP | | 82.37 | JUN07 | |
| STRIPE MSP | | 112.68 | JUN07 | |
| STRIPE MSP | | 140.52 | JUN08 | |
| STRIPE MSP | | 30.34 | JUN09 | |
| STRIPE MSP | | 14.82 | JUN10 | |
| STRIPE MSP | | 186.76 | JUN11 | |
| STRIPE MSP | | 55.83 | JUN14 | |
| STRIPE MSP | | 56.13 | JUN14 | |
| STRIPE MSP | | 111.35 | JUN14 | |
| STRIPE MSP | | 43.65 | JUN15 | |
| STRIPE MSP | | 187.74 | JUN16 | |
| STRIPE MSP | | 290.85 | JUN17 | |
| STRIPE MSP | | 233.69 | JUN18 | |
| STRIPE MSP | | 409.95 | JUN21 | |
| STRIPE MSP | | 342.06 | JUN21 | |
| STRIPE MSP | | 411.96 | JUN21 | |
| STRIPE MSP | | 245.83 | JUN22 | |
| STRIPE MSP | | 212.05 | JUN23 | |
| STRIPE MSP | | 112.48 | JUN24 | |
| STRIPE MSP | | 284.49 | JUN25 | |
| STRIPE MSP | | 78.63 | JUN28 | |
| STRIPE MSP | | 224.24 | JUN28 | |
| MONTHLY PLAN FEE | 5.00 | | JUN30 | |

014558

TDCDA71400_5189870_004 - 0035913

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_5868225_004 E R 04160   05985

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | JUN 30/21 - JUL 30/21 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JUN30 | |
| STRIPE MSP | | 4,923.93 | JUL16 | |
| STRIPE MSP | | 1,840.25 | JUL23 | |
| STRIPE MSP | | 2,177.57 | JUL30 | |
| MONTHLY PLAN FEE | 5.00 | | JUL30 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

014731

TDCDA71400_5868225_004 - 0035985



BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

**TD Canada Trust**

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_6464575_004 E R 04160   06061

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL  PQ  H2Z 0B1

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| **Branch No.** | **Account No.** | BUSINESS CHEQUING ACCOUNT - CAD BASIC | JUL 30/21 - AUG 31/21 |
| 4160 | 0010-5329427 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | JUL30 | |
| MONTHLY PLAN FEE | 5.00 | | AUG31 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

**TD Canada Trust**

BEAVER HALL & VIGER
525 VIGER OUEST SUITE 100
MONTREAL, PQ  H2Z 0B2

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_7222558_004 E R 04160   06120

11020781 CANADA INC.
495 AVE VIGER O SUITE 2106
MONTREAL PQ  H2Z 0B1

| Statement of Account | |
| --- | --- |
| Branch No. | Account No. |
| 4160 | 0010-5329427 |

| Account Type |
| --- |
| BUSINESS CHEQUING ACCOUNT - CAD BASIC |

| Statement From - To |
| --- |
| AUG 31/21 - SEP 29/21 |
| Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
| --- | --- | --- | --- | --- |
| BALANCE FORWARD | | | AUG31 | |
| MONTHLY PLAN FEE | 5.00 | | SEP29 | |

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_7222558_004 - 0036120

014609