# EXHIBIT 10

**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**CAD statement**

1 January 2020 [GMT-05:00] - 31 December 2020 [GMT-05:00]
Generated on: 10 June 2022

| Account Holder | Account number | Transit number |
|---|---|---|
| 11020781 Canada Inc. | ███████████ | ████████ |
| 2106-495 Avenue Viger West | | |
| Montreal | | **Institution number** |
| QC | | █████ |
| H2Z 0B1 | | |
| Canada | | |

**CAD account on 31 December 2020 [GMT-05:00]**                    **0.00 CAD**

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial
Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel:
+44 (0) 203 6950 999 https://www.wise.com

**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if something isn't right just contact us: wise.com/help.

**CAD statement**

1 January 2021 [GMT-05:00] - 31 December 2021 [GMT-05:00]
Generated on: 10 June 2022

**Account Holder**

11020781 Canada Inc.
2106-495 Avenue Viger West
Montreal
QC
H2Z 0B1
Canada

**Account number**

██████████

**Institution number**

██████

**Transit number**

███████

**CAD account on 31 December 2021 [GMT-05:00]**

| | |
|---|---|
| Received money from STRIPE with reference<br>31 December 2021 \| Transaction: TRANSFER-342710981 | 360.56 CAD |
| Received money from STRIPE with reference<br>24 December 2021 \| Transaction: TRANSFER-339714267 | 896.49 CAD |
| Received money from STRIPE with reference<br>17 December 2021 \| Transaction: TRANSFER-336179222 | 725.33 CAD |
| Received money from STRIPE with reference<br>10 December 2021 \| Transaction: TRANSFER-332810834 | 882.70 CAD |
| Received money from STRIPE with reference<br>3 December 2021 \| Transaction: TRANSFER-329431449 | 696.43 CAD |
| Received money from STRIPE with reference<br>26 November 2021 \| Transaction: TRANSFER-325699689 | 1024.44 CAD |
| Received money from STRIPE with reference<br>19 November 2021 \| Transaction: TRANSFER-322738112 | 951.32 CAD |
| Received money from STRIPE with reference<br>12 November 2021 \| Transaction: TRANSFER-319748867 | 1087.15 CAD |
| Received money from STRIPE with reference<br>4 November 2021 \| Transaction: TRANSFER-316708698 | 1183.84 CAD |
| Received money from STRIPE with reference<br>28 October 2021 \| Transaction: TRANSFER-313221143 | 1587.42 CAD |
| Received money from STRIPE with reference<br>21 October 2021 \| Transaction: TRANSFER-310144684 | 1949.63 CAD |
| Received money from STRIPE with reference<br>14 October 2021 \| Transaction: TRANSFER-307105698 | 1610.18 CAD |

Received money from STRIPE with reference

7 October 2021 | Transaction: TRANSFER-304000336

2006.59 CAD

Received money from STRIPE with reference

30 September 2021 | Transaction: TRANSFER-300655515

2845.64 CAD

Received money from STRIPE with reference

23 September 2021 | Transaction: TRANSFER-297469685

3186.64 CAD

Received money from STRIPE with reference

16 September 2021 | Transaction: TRANSFER-294781699

3779.78 CAD

Received money from STRIPE with reference 6210016005702000010376

9 September 2021 | Transaction: TRANSFER-292022545 | Reference: 6210016005702000010376

3692.23 CAD

Received money from STRIPE with reference 6210016005690000009960

2 September 2021 | Transaction: TRANSFER-289154954 | Reference: 6210016005690000009960

3454.67 CAD

Received money from STRIPE with reference 6210016005675000009670

26 August 2021 | Transaction: TRANSFER-286082749 | Reference: 6210016005675000009670

3505.80 CAD

Received money from STRIPE with reference 6210016005660000009637

19 August 2021 | Transaction: TRANSFER-283492316 | Reference: 6210016005660000009637

3481.07 CAD

Received money from STRIPE with reference 6210016005645000009839

12 August 2021 | Transaction: TRANSFER-280891293 | Reference: 6210016005645000009839

3117.94 CAD

Received money from STRIPE with reference 6210016005630000009758

5 August 2021 | Transaction: TRANSFER-278244704 | Reference: 6210016005630000009758

1813.64 CAD

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**CAD statement**

1 January 2022 [GMT-04:00] - 10 June 2022 [GMT-04:00]
Generated on: 10 June 2022

| Account Holder | Account number | Institution number |
|---|---|---|
| 11020781 Canada Inc. | ███████████ | ██████ |
| 2106-495 Avenue Viger West | | |
| Montreal | | **Transit number** |
| QC | | ██████ |
| H2Z 0B1 | | |
| Canada | | |

**CAD account on 10 June 2022 [GMT-04:00]**                       ████████████

| | |
|---|---|
| Received money from STRIPE with reference | 869.45 CAD |
| 10 June 2022 | Transaction: TRANSFER-432553699 | |
| Sent money to Patrick Schaufuss | -5731.02 CAD |
| 3 June 2022 | Transaction: TRANSFER-428439793 | Reference: Up to 06-01-2022 | |
| Sent money to DSoft | -5731.02 CAD |
| 3 June 2022 | Transaction: TRANSFER-428438530 | Reference: Payment up to 06-01-2022 | |
| Converted ██████████████ | |
| 3 June 2022 | Transaction: BALANCE-480396964 | |
| Converted ████████████ | |
| 3 June 2022 | Transaction: BALANCE-480396240 | |
| Converted ██████████████ | |
| 3 June 2022 | Transaction: BALANCE-480384404 | |
| Received money from STRIPE with reference | 938.10 CAD |
| 3 June 2022 | Transaction: TRANSFER-428240502 | |
| Received money from STRIPE with reference | 942.61 CAD |
| 27 May 2022 | Transaction: TRANSFER-423329066 | |
| Received money from STRIPE with reference | 1044.58 CAD |
| 20 May 2022 | Transaction: TRANSFER-418950820 | |
| Sent money to █████████ | |
| 18 May 2022 | Transaction: TRANSFER-418065484 | ███████████ | |
| Received money from STRIPE with reference | 834.38 CAD |
| 13 May 2022 | Transaction: TRANSFER-414876114 | |
| Received money from STRIPE with reference | 841.81 CAD |
| 6 May 2022 | Transaction: TRANSFER-410718286 | |

Sent money to ▮▮▮▮▮▮▮▮▮
29 April 2022 | Transaction: TRANSFER-406755914 | ▮▮▮▮▮▮▮▮▮▮▮▮▮

Received money from STRIPE with reference                    844.30 CAD
29 April 2022 | Transaction: TRANSFER-406147569

Received money from STRIPE with reference                   1015.39 CAD
22 April 2022 | Transaction: TRANSFER-401728345

Received money from STRIPE with reference                    969.65 CAD
18 April 2022 | Transaction: TRANSFER-398994169

Received money from STRIPE with reference                    999.01 CAD
8 April 2022 | Transaction: TRANSFER-393778090

Received money from STRIPE with reference                    840.46 CAD
1 April 2022 | Transaction: TRANSFER-389493904

Received money from STRIPE with reference                   1330.98 CAD
25 March 2022 | Transaction: TRANSFER-385490209

Received money from STRIPE with reference                    902.29 CAD
18 March 2022 | Transaction: TRANSFER-381934388

Received money from STRIPE with reference                   1343.35 CAD
11 March 2022 | Transaction: TRANSFER-378282868

Received money from STRIPE with reference                   1594.12 CAD
4 March 2022 | Transaction: TRANSFER-374389434

Received money from STRIPE with reference                   1708.79 CAD
25 February 2022 | Transaction: TRANSFER-369987192

Received money from STRIPE with reference                   1037.29 CAD
18 February 2022 | Transaction: TRANSFER-366499719

Received money from STRIPE with reference                   1185.88 CAD
11 February 2022 | Transaction: TRANSFER-363087904

Received money from STRIPE with reference                    765.19 CAD
4 February 2022 | Transaction: TRANSFER-359546952

Received money from STRIPE with reference                    735.38 CAD
28 January 2022 | Transaction: TRANSFER-355634954

Received money from STRIPE with reference                    644.04 CAD
21 January 2022 | Transaction: TRANSFER-352397350

Received money from STRIPE with reference                    429.55 CAD
14 January 2022 | Transaction: TRANSFER-349251119

Received money from STRIPE with reference                    709.96 CAD
7 January 2022 | Transaction: TRANSFER-345998394

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

**⌇wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**EUR statement**

1 January 2020 [GMT-05:00] - 31 December 2020 [GMT-05:00]
Generated on: 10 June 2022

| **Account Holder** | **IBAN** | **Bank code (SWIFT/BIC)** |
|---|---|---|
| 11020781 Canada Inc. | ███████████████ | ██████████ |
| 2106-495 Avenue Viger West | | |
| Montreal | | |
| QC | | |
| H2Z 0B1 | | |
| Canada | | |

**EUR account on 31 December 2020 [GMT-05:00]**                                    ████████

Converted ██████████████████                                                  ████████████████
16 August 2020 | Transaction: BALANCE-114747245

Received money from PAYGOL SPA LIBERTAD 919 DEPTO 48 NUNOA CHILE        1802.41 EUR          ████████
RUT: 076416659-0 with reference WIRE TRANSFER
14 August 2020 | Transaction: TRANSFER-163027729 | Reference: WIRE TRANSFER

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial
Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel:
+44 (0) 203 6950 999 https://www.wise.com

**⁊wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**EUR statement**

1 January 2021 [GMT-05:00] - 31 December 2021 [GMT-05:00]
Generated on: 10 June 2022

| **Account Holder** | **IBAN** | **Bank code (SWIFT/BIC)** |
|---|---|---|
| 11020781 Canada Inc. | ████████████ | ██████████ |
| 2106-495 Avenue Viger West | | |
| Montreal | | |
| QC | | |
| H2Z 0B1 | | |
| Canada | | |

**EUR account on 31 December 2021 [GMT-05:00]**

| | | |
|---|---|---|
| Sent money to Patrick Schaufuss | | -7566.58 EUR |
| 1 July 2021 \| Transaction: TRANSFER-264769215 \| Reference: Payment up to end of June 2021 | | |
| Converted ████████████████ | ████████████ | |
| 1 July 2021 \| Transaction: BALANCE-225766797 | | |
| Received money from 1/PAYGOL SPA 2/LIBERTAD 919 48 3/VI A DEL MAR CHILE with reference | | 3467.11 EUR |
| 1 July 2021 \| Transaction: TRANSFER-264495533 | | |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**EUR statement**

1 January 2022 [GMT-04:00] - 10 June 2022 [GMT-04:00]
Generated on: 10 June 2022

| **Account Holder** | **IBAN** | **Bank code (SWIFT/BIC)** |
|---|---|---|
| 11020781 Canada Inc. | ███████████ | ██████████ |
| 2106-495 Avenue Viger West | | |
| Montreal | | |
| QC | | |
| H2Z 0B1 | | |
| Canada | | |

**EUR account on 10 June 2022 [GMT-04:00]**

| Converted | ████████████ | ████████ |
|---|---|---|
| 3 June 2022 | Transaction: BALANCE-480396240 | |
| Received money from PAYGOL SPA with reference | 2279.02 EUR | |
| 9 May 2022 | Transaction: TRANSFER-412135902 | |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial
Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel:
+44 (0) 203 6950 999 https://www.wise.com



**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**USD statement**

1 January 2020 [GMT-05:00] - 31 December 2020 [GMT-05:00]
Generated on: 10 June 2022

**Account Holder**                     Current

11020781 Canada Inc.          **Account number**          **Routing number**
2106-495 Avenue Viger West    ███████████████              ████████████
Montreal
QC                                            Previous
H2Z 0B1
Canada                        **Account number**          **Routing number (ACH or ABA)**
                              ████████████                ██████████████

                                                          **Bank code (SWIFT/BIC)**
                                                          ████████████

**USD account on 31 December 2020 [GMT-05:00]**                           ██████████████

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL     15872.28 USD
TO TRANSFERWISE ACCOUNTACCT ID 158926 PAYOUT
15 December 2020 | Transaction: TRANSFER-197837561 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT ID 158926 PAYOUT

Sent money to 11020781 CANADA INC                                   -4293.91 USD
1 December 2020 | Transaction: TRANSFER-193315550

Sent money to DSoft                                                 -6733.35 USD
1 December 2020 | Transaction: TRANSFER-193314358 | Reference: Payment up to Nov
30 2020

Sent money to Patrick Schaufuss                                     -6733.35 USD
1 December 2020 | Transaction: TRANSFER-193313473 | Reference: Payment up to Nov
30, 2020

Sent money to ███████████████                                       -1443.85 USD
28 November 2020 ██████████████ | Reference: Hosting

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL     19204.46 USD
TO TRANSFERWISE ACCOUNTACCT ID 158926 PAYOUT
12 November 2020 | Transaction: TRANSFER-187892510 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT ID 158926 PAYOUT

Sent money to 11020781 CANADA INC                                   -4084.20 USD
1 November 2020 | Transaction: TRANSFER-184380125

Sent money to Patrick Schaufuss                                     -8226.11 USD
1 November 2020 | Transaction: TRANSFER-184352187 | Reference: Payment Up To
October 31 2020

| | |
|---|---|
| **Sent money to DSoft** | -8226.11 USD |
| 1 November 2020 \| Transaction: TRANSFER-184351819 \| Reference: Payment Up To October 31 2020 | |
| **Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT** | 20536.42 USD |
| 15 October 2020 \| Transaction: TRANSFER-179757103 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | |
| **Sent money to 11020781 CANADA INC** | -1600.43 USD |
| 1 October 2020 \| Transaction: TRANSFER-175704952 \| Reference: Up to Sept 31 2020 | |
| **Sent money to DSoft** | -5647.49 USD |
| 1 October 2020 \| Transaction: TRANSFER-175704360 \| Reference: Up to Sept 31 2020 | |
| **Sent money to Patrick Schaufuss** | -5647.49 USD |
| 1 October 2020 \| Transaction: TRANSFER-175703530 \| Reference: Up to Sept 31 2020 | |
| **Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT** | 12895.41 USD |
| 16 September 2020 \| Transaction: TRANSFER-171656459 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | |
| **Sent money to 11020781 CANADA INC** | -5658.76 USD |
| 16 August 2020 \| Transaction: TRANSFER-163488915 \| Reference: Up to July 31 2020 | |
| **Sent money to Patrick Schaufuss** | -12933.37 USD |
| 16 August 2020 \| Transaction: TRANSFER-163484605 \| Reference: Up to July 31 2020 | |
| **Sent money to DSoft** | -4826.41 USD |
| 16 August 2020 \| Transaction: TRANSFER-163483865 \| Reference: July 1 - July 31 2020 | |
| **Converted 1802.41 EUR to 2125.70 USD** | 2125.70 USD |
| 16 August 2020 \| Transaction: BALANCE-114747245 | |
| **Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNT*ACCT. ID 158926 PAYOUT* CHARGE FEES TO SENDERFIELD 71A*OUR*** | 12899.29 USD |
| 13 August 2020 \| Transaction: TRANSFER-162947318 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNT*ACCT. ID 158926 PAYOUT* CHARGE FEES TO SENDERFIELD 71A*OUR* | |
| **Sent money to DSoft** | -8106.96 USD |
| 17 July 2020 \| Transaction: TRANSFER-155595516 \| Reference: From 04-01-2020 - 06-30-2020 | |
| **Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNT*ACCT. ID 158926 PAYOUT* CHARGE FEES TO SENDERFIELD 71A*OUR*** | 16480.51 USD |
| 15 July 2020 \| Transaction: TRANSFER-155112312 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNT*ACCT. ID 158926 PAYOUT* CHARGE FEES TO SENDERFIELD 71A*OUR* | |
| **Topped up account** | |
| 3 June 2020 \| Transaction: TRANSFER-144883822 | |

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**USD statement**

1 January 2021 [GMT-05:00] - 31 December 2021 [GMT-05:00]
Generated on: 10 June 2022

**Account Holder**                    Current

11020781 Canada Inc.            **Account number**              **Routing number**
2106-495 Avenue Viger West
Montreal
QC                                    Previous
H2Z 0B1
Canada                            **Account number**              **Routing number (ACH or ABA)**

                                                                   **Bank code (SWIFT/BIC)**


**USD account on 31 December 2021 [GMT-05:00]**

| | | |
|---|---|---|
| Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | 11099.99 USD | |
| 15 December 2021 \| Transaction: TRANSFER-335390685 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | | |
| Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | 13369.57 USD | |
| 15 November 2021 \| Transaction: TRANSFER-321082332 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | | |
| Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | 14497.04 USD | |
| 14 October 2021 \| Transaction: TRANSFER-307036748 \| Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT | | |
| Received money from PAYPRO GLOBAL INC with reference 20210915G1QG750C002325 | 19560.18 USD | |
| 15 September 2021 \| Transaction: TRANSFER-294239002 \| Reference: 20210915G1QG750C002325 | | |
| Received money from PAYPRO GLOBAL INC with reference 20210812G1QG750C001358 | 22236.89 USD | |
| 12 August 2021 \| Transaction: TRANSFER-280711122 \| Reference: 20210812G1QG750C001358 | | |
| Sent money to Patrick Schaufus | -10598.58 USD | |
| 1 August 2021 \| Transaction: TRANSFER-276114556 \| Reference: Payment Up To July 31 2021 | | |

Sent money to DSoft                                                                          -10598.58 USD
1 August 2021 | Transaction: TRANSFER-276114296 | Reference: Payment up to July 31
2021

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL          19257.72 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT
15 July 2021 | Transaction: TRANSFER-270112954 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to DSoft                                                                          -10343.72 USD
1 July 2021 | Transaction: TRANSFER-264773413 | Reference: Payment up to end of June
2021

Sent money to Patrick Schaufuss                                                          -1375.46 USD
1 July 2021 | Transaction: TRANSFER-264772679 | Reference: Additional payment June
2021

Sent money to DSoft                                                                          8971.15 USD
1 July 2021 | Transaction: TRANSFER-264770745 | Reference: Payment up to end of June
2021

Sent money to DSoft                                                                          -8971.15 USD
1 July 2021 | Transaction: TRANSFER-264770745 | Reference: Payment up to end of June
2021

Converted 4879.04 USD to 4099.47 EUR                                                      -4879.04 USD
1 July 2021 | Transaction: BALANCE-225766797

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL          19196.78 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT
15 June 2021 | Transaction: TRANSFER-258924533 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to DSoft                                                                          -7736.52 USD
1 June 2021 | Transaction: TRANSFER-253792854 | Reference: Payment For May 2021

Sent money to Patrick Schaufuss                                                          -9641.67 USD
1 June 2021 | Transaction: TRANSFER-253791446 | Reference: Payment To End of May
2021

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL          17378.19 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT
13 May 2021 | Transaction: TRANSFER-247453694 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to DSoft                                                                          -3966.81 USD
1 May 2021 | Transaction: TRANSFER-242949707 | Reference: PARTIAL PAYMENT UP TO
APRIL 30 2021

Sent money to Patrick Schaufuss                                                          -8789.98 USD
1 May 2021 | Transaction: TRANSFER-242945352 | Reference: PAYMENT UP TO APRIL 30
2021

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL          12756.79 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT
15 April 2021 | Transaction: TRANSFER-237370092 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to 11020781 CANADA INC                                                        -2082.71 USD
1 April 2021 | Transaction: TRANSFER-232437019

Sent money to DSoft                                                                          -8418.32 USD
1 April 2021 | Transaction: TRANSFER-232435710 | Reference: Payment Up To March 31
2021

Sent money to Patrick Schaufuss                                                          -8418.32 USD
1 April 2021 | Transaction: TRANSFER-232434175 | Reference: Payment Up To March 31
2021

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT          18919.35 USD
15 March 2021 | Transaction: TRANSFER-226615196 | Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to 11020781 CANADA INC          -1641.65 USD
1 March 2021 | Transaction: TRANSFER-221822882 | Reference: Up to Feb 28 2021

Sent money to Patrick Schaufuss          -9039.20 USD
1 March 2021 | Transaction: TRANSFER-221813857 | Reference: Payment up to Feb 28 2021

Sent money to DSoft          -9039.20 USD
1 March 2021 | Transaction: TRANSFER-221813590 | Reference: Payment up to Feb 28 2021

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT          19720.05 USD
11 February 2021 | Transaction: TRANSFER-215918193 | Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to 11020781 CANADA INC          -3330.16 USD
1 February 2021 | Transaction: TRANSFER-212434333 | Reference: Payment up to Jan 31 2021

Sent money to DSoft          -6653.55 USD
1 February 2021 | Transaction: TRANSFER-212410524 | Reference: Payment up to Jan 31 2021

Sent money to Patrick Schaufuss          -6653.55 USD
1 February 2021 | Transaction: TRANSFER-212409705 | Reference: Payment Up To Jan 31, 2021

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT          16637.26 USD
14 January 2021 | Transaction: TRANSFER-206983518 | Reference: WITHDRAWAL TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to 11020781 CANADA INC          -3128.04 USD
1 January 2021 | Transaction: TRANSFER-202972540 | Reference: Payment up to end of December 2020

Sent money to Patrick Schaufuss          -6372.12 USD
1 January 2021 | Transaction: TRANSFER-202972221 | Reference: Payment up to end of December 2020

Sent money to DSoft          -6372.12 USD
1 January 2021 | Transaction: TRANSFER-202971999 | Reference: Payment up to end of December 2020

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com

**wise**business

Wise Ltd.
56 Shoreditch High Street
London
E1 6JJ
United Kingdom

**Need any help?**

We're here to help, so if
something isn't right just
contact us: wise.com/help.

**USD statement**

1 January 2022 [GMT-04:00] - 10 June 2022 [GMT-04:00]
Generated on: 10 June 2022

**Account Holder**

11020781 Canada Inc.
2106-495 Avenue Viger West
Montreal
QC
H2Z 0B1
Canada

Current

**Account number**                **Routing number**

████████████                      ██████████

Previous

**Account number**                **Routing number (ACH or ABA)**

██████████                        ████████████

                                  **Bank code (SWIFT/BIC)**

                                  ████████████



**USD account on 10 June 2022 [GMT-04:00]**

Converted ████████████████████

3 June 2022 | Transaction: BALANCE-480396964

Sent money to ████████████████████

3 June 2022 | Transaction: TRANSFER-428369407 | ████████████

Converted ██████████

3 June 2022 | Transaction: BALANCE-480384404

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL        10839.32 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

12 May 2022 | Transaction: TRANSFER-414588253 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL        9858.94 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

14 April 2022 | Transaction: TRANSFER-397690402 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to ████████████████████

4 April 2022 | Transaction: TRANSFER-391671450 | ████████

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL        9196.43 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

15 March 2022 | Transaction: TRANSFER-380596671 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Sent money to ████████████████████

3 March 2022 | Transaction: TRANSFER-374054242 | ████████

Sent money to █████████████████

16 February 2022 | Transaction: TRANSFER-365877035

---

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL   12973.33 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

15 February 2022 | Transaction: TRANSFER-365178879 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

---

Sent money to ████████████

28 January 2022 | Transaction: TRANSFER-356177047 | ███████████

---

Received money from PAYPRO GLOBAL INC with reference WITHDRAWAL   15596.03 USD
TO TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

13 January 2022 | Transaction: TRANSFER-349057738 | Reference: WITHDRAWAL TO
TRANSFERWISE ACCOUNTACCT. ID 158926 PAYOUT

Wise Payments Limited, trading as Wise, is an Authorised Electronic Money Institution under firm reference number 900507 with the UK Financial Conduct Authority (FCA). Wise Payments Limited is registered in England and Wales with Companies House under company number 7209813. Tel: +44 (0) 203 6950 999 https://www.wise.com