# EXHIBIT 11



