# EXHIBIT 12

# Copyright Registrations for Games for which Wallhax Provides Cheats

# DICE's Star Wars Battlefront 2

**STAR WARS BATTLEFRONT II (Original Video Game Soundtrack)**

**Type of Work:** Sound Recording

**Registration Number / Date:** SR0000894772 / 2021-02-12

**Application Title:** STAR WARS BATTLEFRONT II (Original Video Game Soundtrack), Artist: Gordy Haab.

**Title:** STAR WARS BATTLEFRONT II (Original Video Game Soundtrack)

**Description:** Electronic file (eService)

**Copyright Claimant:** Lucasfilm Ltd. LLC, Transfer: By written agreement. Address: One Letterman Drive, San Francisco, CA, 94129, United States.

**Date of Creation:** 2021

**Date of Publication:** 2021-02-05

**Nation of First Publication:** United States

**Authorship on Application:** Electronic Arts Inc., employer for hire; Domicile: United States. Authorship: Remixed Sound Recordings.

**Pre-existing Material:** Sounds From Previously Published Video Game STAR WARS BATTLEFRONT II (2017)

**Basis of Claim:** Remixed Sound Recordings.

**Copyright Note:** Basis for Registration: collective work.

**Contents:** Encounters on the Battlefront; Iden Versio?s Theme; Prologue and the Escape; Smugglers Run; Betrayal; The Battle Unfolds; Across the Galaxy (Part 1); Hard Decisions and the Rescue Attempt; Pillio Wasteland and Skirmish; Go. Survive. Live!; Return to Vardos; Iden and Dell; Across the Galaxy (Part 2); Iden Reborn; The Dreadnought; Ma Kapar (by Raney Shockne)

**Names:** Electronic Arts Inc.

Lucasfilm Ltd. LLC

**STAR WARS BATTLEFRONT (Original Video Game Soundtrack), Artist: Gordy Haab.**

**Type of Work:**     Sound Recording

**Registration Number / Date:** SR0000894026 / 2021-02-04

**Application Title:**    STAR WARS BATTLEFRONT (Original Video Game Soundtrack), Artist: Gordy Haab.

**Title:**       STAR WARS BATTLEFRONT (Original Video Game Soundtrack), Artist: Gordy Haab.

**Description:**     Electronic file (eService)

**Copyright Claimant:**   Lucasfilm Ltd. LLC, Transfer: By written agreement. Address: One Letterman Drive, San Francisco, CA, 94129, United States.

**Date of Creation:**    2021

**Date of Publication:**   2021-01-29

**Nation of First Publication:** United States

**Authorship on Application:** Electronic Arts Inc., employer for hire; Domicile: United States. Authorship: Remixed Sound Recordings.

**Pre-existing Material:**  Sounds From Previously Published Video Game STAR WARS BATTLEFRONT (2015)

**Basis of Claim:**    Remixed Sound Recordings.

**Copyright Note:**    Basis for Registration: collective work

**Contents:**      Walker Assault; Pale Blue Orb; Survivors of Endor; SoroSuub Skirmish; The Imperial Advance; The Battle in the Clouds; Jundland Wastes; Approach to Landing Pad 13; Rebel Resistance; Fully Armed and Operational; The Graveyard of Giants; Jedi on the Battlefront; Attack!

**Names:**       Electronic Arts Inc.

         Lucasfilm Ltd. LLC

**STAR WARS: BATTLEFRONT II -- INFERNO SQUAD.**

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008686215 / 2018-10-01 |
| **Application Title:** | STAR WARS: BATTLEFRONT II -- INFERNO SQUAD. |
| **Title:** | STAR WARS: BATTLEFRONT II -- INFERNO SQUAD. |
| **Description:** | Book, 307 p. |
| **Copyright Claimant:** | Lucasfilm Ltd. LLC. Address: One Letterman Drive, Building B, San Francisco, CA, 94129, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-07-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Lucasfilm Ltd. LLC, employer for hire; Domicile: United States. Authorship: text. |
| **Pre-existing Material:** | Based on and incorporates preexisting elements from Lucasfilm's Star Wars series of works. |
| **Basis of Claim:** | text. |
| **ISBN:** | 978-1-5247-9680-8 |
| **Names:** | Lucasfilm Ltd. LLC |

**Star Wars Battlefront II (Gen 4)**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008515519 / 2017-12-13 |
| **Application Title:** | Star Wars Battlefront II (Gen 4) |
| **Title:** | Star Wars Battlefront II (Gen 4) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Electronic Arts Inc. Address: 209 Redwood Shores Parkway, Redwood City, CA, 94065, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-11-13 |
| **Nation of First Publication:** | New Zealand |
| **Authorship on Application:** | Electronic Arts Inc., employer for hire; Citizenship: United States. Authorship: computer game software. |
| **Names:** | Electronic Arts Inc. |

5

**Star Wars Battlefront II**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001335436 / 2006-07-31 |
| **Title:** | Star Wars Battlefront II. |
| **Notes:** | Interactive audiovisual work for Xbox. |
| **Copyright Claimant:** | Lucas Entertainment Company & Lucasfilm, Ltd. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-10-17 |
| **Authorship on Application:** | Entire derivative work including computer programming & audiovisual materials: Lucasfilm Entertainment Company, Ltd. (employer for hire); computer programming code: Pandemic Studios, LLC (employer for hire) |
| **Previous Registration:** | Elements of Star Wars films, musical compositions, source code & other programming code preexisting. |
| **Basis of Claim:** | New Matter: additions and revisions. |
| **Copyright Note:** | C.O. correspondence. |
| | Cataloged from appl. |
| **Names:** | Lucas Entertainment Company |
| | Lucasfilm, Ltd. |
| | Lucasfilm Entertainment Company, Ltd. |
| | Pandemic Studios, LLC |

**Star Wars Battlefront II**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001335435 / 2006-07-31 |
| **Title:** | Star Wars Battlefront II. |
| **Notes:** | Interactive audiovisual work for Windows DVD-ROM. |
| **Copyright Claimant:** | Lucas Entertainment Company & Lucasfilm, Ltd. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-10-17 |
| **Authorship on Application:** | Entire derivative work including computer programming & audiovisual materials: Lucasfilm Entertainment Company, Ltd. (employer for hire); computer programming code: Pandemic Studios, LLC (employer for hire) |
| **Previous Registration:** | Elements of Star Wars films, musical compositions, source code & other programming code preexisting. |
| **Basis of Claim:** | New Matter: additions and revisions. |
| **Copyright Note:** | C.O. correspondence. |
| | Cataloged from appl. |
| **Names:** | Lucas Entertainment Company |
| | Lucasfilm, Ltd. |
| | Lucasfilm Entertainment Company, Ltd. |
| | Pandemic Studios, LLC |

**Star Wars Battlefront II.**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0001366819 / 2006-08-01 |
| **Title:** | Star Wars Battlefront II. |
| **Notes:** | Interactive audiovisual work. |
| | For PS2. |
| **Copyright Claimant:** | Lucasfilm Entertainment Company, Ltd., Lucasfilm, Ltd. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-10-17 |
| **Authorship on Application:** | computer programming & audiovisual material: Lucasfilm Entertainment Company, Ltd., employer for hire; programming code: Pandemic Studios, LLC. |
| **Previous Registration:** | Some audiovisual works, source code & programming code preexisting. |
| **Basis of Claim:** | New Matter: additions & revisions. |
| **Copyright Note:** | Cataloged from appl. |
| **Names:** | Lucasfilm Entertainment Company, Ltd. |
| | Lucasfilm, Ltd. |
| | Pandemic Studios, LLC |

8

## Valve's Counter-Strike

**Counter-Strike : Condition Zero.**

**Type of Work:**             Computer File

**Registration Number / Date:** TX0005991145 / 2004-06-21

**Title:**                  Counter-Strike : condition zero.

**Description:**          Computer program.

**Notes:**              Printout (54 p.) only deposited.

**Copyright Claimant:**   Valve Corporation

**Date of Creation:**      2003

**Date of Publication:**   2004-03-22

**Authorship on Application:**  portion of computer program: Valve Corporation, Gearbox Software, LLC, Ritual Entertainment, Inc., & Turtle Rock Studios, Inc., employers for hire.

**Previous Registration:**  Appl. states all new except for code incorporated from the pre-existing work (The valve engine v.1.0.0.5 and counter-strike)

**Variant title:**       Counter-Strike : condition zero

**Names:**             Valve Corporation

                     Gearbox Software, LLC

                     Ritual Entertainment, Inc.

                     Turtle Rock Studios, Inc.

**Counter-Strike: Global Offensive.**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008528929 / 2018-05-08 |
| **Application Title:** | Counter-Strike: Global Offensive. |
| **Title:** | Counter-Strike: Global Offensive. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Valve Corporation. Address: 10400 NE 4th Street, Suite 1400, Bellevue, WA, 98004, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-03-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Valve Corporation, employer for hire; Domicile: United States. Authorship: computer program. |
| **Previous Registration:** | 6/21/2004, TX0005991145. |
| | 7/1/2016, TX0008209281. |
| **Pre-existing Material:** | computer program. |
| **Basis of Claim:** | computer program, revised and additional computer program. |
| **Rights and Permissions:** | Valve Corporation, 10400 NE 4th Street, Suite 1400, Bellevue, WA, 98004, United States |
| **Names:** | Valve Corporation |

**Counter-Strike: Global Offensive.**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008209281 / 2016-07-01 |
| **Application Title:** | Counter-Strike: Global Offensive. |
| **Title:** | Counter-Strike: Global Offensive. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Valve Corporation. Address: 10900 NE 4th St., Suite 500, Bellevue, WA, 98004, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-08-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Valve Corporation, employer for hire; Citizenship: United States. Authorship: computer program. |
| **Previous Registration:** | 2004, TX0005991145. |
| **Pre-existing Material:** | computer program. |
| **Basis of Claim:** | computer program. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | [Valve Corporation](#) |

**Counter-Strike: Global Offensive 1.38.4.6.**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0009201342 / 2022-11-17 |
| **Application Title:** | Counter-Strike: Global Offensive 1.38.4.6. |
| **Title:** | Counter-Strike: Global Offensive 1.38.4.6. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Valve Corporation. Address: 10400 NE 4th St, Suite 1400, Bellevue, Washington, 98004, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-10-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Valve Corporation (author of anonymous contribution), employer for hire; Domicile: United States. Authorship: computer program. |
| **Previous Registration:** | 2022, TX 9-110-296. |
| **Pre-existing Material:** | computer program. |
| **Basis of Claim:** | computer program, Revised and additional computer program. |
| **Rights and Permissions:** | Valve Corporation, 10400 NE 4th Street, Suite 1400, Bellevue, Washington, 98004, United States, jessicap@valvesoftware.com |
| **Copyright Note:** | Regarding author information: A work made for hire is not an anonymous work. Compendium 614.1(E). |
| | Regarding previous registration: Registration year added from Copyright Office records. |
| **Names:** | [Valve Corporation](#) |

| | |
|---|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SRu001179994 / 2014-09-09 |
| **Application Title:** | Tenth Dimension Volume 12: Bullets. |

| | |
|---|---|
| **Title:** | Decimate (Backend Only), et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Michael Randall Zarin. Address: 3841 Shannon Road, Los Angeles, CA 90027. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | Michael Randall Zarin; Citizenship: United States. Authorship: Sound recording, performance, production, and music. |
| **Rights and Permissions:** | Michael Randall Zarin, Sencit Music, 3841 Shannon Road, Los Angeles, CA, 90027, (310) 774-0123, info@sencit.net |
| **Contents:** | Decimate. |
| | Decimate (Backend Only) |
| | Decimate (Drums Only) |
| | Decimate (No Drums) |
| | Army of One. |
| | Army of One (Backend Only) |
| | Army of One (Drums Only) |
| | Army of One (No Drums) |
| | Manhunt. |
| | Manhunt (Backend Only) |
| | Manhunt (Drums Only) |
| | Manhunt (No Drums) |
| | Counter Strike. |
| | Counter Strike (Backend Only) |
| | Counter Strike (Drums Only) |
| | Counter Strike (No Drums) |
| | Appetite For Destruction. |

Appetite For Destruction (Backend Only)

Appetite For Destruction (Drums Only)

Appetite For Destruction (No Drums)

Agent Orange.

Agent Orange (Backend Only)

Agent Orange (Drums Only)

Agent Orange (No Drums)

Bullets.

Bullets (Backend Only)

Bullets (Drums Only)

Bullets (No Drums)

Clones.

Clones (Backend Only)

Clones (Drums Only)

Clones (No Drums)

Painkiller.

Painkiller (Backend Only)

Painkiller (Drums Only)

Painkiller (No Drums)

Night Vision.

Night Vision (Backend Only)

Night Vision (Drums Only)

Night Vision (No Drums)

The Invasion.

The Invasion (Backend Only)

The Invasion (Drums Only)

The Invasion (No Drums)

Meltdown.

Meltdown (Backend Only)

Meltdown (Drums Only)

Meltdown (No Drums)

Special Ops.

Special Ops (Backend Only)

Special Ops (Drums Only)

Special Ops (No Drums)

In Chains.

In Chains (Backend Only)

In Chains (Drums Only)

In Chains (No Drums)

Voltage.

Voltage (Backend Only)

Voltage (Drums Only)

Voltage (No Drums)

Code Red.

Code Red (Backend Only)

Code Red (Drums Only)

Code Red (No Drums)

Charge of the Brigade.

Charge of the Brigade (Backend Only)

In Ruins.

In Ruins (Backend Only)

Drop Zone.

Drop Zone (Backend Only)

Drop Zone (Drums Only)

Drop Zone (No Drums)

**Names:**          Zarin, Michael Randall

# Studio Wildcard's ARK: Survival Evolved

**ARK: Survival Evolved (Nintendo Switch Version)**

**Type of Work:**                Computer File

**Registration Number / Date:** TX0008844750 / 2019-11-12

**Application Title:**           ARK: Survival Evolved (Nintendo Switch Version)

**Title:**                       ARK: Survival Evolved (Nintendo Switch Version)

**Description:**                 Game cartridge.

**Notes:**                       Videogame.

**Copyright Claimant:**          Snail Games USA Inc., Transfer: By written agreement. Address: 12049 Jefferson Blvd., Culver City, CA, 90230, United States.

**Date of Creation:**            2018

**Date of Publication:**         2018-11-30

**Nation of First Publication:** United States

**Authorship on Application:**   Studio Wildcard, employer for hire; Domicile: United States; Citizenship: United States. Authorship: computer program and audiovisual material for a videogame.

**Rights and Permissions:**      Brian Wheeler, Atkinson, Andelson, Loya, Ruud & Romo, 12800 Center Court Drive, Suite 300, Cerritos, CA, 90703, United States, (562) 653-3200, bwheeler@aalrr.com

**Copyright Note:**              C.O. correspondence.

**Names:**                       Studio Wildcard

                                 Snail Games USA Inc.

**ARK: Survival Evolved (Nintendo Switch Version)**

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009199495 / 2022-11-30 |
| | Supplement to: TX0008844750 / 2019 |
| **Application Title:** | ARK: Survival Evolved (Nintendo Switch Version) |
| **Title:** | ARK: Survival Evolved (Nintendo Switch Version) |
| **Copyright Claimant:** | Snail Games USA Inc., Transfer: By written agreement. Address: 12049 Jefferson Blvd., Culver City, CA, 90230, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-11-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Studio Wildcard, employer for hire; Domicile: United States; Citizenship: United States. Authorship: computer program and audiovisual material for a videogame. |
| **Pre-existing Material:** | Previous versions of videogame. |
| **Basis of Claim:** | computer program and audiovisual material for a videogame. |
| **Supplement to Registration:** | TX0008844750, 2019. |
| **Amplifications Explained:** | Identification of previous versions of videogame and new material included. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Studio Wildcard |
| | Snail Games USA Inc. |

18

**ARK: Survival Evolved (PS4 Version)**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008850188 / 2019-11-12 |
| | Supplemented by: TX0009199502 / 2022 |
| **Application Title:** | ARK: Survival Evolved (PS4 Version) |
| **Title:** | ARK: Survival Evolved (PS4 Version) |
| **Description:** | Blu-Ray ROM. |
| **Copyright Claimant:** | Snail Games USA Inc., Transfer: By written agreement. Address: 12049 Jefferson Blvd., Culver City, CA, 90230, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-08-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Studio Wildcard, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, computer program, artwork. |
| **Rights and Permissions:** | Brian Wheeler, Atkinson, Andelson, Loya, Ruud & Romo, 12800 Center Court Drive, Suite 300, Cerritos, CA, 90703, United States, (562) 653-3200, bwheeler@aalrr.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Studio Wildcard |
| | Snail Games USA Inc. |

**ARK: Survival Evolved (PS4 Version)**

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009199502 / 2022-11-30 |
| | Supplement to: TX0008850188 / 2019 |
| **Application Title:** | ARK: Survival Evolved (PS4 Version) |
| **Title:** | ARK: Survival Evolved (PS4 Version) |
| **Copyright Claimant:** | Snail Games USA Inc., Transfer: By written agreement. Address: 12049 Jefferson Blvd., Culver City, CA, 90230, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-08-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Studio Wildcard, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, computer program, artwork. |
| **Pre-existing Material:** | Previous versions of computer program. |
| **Basis of Claim:** | text, computer program, artwork. |
| **Supplement to Registration:** | TX0008850188, 2019. |
| **Amplifications Explained:** | Identification of work as a derivative work of previous versions of computer program. |
| **Names:** | Studio Wildcard |
| | Snail Games USA Inc. |

**ARK: Survival Evolved (Xbox One Version)**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008850190 / 2019-11-12 |
| | Supplemented by: TX0009199506 / 2022 |
| **Application Title:** | ARK: Survival Evolved (Xbox One Version) |
| **Title:** | ARK: Survival Evolved (Xbox One Version) |
| **Description:** | Blu-Ray ROM. |
| **Copyright Claimant:** | Snail Games USA Inc., Transfer: By written agreement. Address: 12049 Jefferson Blvd., Culver City, CA, 90230, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-08-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Studio Wildcard, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, computer program, artwork. |
| **Rights and Permissions:** | Brian Wheeler, Atkinson, Andelson, Loya, Ruud & Romo, 12800 Center Court Drive, Suite 300, Cerritos, CA, 90703, United States, (562) 653-3200, bwheeler@aalrr.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Studio Wildcard |
| | Snail Games USA Inc. |

**ARK: Survival Evolved (Xbox One Version)**

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009199506 / 2022-11-30 |
| | Supplement to: TX0008850190 / 2019 |
| **Application Title:** | ARK: Survival Evolved (Xbox One Version) |
| **Title:** | ARK: Survival Evolved (Xbox One Version) |
| **Copyright Claimant:** | Snail Games USA Inc., Transfer: By written agreement. Address: 12049 Jefferson Blvd., Culver City, CA, 90230, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-08-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Studio Wildcard, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, computer program, artwork. |
| **Pre-existing Material:** | Previous versions of computer program. |
| **Basis of Claim:** | text, computer program, artwork. |
| **Supplement to Registration:** | TX0008850190, 2019. |
| **Amplifications Explained:** | Identification of work as a derivative of previous versions of computer program. |
| **Names:** | Studio Wildcard |
| | Snail Games USA Inc. |

22

# <u>Rare's Sea of Thieves</u>

**Sea of thieves for Xbox One.**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008552736 / 2018-06-14 |
| **Application Title:** | Sea of thieves for Xbox One. |
| **Title:** | Sea of thieves for Xbox One. |
| **Description:** | Electronic file (eService) + CD. |
| **Copyright Claimant:** | Microsoft Corporation. Address: One Microsoft Way, Redmond, WA, 98052, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-03-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Microsoft Corporation, employer for hire; Citizenship: United States. Authorship: computer program, including artwork and text on product packaging. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Microsoft Corporation |

**Sea of Thieves.**

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu003927768 / 2018-06-15 |
| **Application Title:** | Sea of Thieves. |
| **Title:** | Sea of Thieves. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Robert Adam Billy Shaffer, 1998- . Address: 1345 puxico rd, percy, IL, 62272, United States. |
| **Date of Creation:** | 2018 |
| **Authorship on Application:** | Robert Adam Billy Shaffer, 1998- (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics, musical arrangement, text. |
| **Rights and Permissions:** | Robert Adam Billy Shaffer, 1345 puxico rd, percy, IL, 62272, United States, (618) 497-2955, (618) 708-2438, robbieshae7@gmail.com |
| **Copyright Note:** | Regarding authorship information: deposit contains only music, lyrics, and musical arrangement. |
| **Names:** | Shaffer, Robert Adam Billy, 1998- |

# Electronic Arts' Battlefield V

**Battlefield V.**

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0002169791 / 2019-01-30 |
| **Application Title:** | Battlefield V (Gen 4) |
| **Title:** | Battlefield V. |
| **Description:** | Blu-ray disc. |
| **Notes:** | Videogame. |
| | Computer printout (50 p.) also deposited. |
| **Copyright Claimant:** | Electronic Arts Inc. Address: 209 Redwood Shores Parkway, Redwood City, CA, 94065, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-11-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Electronic Arts Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Computer game software including audiovisual material. |
| **Names:** | Electronic Arts Inc. |