# EXHIBIT 13

| Row Labels | Count of Unique Users |
| --- | --- |
| United States | 2370 |
| United Kingdom | 392 |
| Canada | 303 |
| Germany | 287 |
| Australia | 278 |
| China | 228 |
| France | 192 |
| Brazil | 157 |
| Thailand | 92 |
| Korea | 90 |
| Italy | 79 |
| (blank) | 68 |
| Mexico | 67 |
| Saudi Arabia | 63 |
| Japan | 63 |
| Netherlands | 62 |
| Denmark | 54 |
| Spain | 51 |
| Poland | 50 |
| Turkey | 45 |
| Chile | 44 |
| Russia | 41 |
| Switzerland | 39 |
| Philippines | 39 |
| Norway | 38 |
| Malaysia | 38 |
| Sweden | 36 |
| Belgium | 35 |
| New Zealand | 35 |
| United Arab Emirates | 31 |
| Taiwan | 30 |
| Singapore | 30 |
| Viet Nam | 29 |
| Austria | 28 |
| Hong Kong SAR | 25 |
| Kuwait | 24 |
| Indonesia | 24 |
| Portugal | 23 |
| India | 22 |
| Israel | 20 |
| Hungary | 19 |
| Ireland | 18 |
| Czech Republic | 16 |
| Greece | 16 |

| | |
|---|---|
| Argentina | 16 |
| Romania | 14 |
| Bahrain | 13 |
| Peru | 13 |
| Finland | 11 |
| South Africa | 11 |
| Andorra | 11 |
| Afghanistan | 10 |
| Qatar | 10 |
| Croatia (Hrvatska) | 9 |
| Puerto Rico | 8 |
| Egypt | 8 |
| Lithuania | 7 |
| Albania | 7 |
| Bulgaria | 6 |
| Estonia | 6 |
| Ukraine | 6 |
| Slovakia | 6 |
| Latvia | 5 |
| Serbia | 5 |
| Sri Lanka | 5 |
| Ecuador | 5 |
| American Samoa | 4 |
| Uruguay | 4 |
| Slovenia | 4 |
| Angola | 4 |
| United States Minor Outlying Islands | 4 |
| Luxembourg | 4 |
| Bahamas | 4 |
| Algeria | 4 |
| Oman | 3 |
| Colombia | 3 |
| Cyprus | 3 |
| Morocco | 3 |
| Dominican Republic | 3 |
| Kazakhstan | 3 |
| Bosnia and Herzegovina | 3 |
| Bangladesh | 3 |
| Pakistan | 2 |
| Georgia | 2 |
| Venezuela | 2 |
| Malta | 2 |
| French Polynesia | 2 |
| Cambodia | 2 |
| Uzbekistan | 2 |
| Honduras | 2 |
| Costa Rica | 2 |

| | |
|---|---|
| Belarus | 2 |
| Niger | 2 |
| Jordan | 2 |
| Pitcairn Islands | 1 |
| North Korea | 1 |
| Namibia | 1 |
| Kyrgyzstan | 1 |
| Panama | 1 |
| Bouvet Island | 1 |
| Ghana | 1 |
| Guyana | 1 |
| Antarctica | 1 |
| Saint Barthélemy | 1 |
| Bhutan | 1 |
| Saint Martin (French part) | 1 |
| Cayman Islands | 1 |
| Haiti | 1 |
| Virgin Islands (British) | 1 |
| Senegal | 1 |
| Sudan | 1 |
| Barbados | 1 |
| Burkina Faso | 1 |
| El Salvador | 1 |
| Iraq | 1 |
| Sint Maarten (Dutch part) | 1 |
| French Guiana | 1 |
| Mauritania | 1 |
| Gambia | 1 |
| Mayotte | 1 |
| Paraguay | 1 |
| Solomon Islands | 1 |
| Åland Islands | 1 |
| Anguilla | 1 |
| Antigua and Barbuda | 1 |
| Moldova | 1 |
| Zambia | 1 |
| Iceland | 1 |
| Gibraltar | 1 |
| St. Lucia | 1 |
| **Grand Total** | **5999** |