# EXHIBIT 14

# Frequently Asked Questions

Our most commonly asked questions from new Wallhax community members.

## Common Cheat Software Questions

▸ **Do you have free hacks?**

▾ **Why should I purchase cheats from you?**

Wallhax has been in business since 2014, but prior to that our team already had combined decades of experience developing cheats. Our products benefit from the knowledge of our team in their features, polish, and security. That includes powerful, game changing features, our sleek and modular cheat framework, and our knowledge of how to work around or bypass the leading anti-cheat solutions.

Unlike public cheats, our software is only available to subscribers, a very small number of people compared to freely available cheats, or even the biggest cheat sites. Thusly, our software is a difficult target for anti-cheat companies.

Furthermore, we dedicated many of our resources to securing our software, whether it's ensuring our launcher loads your cheats securely, or adding new measures to our cheats themselves to avoid anti-cheat systems.