# EXHIBIT 37



212.400.4930
info@kusklaw.com

The Firm        Practice Areas        Attorneys        Representative Matters        Contact



Akiva Cohen   |   acohen@kusklaw.com

After spending a decade litigating complex commercial and intellectual property disputes at AmLaw 100 firms, Akiva M. Cohen joined Kamerman Uncyk in June 2015 to help manage the firm's complex commercial litigation practice. A seasoned Federal and State court litigator and SuperLawyers Rising Star (2011, 2013-15), Mr. Cohen has helped clients achieve satisfactory resolutions, in and out of litigation, of disputes ranging from complex, multi-million dollar business claims to simple landlord tenant issues, and everything in between. Mr. Cohen's clients have ranged across a variety of industries, including hospitality, fashion, commercial and residential real estate, software and technology, credit card processing, broker-dealers, the diamond industry, and banking and finance.

In addition to his experience litigating commercial, trademark, copyright, patent and trade secret claims, Mr. Cohen's practice also includes trademark prosecution. A member of the Sedona Conference, Mr. Cohen has published numerous articles on electronic discovery issues, and has successfully saved clients well over six figures in litigation costs by using his experience to design appropriate discovery protocols.

Prior to joining Kamerman Uncyk, Mr. Cohen was Senior Counsel at Foley & Lardner, LLP, where he was a member of the Intellectual Property and Business Litigation & Dispute Resolution departments and a founding member of Foley's eDiscovery and Data Management practice. Mr. Cohen was previously a litigation associate at Thelen LLP and Brown Raysman Millstein Felder & Steiner, LLP..

Mr. Cohen received his J.D. from Columbia Law School (2004), where he was a Harlan Fiske Stone Scholar and the recipient of the Simon H. Rifkind Prize for best overall performance in the Law School's foundation year moot court program, and a cum laude graduate of CUNY-Queens College (2000).

Mr. Cohen is admitted to practice in New York and before the U.S. District Courts for the Eastern and Southern Districts of New York. He is a member of the American Bar Association, New York State Bar Association and Nassau County Bar Association, and a member of the Board of Directors of PULSE of New York, a non-profit dedicated to patient safety advocacy and education.

Mr. Cohen is the author of "Advanced eDiscovery Strategy – Beyond Cost Control," Law 360, June 20, 2013; "Evolving Judicial Attitudes Towards Predictive Coding Suggest It May Soon Be Time To Retire The Defensibility Question," IT-Lex, April 10, 2013; and co-author of "Throwing Out The Baby With The Bathwater: FINRA's Latest Proposal To Limit Dispositive Motions," in PLI Securities Arbitration 2008: Evolving and Improving, Vol. Two 9 (David E. Robbins ed., 2008).

©2022 Kamerman, Uncyk, Soniker & Klein P.C. All rights reserved.                    Terms of Use & Privacy Statement

Attorney Advertising. Prior results do not guarantee future outcomes.                                                Sitemap



**212.400.4930**
**info@kusklaw.com**

The Firm    Practice Areas    Attorneys    Representative Matters    Contact

# Dylan Schmeyer

Key practice area:

- Commercial Litigation

An associate who is of-counsel to the firm, Dylan Schmeyer is a second-generation entrepreneur who spent 2015-2020 heading a Denver-based consulting firm specializing in business systems and planning, human resources, and marketing. Bringing his substantial legal knowledge and considerable business acumen to bear, Dylan's clients saw regular and aggressive growth, even during challenging economic climates like the pandemic. Having worn a diverse set of hats, from boxer to comic to businessman to lawyer, Dylan understands how to fight, how to work, and how to grow, and has been using his unique skill set to benefit clients at Kamerman, Uncyk, Soniker & Klein since joining the commercial litigation practice in 2021.

Mr. Schmeyer received his JD from Golden Gate University School of Law (2015), where he was an Honors Lawyer Program graduate and won multiple Witkin and CALI Awards in Torts, First Amendment Law, Copyright, Legal Research, and Writing, and Alternate Dispute Resolution, and graduated from the University of Denver (2012) with a Bachelors in Theatre and Political Science.

Mr. Schmeyer is admitted to practice in Colorado and has deep business ties in the Rocky Mountains and on both coasts.

©2022 Kamerman, Uncyk, Soniker & Klein P.C. All rights reserved.

Attorney Advertising. Prior results do not guarantee future outcomes.

Terms of Use & Privacy Statement

Sitemap

MICHAEL DUNFORD, JD, LLM
   Phone: +1 212 400 4930
   Email: mdunford@kusklaw.com

## EDUCATION

| | | |
|---|---|---|
| **PhD** | Queen Mary University of London,<br>Centre for Commercial Law Studies<br>Thesis: "The Fanworks Problem After Twenty Years:<br>A Critical Re-Assessment"<br>Supervisors: Dr. Gaetano Dimita, Mr. Gavin Sutter | Expected 2023 |
| **MA** | Law by Research (Distinction)<br>Queen Mary University of London,<br>Centre for Commercial Law Studies<br>Dissertation: "Fictional Universes:<br>The Latest Copyright Frontier"<br>Advisor: Dr. Gaetano Dimita | Nov 2017 |
| **LLM** | Comparative & International Dispute Resolution (Distinction)<br>Queen Mary University of London,<br>Centre for Commercial Law Studies<br>Dissertation: "Malaysia's Investment Treaty Portfolio:<br>The Scope and Substance of Investor Protections"<br>Advisor: Prof. Loukas Mistelis | Nov 2016 |
| **JD** | William S Richardson School of Law,<br>University of Hawaii at Manoa<br>Class Rank: 11 of 111 | May 2015 |
| **BS** | Zoology<br>University of Hawaii at Manoa | Dec 2005 |

## BAR ADMISSIONS

State of Hawaii     2015
United States District Court, District of Hawaii     2015

## PROFESSIONAL EXPERIENCE

**Kamerman, Uncyk, Soniker & Klein P.C.**     Jul 2022 to Present
Of Counsel
- Represented clients in legal disputes in areas including professional malpractice, breach of contract, intellectual propery, and computer law
- Represented clients in transactional matters including complex and high-profile license revisions
- Consulted with clients on the legal impact of business decisions and policies

TEACHING EXPERIENCE
### COURSES TAUGHT

**University of Warwick**, Coventry, England                     Jan 2019 to June 2019
Sessional Tutor, Department of Law
- Instructor for five seminar groups (~ 60 students) for Internet Regulation (LA 388)
- Developed and taught weekly supplement to lectures.
- Material focused on both UK and EU framework for regulating internet content.
- Key topics include e-commerce and electronic currencies, regulation of domain names, computer-facilitated crimes, attacks on information systems, and privacy and data breaches.
- Provided one-on-one tutoring for students both in person and via email.
- Primary grader for two essay assignments for 45 students.

**William S Richardson School of Law**, Honolulu HI,              Aug 2014 to Dec 2014
**Teaching Assistant,** Evidence
- Teaching assistant for approximately 25 students taking Evidence Law.
- Developed and taught weekly supplement to lectures for bar exam subject.
- Key topics included relevance, hearsay and its exceptions, probabtive and prejudicial testimony, and expert witness testimony.
- Provided additional 1-on-1 assistance to students on an as-needed basis.

**William S Richardson School of Law**, Honolulu HI               Aug 2013 to May 2014
**Teaching Assistant**, Contracts I & II
- Teaching assistant for approximately 75 students taking Contracts Law, a mandatory first year course.
- Developed and taught weekly presentation to supplement lectures.
- Key topics included all areas of United States contract law, including the differences between the Restatement of Contracts and Uniform Commercial Code approaches.
- Provided additional one-on-one tutoring and guidance on an as-needed basis.

TEACHING EXPERIENCE
### ADDITIONAL GUEST LECTURES/TUTORIALS

**Queen Mary University of London**, London, England              Oct 2018 to Present
**Centre for Commercial Law Studies,** Various LLM modules.
- Developed and taught lecture on intellectual property issues related to the developing video game streaming industry for Interactive Entertainment Law module. (~45 students)
- Developed and taught lecture on the right of publicity in the USA, UK, EU, and Australia for Interactive Entertainment Law module. (~30 students)
- Updated and taught lecture on the right of privacy in the USA and UK for Media Law module. (~20 students)
- Developed and taught lecture on key aspects of American law for students enrolled in intellectual property specialism. (~30 students)

### EDITING AND REVIEWING

**Queen Mary Law Journal** May 2020 to May 2021
Assistant Editor, Volume 1

**Asian Pacific Law and Policy Journal** May 2014 to May 2015
Staff Editor, Volume 16

### ACADEMIC PUBLICATIONS

Alexandrou, A, Dunford, M, Fasciana, S, Dimita G, MacDonald M, *Cyberpunk 2077: An Intellectual Property Analysis of a Multifaceted Product*, World Intellectual Property Organization, Doc WIPO/SMES/GE/20, available at https://www.wipo.int/edocs/mdocs/mdocs/en/wipo_smes_ge_20/wipo_smes_ge_20_p3.pdf (2021)

Dunford, M, *Paramount Pictures v. Axanar Productions: Identifying the Infringed Work When an Unauthorized Production Is Set in an Existing Fictional Universe,* 1 Interactive Entertainment Law Review 73 (2018)

Gaidos, E., Dubuc, T., Dunford, M., McAndrew, P., Padilla-Gamino, J., Studer, B., Stanley, S. *The Precambrian Emergence of Animal Life: A Geobiological Perspective*, 5 Geobiology 351 (2007)

### POPULAR MEDIA PUBLICATIONS

Dunford, M, "Supreme Court Tech Ruling Could Have Wider Effects on Copyright: Three Observations About – and One Question Arising From – the Google v. Oracle 'Fair Use' Case," (*The Bulwark*, 7 April 2021) https://www.thebulwark.com/supreme-court-tech-ruling-could-have-wider-effects-on-copyright/

### PRESENTATIONS AND INVITED LECTURES

Dunford, M, Greene, R, *The Voyage of the Good Ship Threadnought: What the Aftermath of the World's Worst Retraction Demand Teaches Us About Lawsuits, Public Engagement, and the Legal Significance of Cat Memes*. (Sep 2021). GikII 2021.

Alexandrou, A, Dunford, M, Fasciana, S, *Video Games and IP: Understanding Legal Quandries*. (Apr, 2021). Invited talk hosted by OP Jindal Global University, Sonipat, India.

Alexandrou, A, Dunford, M, Fasciana, S, *Copyright for Cyberpunks: Cyberpunk 2077 Through the Lens of Copyright*. (Feb, 2021). Presentation for meeting of the British Literary and Artistic Copyright Association.

Alexandrou, A, Dunford, M, Fasciana, S, *Intellectual Property Rights Management in an Enterprise*. (Dec, 2020). Invited talk hosted by University of Warsaw

Alexandrou, A, Dunford, M, Fasciana, S, *Presentation on Cyberpunk 2077*. (Oct, 2020). Presentation at *Intellectual Property Management - A Product Based Analysis Workshop for SMEs*, World Intellectual Property Organization.

Dunford, M, *Artificial Intelligence and Intellectual Property*. (Mar, 2020). Panel discussion hosted by the Centre for Commercial Law Studies, Queen Mary University of London

Dunford, M, *Carving Characters from the Commons: How to Use Copyright to Steal Characters from the Public Domain (You're Welcome!)*. (Sept 2019) Paper presented at GikII 2019. London, England.

Dunford, M, *Copyright Law, Character Merchandising, and the Distortion of Indigenous Culture*. (Aug, 2017). Paper presented at the International Workshop on Intellectual Property Law in Perspective of Economic Growth and Wealth Creation. Izmir, Turkey.

Dunford, M, *Locating American Intellectual Property Law in the Library and in the US Legal System: An Introduction for Researchers.* (November 2016). Seminar provided at Queen Mary University of London.

Dunford, M, *Fair Use, Creative Commons, and Other Copyright Issues in Research and Teaching: Navigating the Minefield of Myths and Misconceptions* (October 2014). Seminar provided as part of University of Hawaiʻi at Mānoa's *Open Access Week* program.

Dunford, M, Beem, K. *Evolutionism (Huxley 1869): A Forgotten Third School in the Uniformitarian- Catastrophist Debate*. November 2000. 32 Geological Society of America Abstracts 7, A-88

## COMMUNITY AND PROFESSIONAL SERVICE

**qLegal**, Queen Mary University of London, London, England          Dec 2015 to Mar 2016
**Volunteer, Teach Tech Law**
- Member of student organization conducting range of legal service activities related to technology and entrepreneurship
- Delivered classes to Year 9 students at London-area school on basics of business formation and intellectual property law.

**William S Richardson School of Law**, Honolulu, HI          Feb 2014 to Feb 2015
**Judiciary, Law School Government**
- Member of first Judiciary formed under new Student Bar Association constitution.
- Assisted in overall establishment of new law school government.
- Developed dispute resolution procedures for use within law school community.
- Served as member of judicial panel in dispute over law school government fees.

**William S Richardson School of Law**, Honolulu HI          Jan 2013 to May 2015
**Students for Public Outreach and Civic Education**
- Volunteer (Jan 2013 to May 2013), First Amendment Project Coordinator (May 2013 to May 2014), and President (May 2014 to May 2015) for student-run initiative providing wide range of outreach programs to students in local high schools.
- Coordinated development of curricula for range of classes introducing secondary school students to aspects of the law and legal profession.
- Oversaw development of a program focused specifically on the First Amendment in the educational context.
- Developed curricula and assisted in training attorneys to provide classroom instruction as part of the Hawaii Supreme Court's *Courts in the Community* program.

# Kathryn Tewson

<ktewson@gmail.com>
206.940.3701

## Legal Experience

**Kamerman, Uncyk, Soniker & Klein, P.C.**  New York, NY
*Paralegal - Litigation and Investigation*  January 2021 – present

- Support complex commercial litigation team with all aspects of document and case management.
- Draft, revise, format, and file briefs and other legal documents, including creation of tables of contents and authorities as required.
- Perform primary fact investigation to identify and locate parties, witnesses, and assets.
- Perform legal research to identify key issues, develop strategy, and provide citations for briefs and other documents.
- Collect, review, index, and summarize testimony and documentary evidence; create demonstratives as required.
- Process and analyze financial discovery for revenue, fraud, and damages analysis.
- Create, maintain, and present exhibit lists for hearings and trial.

## Education

**Edmonds College**  Edmonds, WA
*Associate of Technical Arts, Paralegal*  December 2021

## Other Experience

**Classical Singer**  2004-present

Perform symphonic and chamber choral works with elite choral ensembles, including the Seattle Symphony Chorale and the award-winning chamber ensemble Opus 7, for live audiences; record choral elements for video game and movie trailer soundtracks

**Computer Software and Hardware Technician**  1995-2005

Software quality assurance, wireless network engineer, and field hardware service.

## Additional Skills

- OSINT investigation
- Legal research
- Relativity and e-discovery management
- Litigation and trial graphics

## Affiliations

Phi Theta Kappa, Member # 21443850

Certifications

NSLT Certified

Procertas Certified
- Expert (Word, PDF)
- Qualified (Excel, Word Brief, Word Memo)