# EXHIBIT 1

## Summary of Invoices Sent to Bungie

| Exhibit No. | Invoice No. | Date | Amount |
|---|---|---|---|
| 2 | 2170119 | September 21, 2021 | $3,089.50 |
| 3 | 2172022 | October 19, 2021 | $696.00 |
| 4 | 2173651 | November 11, 2021 | $1,334.00 |
| 5 | 2175513 | December 9, 2021 | $348.00 |
| 6 | 2177386 | January 11, 2022 | $291.50 |
| 7 | 2179483 | February 9, 2022 | $1,599.00 |
| 8 | 2181367 | March 10, 2022 | $1,168.50 |
| 9 | 2183423 | April 12, 2022 | $123.00 |
| 10 | 2185499 | May 10, 2022 | $553.50 |
| 11 | 2187468 | June 13, 2022 | $2,152.50 |
| 12 | 2189850 | July 14, 2022 | $1,020.90 |
| 13 | 2191493 | August 9, 2022 | $910.20 |
| 14 | 2193428 | September 13, 2022 | $184.50 |
| 15 | 2195848 | October 17, 2022 | $922.50 |
| 16 | 2197600 | November 10, 2022 | $1,291.50 |
| 17 | 2199393 | December 8, 2022 | $922.50 |
| 18 | 2201132 | January 9, 2023 | $1,851.00 |
| **Total Amount of Invoices** | | | **$18,458.60** |