# EXHIBIT 2



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                               Invoice:  2170119

Adv. Elite Boss Tech, etc.                                         September 21, 2021

<u>**Invoice Summary**</u>

| | |
|---|---:|
| Professional Fees Through August 31, 2021 | $3,089.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$3,089.50** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2170119

September 21, 2021

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 08/16/21 | B. Esler | 0.5 | Telephone call with James Barker regarding local counsel engagement; review draft complaint; telephone call with Akiva Cohen regarding background |
| 08/17/21 | B. Esler | 1.8 | Review and revise complaint to conform to local rules; emails to and from Akiva Cohen regarding complaint and revisions and documents needed to finalize filing; telephone call with Akiva Cohen regarding status, background, and strategy; email to James Barker regarding personal jurisdiction |
| 08/18/21 | B. Esler | 0.5 | Review and approve final complaint; email to Akiva Cohen regarding civil cover sheet and summonses |
| 08/19/21 | B. Esler | 0.5 | Review and approve corporate disclosure statement; email to James Barker regarding press; review judge assignment and email to James Barker and Akiva Cohen regarding same |
| 08/20/21 | B. Esler | 0.4 | Research regarding effectiveness of waiver of service of process by foreign defendants; email to Akiva Cohen regarding effectiveness of waiver |
| 08/27/21 | B. Esler | 0.2 | Brief review of other Bungie complaints |
| 08/27/21 | J. Proctor | 1.3 | Obtain dockets and complaints for Bungie Inc vs. Kunal Bansal and Bungie Inc. vs. Veterancheats.com; manage records; discussions with Brian Esler regarding the same; obtain docket for Bungie Inc vs. Aimjunkies.com and discussion with Brian Esler regarding the same |
| 08/30/21 | B. Esler | 0.1 | Email to Akiva Cohen regarding Rule 4 waiver |
| 08/31/21 | B. Esler | 0.8 | Prepare for and attend meeting with James Barker, Akiva Cohen, Dylan Schmeyer and Kathryn Tewson regarding background on Marsha Pechman and other issues |

Account: 577750

Invoice:  2170119

September 21, 2021

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|---|---|---|---|---|
| B. Esler | Partner | 4.8 | $580 | $2,784.00 |
| J. Proctor | Paralegal | 1.3 | 235 | 305.50 |
| **Summary Total:** | | **6.1** | | **$3,089.50** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through August 31, 2021 | $3,089.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$3,089.50** |

# EXHIBIT 3



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                                          Invoice:  2172022

Adv. Elite Boss Tech, etc.                                                     October 19, 2021

<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through September 30, 2021 | $696.00 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$696.00** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2172022

October 19, 2021

### Invoice Detail

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 09/08/21 | B. Esler | 0.1 | Review email from John Simpson regarding settlement terms |
| 09/13/21 | B. Esler | 0.2 | Review letter to John Simpson; email to Akiva Cohen regarding same |
| 09/16/21 | B. Esler | 0.1 | Review letter from Tactical Rabbit and email to James Barker and Akiva Cohen regarding same |
| 09/17/21 | B. Esler | 0.1 | Email to Akiva Cohen regarding status of service on defendants |
| 09/20/21 | B. Esler | 0.2 | Review scheduling order; email to Akiva Cohen and Dylan Schmeyer regarding same |
| 09/29/21 | B. Esler | 0.1 | Review letter from John Simpson regarding possible settlement |
| 09/30/21 | B. Esler | 0.4 | Prepare for and attend meeting with James Barker and Akiva Cohen regarding settlement offer and response |

### Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 1.2 | $580 | $696.00 |
| **Summary Total:** | | **1.2** | | **$696.00** |

### Invoice Summary

| | |
|---|---|
| Professional Fees Through September 30, 2021 | $696.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$696.00** |

# EXHIBIT 4



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004


Account:  577750.0500                                          Invoice:  2173651

Adv. Elite Boss Tech, etc.                                     November 11, 2021


### Invoice Summary

| | |
|---|---:|
| Professional Fees Through October 31, 2021 | $1,334.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,334.00** |
| **Prior Balance Due:** | **$696.00** |
| **Total Amount Due** | **$2,030.00** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2173651

November 11, 2021

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 10/01/21 | B. Esler | 0.2 | Review emails from John Simpson regarding settlement terms; review proposed draft settlement |
| 10/07/21 | B. Esler | 0.6 | Review schedule and judge's procedures; email to Akiva Cohen regarding length of extension and status; review further information on service and email to Aaron Lukken and Akiva Cohen regarding same; prepare for and voicemail to Grant Cogswell regarding extension of deadlines |
| 10/14/21 | B. Esler | 0.2 | Review orders; prepare for and detailed voicemail for Grant Cogswell regarding extension of deadlines |
| 10/15/21 | B. Esler | 1.2 | Prepare for and voicemail to Grant Cogswell regarding requested extension; telephone call with Grant Cogswell regarding extension of time; email to Akiva Cohen regarding Grant Cogswell telephone call; review file and prepare motion to extend deadlines; email to Akiva Cohen and James Barker regarding extension of deadlines |
| 10/26/21 | B. Esler | 0.1 | Review email from John Simpson regarding status |

**Fee Summary**

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 2.3 | $580 | $1,334.00 |
| **Summary Total:** | | **2.3** | | **$1,334.00** |

**Invoice Summary**

| | |
|---|---|
| Professional Fees Through October 31, 2021 | $1,334.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,334.00** |

# EXHIBIT 5



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004


Account:  577750.0500                                              Invoice:  2175513

Adv. Elite Boss Tech, etc.                                        December 9, 2021


<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through November 30, 2021 | $348.00 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$348.00** |
| **Prior Balance Due:** | <u>**$1,334.00**</u> |
| **Total Amount Due** | <u>**$1,682.00**</u> |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2175513

December 9, 2021

## Invoice Detail

| Date | Professional | Time | Description of Services |
|---|---|---|---|
| 11/02/21 | B. Esler | 0.1 | Review service information from Aaron Lukken and email to Akiva Cohen and Aaron Lukken regarding same |
| 11/05/21 | B. Esler | 0.1 | Review email from John Simpson regarding counteroffer |
| 11/09/21 | B. Esler | 0.1 | Review summary from Akiva Cohen regarding John Simpson conversation along with emails regarding same |
| 11/11/21 | B. Esler | 0.1 | Review emails from John Simpson and Akiva Cohen regarding status of settlement discussions |
| 11/24/21 | B. Esler | 0.2 | Review emails between Akiva Cohen and John Simpson regarding disclosure of data |

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|---|---|---|---|---|
| B. Esler | Partner | 0.6 | $580 | $348.00 |
| **Summary Total:** | | **0.6** | | **$348.00** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through November 30, 2021 | $348.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$348.00** |

# EXHIBIT 6



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500

Invoice:  2177386

Adv. Elite Boss Tech, etc.

January 11, 2022

### Invoice Summary

| | |
|---|---|
| Professional Fees Through December 31, 2021 | $291.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$291.50** |

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2177386

January 11, 2022

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|--------------|------|-------------------------|
| 12/06/21 | B. Esler | 0.2 | Review summary of information from defendant |
| 12/06/21 | J. Proctor | 0.5 | Manage defendant's confidential data disclosure; discussion with Brian Esler regarding same |
| 12/13/21 | B. Esler | 0.1 | Review order assigning new judge and email to Dylan Schmeyer and Akiva Cohen regarding same |

**Fee Summary**

| Professional | Title | Time | Rate | Amount |
|--------------|-------|------|------|--------|
| B. Esler | Partner | 0.3 | $580 | $174.00 |
| J. Proctor | Paralegal | 0.5 | 235 | 117.50 |
| **Summary Total:** | | **0.8** | | **$291.50** |

**Invoice Summary**

| | |
|---|---|
| Professional Fees Through December 31, 2021 | $291.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$291.50** |

# EXHIBIT 7



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                              Invoice:  2179483

Adv. Elite Boss Tech, etc.                                        February 9, 2022

<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through January 31, 2022 | $1,599.00 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$1,599.00** |
| **Prior Balance Due:** | <u>**$291.50**</u> |
| **Total Amount Due** | <u>**$1,890.50**</u> |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice: 2179483

February 9, 2022

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|------|------|------|
| 01/03/22 | B. Esler | 0.1 | Email to Akiva Cohen re extending deadlines |
| 01/05/22 | B. Esler | 0.3 | Review email from Akiva Cohen re questions on data; email to Akiva Cohen re charges to date |
| 01/07/22 | B. Esler | 0.2 | Review order; email to Akiva Cohen and Dylan Schmeyer re order |
| 01/13/22 | B. Esler | 0.3 | Review correspondence and documents from opposing counsel |
| 01/13/22 | B. Esler | 0.2 | Review email and attachments from John Simpson |
| 01/17/22 | B. Esler | 0.3 | Review Aimjunkies motion to dismiss and email to Akiva Cohen re same |
| 01/18/22 | B. Esler | 0.3 | Review correspondence with John Simpson and email to Akiva Cohen re same; email to Akiva Cohen and James Barker re Tactical Rabbit package |
| 01/19/22 | B. Esler | 0.1 | Review email from Akiva Cohen to John Simpson re response to offer |
| 01/20/22 | B. Esler | 0.2 | Email to Dylan Schmeyer and Akiva Cohen re options for extending deadline for answer |
| 01/24/22 | B. Esler | 0.5 | Telephone call with Dylan Schmeyer re proposed stipulated motion; draft proposed stipulated motion to extend deadlines |
| 01/26/22 | B. Esler | 0.1 | Review order and email to Akiva Cohen re same |

**Fee Summary**

| Professional | Title | Time | Rate | Amount |
|------|------|------|------|------|
| B. Esler | Partner | 2.6 | $615 | $1,599.00 |
| **Summary Total:** | | **2.6** | | **$1,599.00** |

Miller Nash LLP

Account: 577750

Invoice:  2179483

February 9, 2022

## **Invoice Summary**

| | |
|---|---|
| Professional Fees Through January 31, 2022 | $1,599.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,599.00** |

# EXHIBIT 8



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                          Invoice:  2181367

Adv. Elite Boss Tech, etc.                                     March 10, 2022

### Invoice Summary

| | |
|---|---|
| Professional Fees Through February 28, 2022 | $1,168.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,168.50** |
| **Prior Balance Due:** | **$1,599.00** |
| **Total Amount Due** | **$2,767.50** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2181367

March 10, 2022

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|--------------|------|-------------------------|
| 02/04/22 | B. Esler | 0.2 | Review new information from Akiva Cohen, and email to Akiva Cohen re same |
| 02/08/22 | B. Esler | 0.6 | Review draft Rule 26 report; email to Akiva Cohen re same; email to Akiva Cohen re attending Rule 26 conference; review results of Rule 26 conference and research re standard protective order and other issues under local rules; email to Akiva Cohen re same |
| 02/10/22 | B. Esler | 0.5 | Review and revise protective order; email to Akiva Cohen re same |
| 02/11/22 | B. Esler | 0.2 | Review article on arrest of hacker and email to James Barker and Akiva Cohen re same |
| 02/15/22 | B. Esler | 0.4 | Attend conference call with Akiva Cohen, James Barker and others re status, discovery, and settlement |

**Fee Summary**

| Professional | Title | Time | Rate | Amount |
|--------------|-------|------|------|--------|
| B. Esler | Partner | 1.9 | $615 | $1,168.50 |
| **Summary Total:** | | **1.9** | | **$1,168.50** |

**Invoice Summary**

| | |
|---|---|
| Professional Fees Through February 28, 2022 | $1,168.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,168.50** |

# EXHIBIT 9



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                      Invoice:  2183423
Adv. Elite Boss Tech, etc.                                 April 12, 2022

## Invoice Summary

| | |
|---|---|
| Professional Fees Through March 31, 2022 | $123.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$123.00** |

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2183423

April 12, 2022

## Invoice Detail

| Date | Professional | Time | Description of Services |
|------|--------------|------|-------------------------|
| 03/03/22 | B. Esler | 0.1 | Email to Dylan Schmeyer re total billings |
| 03/29/22 | B. Esler | 0.1 | Email to James Barker re press inquiry |

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|--------------|-------|------|------|--------|
| B. Esler | Partner | 0.2 | $615 | $123.00 |
| **Summary Total:** | | **0.2** | | **$123.00** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through March 31, 2022 | $123.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$123.00** |

# EXHIBIT 10



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                          Invoice:  2185499
Adv. Elite Boss Tech, etc.                                      May 10, 2022

<u>**Invoice Summary**</u>

| | |
|---|---:|
| Professional Fees Through April 30, 2022 | $553.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$553.50** |
| **Prior Balance Due:** | <u>**$123.00**</u> |
| **Total Amount Due** | <u>**$676.50**</u> |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2185499

May 10, 2022

## Invoice Detail

| Date | Professional | Time | Description of Services |
|------|-------------|------|-------------------------|
| 04/03/22 | B. Esler | 0.2 | Email to Akiva Cohen, Kathryn Tewson and Dylan Schmeyer re need for further stipulation to extend deadlines |
| 04/04/22 | B. Esler | 0.3 | Emails with Akiva Cohen and Kathryn Tewson re revising schedule; review and approved revised stipulation |
| 04/05/22 | B. Esler | 0.1 | Review court's minute order requiring status report |
| 04/29/22 | B. Esler | 0.3 | Review Aimjunkies order and email to Akiva Cohen re same |

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 0.9 | $615 | $553.50 |
| **Summary Total:** | | **0.9** | | **$553.50** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through April 30, 2022 | $553.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$553.50** |

# EXHIBIT 11



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004


Account:  577750.0500                                                  Invoice:  2187468

Adv. Elite Boss Tech, etc.                                           June 13, 2022


<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through May 31, 2022 | $2,152.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$2,152.50** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2187468

June 13, 2022

### Invoice Detail

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 05/08/22 | B. Esler | 0.5 | Review proposed stipulated injunction; email to Akiva Cohen re thoughts on stipulated injunction and need for more specificity |
| 05/17/22 | B. Esler | 0.9 | Review suggested changes to settlement agreement; review proposed stipulation and court's minute order; email to Akiva Cohen and Dylan Schmeyer re initial thoughts and need for status report |
| 05/18/22 | B. Esler | 1.6 | Review email from Akiva Cohen; review proposed settlement and draft stipulated motion for entry of consent judgment; research re need for separate judgment; email to Akiva Cohen and Dylan Schmeyer re proposed form of stipulated motion and possible need for separate judgment |
| 05/19/22 | B. Esler | 0.4 | Email with Dylan Schmeyer re further questions about proposed judgment; review other examples of proposed consent judgments; finalize and file status report |
| 05/26/22 | B. Esler | 0.1 | Review changes to settlement agreement |

### Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 3.5 | $615 | $2,152.50 |
| **Summary Total:** | | **3.5** | | **$2,152.50** |

### Invoice Summary

| | |
|---|---|
| Professional Fees Through May 31, 2022 | $2,152.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$2,152.50** |

Miller Nash LLP

# EXHIBIT 12



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                              Invoice:  2189850

Adv. Elite Boss Tech, etc.                                         July 14, 2022

<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through June 30, 2022 | $1,020.90 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$1,020.90** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2189850

July 14, 2022

**Invoice Detail**

| <u>Date</u> | <u>Professional</u> | <u>Time</u> | <u>Description of Services</u> |
|---|---|---|---|
| 06/02/22 | B. Esler | 0.1 | Review court's order on consent judgment |
| 06/03/22 | B. Esler | 0.1 | Email to Akiva Cohen, Kathryn Tewson, and Dylan Schmeyer re settlement |
| 06/05/22 | B. Esler | 0.2 | Review proposed stipulated judgment to determine what changes need to be made to comply with local rules |
| 06/06/22 | B. Esler | 0.7 | Prepare stipulated motion to have entered stipulated consent judgment |
| 06/09/22 | B. Esler | 0.2 | Review and approve for filing stipulated judgment |
| 06/13/22 | R. Cumbow | 0.2 | Review news report of Elite Boss settlement, Brian Esler's report of same, and email re same |
| 06/29/22 | B. Esler | 0.2 | Research re Judge Lin's procedures; email to Dylan Schmeyer and Akiva Cohen re contacting chambers to reopen case |

**Fee Summary**

| <u>Professional</u> | <u>Title</u> | <u>Time</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| B. Esler | Partner | 1.5 | $615 | $922.50 |
| R. Cumbow | Partner | 0.2 | 492 | 98.40 |
| **Summary Total:** | | **1.7** | | **$1,020.90** |

**Invoice Summary**

| | |
|---|---|
| Professional Fees Through June 30, 2022 | $1,020.90 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,020.90** |

# EXHIBIT 13



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                    Invoice:  2191493
Adv. Elite Boss Tech, etc.                               August 9, 2022

### Invoice Summary

| | |
|---|---|
| Professional Fees Through July 31, 2022 | $910.20 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$910.20** |
| **Prior Balance Due:** | **$1,020.90** |
| **Total Amount Due** | **$1,931.10** |

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9%
annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2191493

August 9, 2022

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 07/01/22 | B. Esler | 0.4 | Review court's order closing case and related filings; email to Kadya Peter re keeping case open |
| 07/05/22 | B. Esler | 0.1 | Review consent judgment and email to Akiva Cohen re typo |
| 07/06/22 | R. Cumbow | 0.1 | Review similarly successful Aimjunkies grant of preliminary injunction |
| 07/11/22 | B. Esler | 0.1 | Email to Akiva Cohen re possible default motion |
| 07/13/22 | B. Esler | 0.5 | Review local rules, review and revise motion for default and status report; email to Akiva Cohen re same |
| 07/13/22 | B. Esler | 0.1 | Review and approve status report |
| 07/20/22 | B. Esler | 0.1 | Email to Akiva Cohen re need to update corporate disclosure |
| 07/29/22 | B. Esler | 0.1 | Review order of default |

**Fee Summary**

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 1.4 | $615 | $861.00 |
| R. Cumbow | Partner | 0.1 | 492 | 49.20 |
| **Summary Total:** | | **1.5** | | **$910.20** |

**Invoice Summary**

| | |
|---|---|
| Professional Fees Through July 31, 2022 | $910.20 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$910.20** |

# EXHIBIT 14



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                    Invoice:  2193428

Adv. Elite Boss Tech, etc.                               September 13, 2022

<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through August 31, 2022 | $184.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$184.50** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2193428

September 13, 2022

<u>**Invoice Detail**</u>

| <u>Date</u> | <u>Professional</u> | <u>Time</u> | <u>Description of Services</u> |
|------|------|------|------|
| 08/11/22 | B. Esler | 0.2 | Telephone call with Kathryn Tewson re issuing new summons; update on conversation with new defendant |
| 08/26/22 | B. Esler | 0.1 | Review and approve filing of proof of service on Patrick Schaufuss |

<u>**Fee Summary**</u>

| <u>Professional</u> | <u>Title</u> | <u>Time</u> | <u>Rate</u> | <u>Amount</u> |
|------|------|------|------|------|
| B. Esler | Partner | 0.3 | $615 | $184.50 |
| **Summary Total:** | | **0.3** | | **$184.50** |

<u>**Invoice Summary**</u>

| | |
|------|------|
| Professional Fees Through August 31, 2022 | $184.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | <u>**$184.50**</u> |

# EXHIBIT 15



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                    Invoice:  2195848

Adv. Elite Boss Tech, etc.                               October 17, 2022

<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through September 30, 2022 | $922.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$922.50** |

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2195848

October 17, 2022

## Invoice Detail

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 09/01/22 | B. Esler | 1.5 | Review and revise settlement agreement and confession of judgment; email to Akiva Cohen, Mike Dunford, and Kathryn Tewson re thoughts on proper procedure for confession |

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 1.5 | $615 | $922.50 |
| **Summary Total:** | | **1.5** | | **$922.50** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through September 30, 2022 | $922.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$922.50** |

# EXHIBIT 16



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                       Invoice:  2197600

Adv. Elite Boss Tech, etc.                                 November 10, 2022

<u>**Invoice Summary**</u>

| | |
|---|---:|
| Professional Fees Through October 31, 2022 | $1,291.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$1,291.50** |
| **Prior Balance Due:** | <u>**$922.50**</u> |
| **Total Amount Due** | <u>**$2,214.00**</u> |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2197600

November 10, 2022

### Invoice Detail

| Date | Professional | Time | Description of Services |
|------|-------------|------|-------------------------|
| 10/03/22 | B. Esler | 1.6 | Telephone call with Akiva Cohen re confession of judgment; research re confession of judgment requirements and forms; email to Akiva Cohen re confession of judgment form and use in arbitration; review and revise draft Schaufuss settlement; email to Akiva Cohen and Mike Dunford re proposed changes |
| 10/07/22 | B. Esler | 0.2 | Review and revise status report; email to Dylan Schmeyer re revised report |
| 10/11/22 | B. Esler | 0.1 | Email with Dylan Schmeyer re status report |
| 10/12/22 | B. Esler | 0.2 | Review, revise, and finalize status report |

### Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 2.1 | $615 | $1,291.50 |
| **Summary Total:** | | **2.1** | | **$1,291.50** |

### Invoice Summary

| | |
|---|---|
| Professional Fees Through October 31, 2022 | $1,291.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,291.50** |

Miller Nash LLP

# EXHIBIT 17



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                                              Invoice:  2199393

Adv. Elite Boss Tech, etc.                                                         December 8, 2022

<u>**Invoice Summary**</u>

| | |
|---|---|
| Professional Fees Through November 30, 2022 | $922.50 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$922.50** |
| **Prior Balance Due:** | <u>**$1,291.50**</u> |
| **Total Amount Due** | <u>**$2,214.00**</u> |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice: 2199393

December 8, 2022

## Invoice Detail

| Date | Professional | Time | Description of Services |
|------|-------------|------|------------------------|
| 11/23/22 | B. Esler | 0.5 | Research re Rule 5 and need for additional service or motion; email to Akiva Cohen, Dylan Schmeyer and Kathryn Tewson re Rule 5 analysis and need for motion |
| 11/28/22 | B. Esler | 0.2 | Email to Dylan Schmeyer re amended complaint and whether motion needed |
| 11/29/22 | B. Esler | 0.4 | Review proposed amended complaint; email to Dylan Schmeyer re corrections |
| 11/30/22 | B. Esler | 0.4 | Review, revise and finalize amended complaint; analyze need for summonses and email to Kathryn Tewson re same |

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|-------------|-------|------|------|--------|
| B. Esler | Partner | 1.5 | $615 | $922.50 |
| **Summary Total:** | | **1.5** | | **$922.50** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through November 30, 2022 | $922.50 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$922.50** |

Miller Nash LLP

# EXHIBIT 18



Bungie, Inc.
Attn: Marjorie Martin
550 106th Avenue NE, Suite 207
Bellevue, WA  98004

Account:  577750.0500                                          Invoice:  2201132

Adv. Elite Boss Tech, etc.                                     January 9, 2023

<u>**Invoice Summary**</u>

| | |
|---|---:|
| Professional Fees Through December 31, 2022 | $1,851.00 |
| Disbursements | <u>$0.00</u> |
| **Amount Due - Current Period:** | **$1,851.00** |

---

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
Account # 1536-0646-7352, Routing # 123000220,
Swift Code USBKUS44IMT
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Account: 577750

Invoice:  2201132

January 9, 2023

**Invoice Detail**

| Date | Professional | Time | Description of Services |
|------|--------------|------|-------------------------|
| 12/02/22 | B. Esler | 0.1 | Email to James Barker and Don McGowan re press coverage of amended complaint |
| 12/14/22 | B. Esler | 0.5 | Research re local rules and requirements for default judgment; email to Dylan Schmeyer re same; email to Dylan Schmeyer re need for motion for over length brief |
| 12/14/22 | J. Proctor | 1.2 | Review emails from Dylan Schmeyer and Brian Esler re motion for default, and communicate with Dylan Schmeyer re SCRA reports; locate examples of motion for filing over length brief and discussions with Brian Esler re the same; obtain SCRA report for Daniel Larsen; discussion with Brian Esler, Kathryn Tewson, Dylan Schmeyer, and Akiva Cohen re the same |
| 12/15/22 | J. Proctor | 0.1 | Communicate with Dylan Schmeyer re example of a motion for over length brief |
| 12/18/22 | B. Esler | 0.7 | Review draft motion for default; email to Akiva Cohen re comments on draft motion |
| 12/19/22 | B. Esler | 0.3 | Further research re partnership liability; email to Akiva Cohen re Daniel Larsen's liability as partner in enterprise |
| 12/20/22 | B. Esler | 0.4 | Review and revise motion for over length brief; email to Dylan Schmeyer re proposed revisions |
| 12/20/22 | J. Proctor | 0.2 | Review email from Dylan Schmeyer and motion to file over length brief; communicate with Brian Esler re the same |
| 12/23/22 | B. Esler | 0.1 | Emails with Kathryn Tewson and Akiva Cohen re how to notify court that default won't be filed by December 30 |
| 12/27/22 | B. Esler | 0.3 | Review and revise updated status report; email to Akiva Cohen re proposed changes |

Account: 577750

Invoice:  2201132

January 9, 2023

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|---|---|---|---|---|
| B. Esler | Partner | 2.4 | $615 | $1,476.00 |
| J. Proctor | Paralegal | 1.5 | 250 | 375.00 |
| **Summary Total:** | | **3.9** | | **$1,851.00** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through December 31, 2022 | $1,851.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$1,851.00** |