THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | ) |
| Plaintiff, | ) Case No. 2:21-cv-01112 TL |
| v. | ) **NOTICE OF APPEARANCE** |
| ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20, | ) |
| Defendants. | ) |

TO:        The Clerk of the Court

AND TO:    All parties and counsel of record

YOU AND EACH OF YOU Please take notice that Mitchell D. West of Lowe Graham Jones PLLC hereby appear for Defendant Eddie Tran. All further pleadings and papers, except original process, shall be served upon said attorney.

Mitchell D. West, WSBA #53103
west@lowegrahamjones.com

**NOTICE OF APPEARANCE FOR MITCHELL D. WEST** - 1
No. 21-cv-01112 TL

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Lowe Graham Jones PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 981010
Telephone: (206) 381-3300

Dated this 20th day of March 2023.

LOWE GRAHAM JONES PLLC

_____
Mitchell D. West, WSBA No. 53103
*West@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

**NOTICE OF APPEARANCE FOR MITCHELL D. WEST** - 2
No. 21-cv-01112 TL

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

I, Rischel Voigt, hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system and/or electronic mail on March 20, 2023.

By: _/s/ Rischel Voigt_
Rischel Voigt, Paralegal

NOTICE OF APPEARANCE FOR MITCHELL D. WEST - 3
No. 21-cv-01112 TL

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301