The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

    Defendants.

Case No. 2:21-cv-01112-TL

PRAECIPE

**[CLERK'S ACTION REQUIRED]**

TO:     THE CLERK OF THE COURT

AND TO:     ALL COUNSEL OF RECORD

    Plaintiff Bungie, Inc. respectfully requests the Clerk of the Court to consider the corrected documents listed below:

PRAECIPE - 1
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1. Motion for Default Judgment against Daniel Fagerberg Larsen, attached as **Attachment A**, to replace Plaintiff's Motion for Default Judgment against Daniel Fagerberg Larsen filed on January 20, 2023 (Dkt. No. 59 [REDACTED] and Dkt. No. 66 [UNREDACTED-FILED UNDER SEAL]);

2. Proposed Order on Motion for Default Judgment against Daniel Fagerberg Larsen (Dkt. No. 59-1), attached as **Attachment B**; and

3. Declaration of James Barker in Support of Motion for Default Judgment Dkt. No. 62 [REDACTED] and Dkt. No. 69 [UNREDACTED-FILED UNDER SEAL], attached as **Attachment C**.

The corrections are as follows:

| **Motion for Default Judgment against Daniel Fagerberg Larsen** <br> **Dkt. No. 59 [REDACTED] and Dkt. No. 66 [UNREDACTED-FILED UNDER SEAL]** ||
|---|---|
| TOC, line 16-17: | Correct $13,500,000 to $13,530,000; $338,113.52 to $348,151.02 |
| TOC, line 18-19: | Correct $13,500,000 to $13,530,000 |
| Page 1, line 16: | Correct $17,238,268.23 to $17,278,305.73 |
| Page 1, line 17: | Correct $13,500,000 to $13,530,000 |
| Page 1, line 21: | Correct $338,113.52 to $348,151.02; $17,238,268.23 to $17,278,305.73 |
| Page 30, line 1-2: | Correct $13,500,000 to $13,530,000; $338,113.52 to $348,151.02 |
| Page 30, line 14: | Correct $13,500,000 to $13,530,000 |
| Page 30, line 15: | Correct $13,500,000 to $13,530,000 |
| Page 32, line 5: | Correct $13,500,000 to $13,530,000 |
| Page 36, line 2: | Correct $257,849.60 to $267,887.10 |
| Page 39, line 11: | Correct $17,238,268.23 to $17,278,305.73 |

PRAECIPE - 2
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

| | |
|---|---|
| **Proposed Order on Motion for Default Judgment against Daniel Fagerberg Larsen** <br> **Dkt. No. 59-1** ||
| Page 2, line 1: | Correct $17,238,268.23 to $17,278,305.73 |
| Page 19, line 9-10: | Correct $13,500,000 to $13,530,000; $338,113.52 to $348,151.02 |
| Page 19, line 21-22: | Correct $13,500,000 to $13,530,000 |
| Page 20, line 6: | Correct $13,500,000 to $13,530,000 |
| Page 21, line 1: | Correct $13,500,000 to $13,530,000 |
| Page 24, line 9: | Correct $257,849.60 to $267,887.10 |
| Page 27, line 17: | Correct $17,238,268.23 to $17,278,305.73 |
| **Declaration of James Barker in Support of Motion for Default Judgment** <br> **Dkt. No. 62 [REDACTED] & Dkt. No. 69 [UNREDACTED-FILED UNDER SEAL]** ||
| Page 10 (¶ 28), line 3: | Add a new sentence: "Of that amount, $80,263.92 was paid for expenses, such as expert fees and filing fees, and the remainder is the attorneys' fees we have been billed and paid through the date of this Declaration." |

DATED this 8th day of May, 2023.

By: s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

PRAECIPE - 3
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

| | |
|---|---|
| 1 | Akiva M. Cohen, New York Bar No. 4328969 |
| 2 | (Admitted *pro hac vice*)<br>KAMERMAN, UNCYK, SONIKER |
| 3 | & KLEIN, P.C.<br>1700 Broadway |
| 4 | New York, NY 10019<br>Telephone: (212) 400-4930 |
| 5 | Email: acohen@kusklaw.com |
| 6 | Dylan M. Schmeyer, Colorado Bar No. 50573<br>(Admitted *pro hac vice*) |
| 7 | KAMERMAN, UNCYK, SONIKER<br>& KLEIN, P.C. |
| 8 | 750 W. 148th Ave #4216<br>Westminster, CO 80023 |
| 9 | Telephone: (719) 930-5942<br>Email: dschmeyer@kusklaw.com |
| 10 | Attorneys for Plaintiff |

4879-6993-1874.2

PRAECIPE - 4
(Case No. 2:21-cv-01112-TL)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599