# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>      Plaintiff,<br> v.<br><br>ELITE BOSS TECH, INC., et al.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:21-cv-01112-TL |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Default judgment is entered in Plaintiff's favor. Plaintiff is entitled to recover: (1): $13,530,000 for violations of the DMCA; (2) $300,000 for violations of the Copyright Act; (3) $1,999,998 for violations of RICO; and (4) $267,887.10 in attorney fees and $80,263.92 in costs, for a total of $16,178,149.02.

Defendant Larsen is also permanently enjoined on the terms previously specified (Dkt. No. 77).

 Dated May 9, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Kadya Peter
                Deputy Clerk