UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br> v. <br><br> ELITE BOSS TECH, INC., et al., <br><br> Defendants. | CASE NO. 2:21-cv-01112-TL <br><br> ORDER |

This matter is before the Court *sua sponte*. The Court entered an order of default judgment against Defendant Daniel Fagerberg Larsen (Dkt. No. 77) and previously entered a consent judgment against Defendants Robert James Duthie Nelson, Elite Boss Tech, Inc., and 11020781 Canada Inc. (Dkt. No. 29). In its First Amended Complaint ("FAC"), Plaintiff Bungie, Inc., also includes claims against other named parties as well as a number of fictitious "Doe" Defendants. Dkt. No. 43 ¶¶ 23–45. While some Doe Defendants have apparently been identified since this action commenced (*see id.*), Does 9–20 are still unidentified and have not been served.

ORDER - 1

Dkt. No. 43 ¶ 45. Further, it appears that the remaining named Defendants in the FAC have not been served.

While naming fictious defendants is generally disfavored in federal court, "plaintiff[s] should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds." *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980). On October 12, 2022, Plaintiff stated that it "expects either to be able to identify the remaining Doe Defendants or, alternatively, dismiss without prejudice as to those Defendants on or before November 30, 2022." Dkt. No. 42 at 2. Does 9–20 remain unidentified with no explanation.

Federal Rule of Civil Procedure 4(m) allows the Court to dismiss defendants who are not timely served *sua sponte* upon notice to the plaintiff. The Court therefore DIRECTS Plaintiff to file a stipulated notice voluntarily dismissing all unnamed Doe Defendants and named Defendants who have not been served, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **within fourteen (14) days** of this Order.

Alternatively, if Plaintiff intends to proceed with any of its claims against any of the Doe Defendants or named Defendants who have not yet been served, it must move for leave to amend its complaint to identify any unnamed defendants and/or for additional relief from the service deadline **within fourteen (14) days** of this Order. Otherwise, pursuant to Rule 4(m), the Court will *sua sponte* order the dismissal of all claims against all Doe Defendants and all named Defendants who have not been served.

Additionally, for clarity of the record, the Court DIRECTS Plaintiff to file **within seven (7) days** of this Order a confirmation that Plaintiff has settled with or dismissed any Defendant from the original Complaint that is not listed in the Amended Complaint, other than Defendants

Robert James Duthie Nelson, Elite Boss Tech, Inc., 11020781 Canada Inc., and Daniel Fagerberg Larsen.

Dated this 11th day of May 2023.

Tana Lin
United States District Judge