United States District Court
Western District of Washington

| | |
|---|---|
| Bungie, Inc.<br>　　　　Plaintiff<br>　　VS<br>Elite Boss Tech Incorporated, et al<br>　　　　Defendant | **AFFIDAVIT OF SERVICE**<br><br>File/Index No.: 21 CV 01112<br>Issued On: 11/30/2022<br>Alt File/Index No.:<br>Calendar No.: |

**SERVICE UPON: Eddie Tran a/k/a "Sentient"**

STATE OF California, COUNTY OF Santa Clara: ss

Gary Genest being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of California.

On 2/5/2023 at 6:20 PM at 277 Kaybe Court, San Jose, CA 95139, I effected service of process of the following documents: Summons; First Amended Complaint upon Eddie Tran a/k/a "Sentient", a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Eddie Tran a/k/a "Sentient" personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: asian Age: 59 Height: 5'6" Eyes: Weight: 170 Hair: black

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara
Subscribed and sworn to (or affirmed) before me this 28 day of Feb, 2023, by Gary Genest, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)

PHYLLIS I. DILLON
Notary Public - California
Santa Clara County
Commission # 2367368
My Comm. Expires Aug 19, 2025

Subscribed and sworn before me on
2-28-23

Gary Genest 542
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R88574

Personal Service by Personal Delivery