The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

    Defendants.

Case No. 2:21-cv-01112-TL

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION AND FOR EXTENSION OF TIME TO IDENTIFY OR SERVE REMAINING DEFENDANTS

[PROPOSED]

This matter having come before the Court upon Plaintiff Bungie, Inc.'s Motion to have the Court partially reconsider its May 11th Order (Dkt. No. 79), the motion is GRANTED. The Court strikes that portion of the order that suggested that the defendants that have been named in the Amended Complaint but not yet served would be dismissed. Further, the Court grants

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION - 1
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

Bungie an additional 60 days from the date of this order in which to file a further amended complaint that identifies any current Doe defendants.

SO ORDERED this _____ day of _____, 2023.

_____
Tana Lin
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

Akiva M. Cohen, New York Bar No. 4328969 (Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.
1700 Broadway
New York, NY 10019
Telephone: (212) 400-4930
Email: acohen@kusklaw.com

Dylan M. Schmeyer, Colorado Bar No. 50573 (Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.
750 W. 148th Ave #4216
Westminster, CO 80023
Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

    Attorneys for Plaintiff

4876-6881-8022.1

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION - 2
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599