The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

    Defendants.

Case No. 2:21-cv-01112-TL

DECLARATION OF KATHRYN TEWSON

I, Kathryn Tewson, declare as follows:

1. I am a paralegal and investigator with Kamerman, Uncyk, Soniker & Klein, P.C. ("KUSK"). I have personal knowledge of the events described herein and could and would testify to those events if called upon to do so.

DECLARATION OF KATHRYN TEWSON - 1
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

2. In the course of my work for KUSK, I am regularly tasked with identifying and locating Doe Defendants and other relevant anonymous and pseudonymous individuals.

3. Most recently in this case, I identified defendant Eddie Tran, who was served on February 28, 2023.

4. I also was able to identify Defendants Cruden, Chen, Deng, Magalhaes, Robinson, and "Goodman" (collectively, the "International Defendants") as relevant individuals.

5. Based on all the information we have been able to gather so far, all these International Defendants reside outside the United States.

6. My work to fully identify and confirm the locations of the International Defendants remains ongoing. For many of these International Defendants, all we have right now are names (which may be fictitious names) and the city and country were they supposedly reside.

7. Bungie has settled with previous defendants, and put information received from those settlements to good use.

8. Based on information received through settlements and my own investigation, the International Defendants are all located outside the United States. To the best of our knowledge, Defendant Cruden resides in the Netherlands, Defendant Robinson resides in Germany, Defendant Deng resides in Shanghai, Defendant Chen resides in Beijing, Defendant "Goodman" resides in China, and Defendant Magalhaes resides in Portugal or possibly Romania.

9. Based on information received in settlements and my own investigation, Defendant Magalhaes may also be operating under the name "Bruno Silva."

10. All of the International Defendants operate incognito under assumed names and take other steps to hide their identities and avoid detection.

11. Because of the International Defendants' intentional efforts to evade identification and detection, it is time-consuming and labor intensive to locate physical addresses for them sufficient to effectuate service.

DECLARATION OF KATHRYN TEWSON - 2
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

12. Based on information received in settlement and my own investigation, I have identified email addresses for each of the International Defendants.

13. On February 23, 2023, I delivered Requests for Waivers of Service pursuant to Fed. R. Civ. P. 4(d) to each of the International Defendants by email to the addresses I had identified.

14. None of these emails bounced or otherwise indicated issues with delivery.

15. Apart from Defendant Magalhaes, none of the Defendants even responded to these emails.

16. On February 24, 2023, Defendant Magalhaes responded (under the name "Bruno Silva") and disclaimed any knowledge of or participation in activities related to the instant action. A true and correct copy of our email exchange is attached hereto as **Exhibit 1**.

17. That same day, I responded and asked Defendant Magalhaes / "Bruno Silva" to confirm their address.

18. Defendant Magalhaes / "Bruno Silva" responded and told me their address was Calea Victoriei 118, Sector 1, 010093 Bucharest.

19. Further investigation determined that the address given corresponds to that of the Romanian Copyright Office.

20. Based on information received in settlement and my own investigation, I believe the information provided by defendant Magalhaes / "Bruno Silva" is likely false and that the individual who responded to the email is the proper defendant in this case, and probably resides in Portugal.

21. Bungie is in the process of confirming all of the International Defendants' addresses and commencing Hague service on all International Defendants. These efforts are continuous and ongoing.

DECLARATION OF KATHRYN TEWSON - 3
(Case No. 2:21-cv-01112-TL)

22. In an effort to control costs, Bungie elected not to begin Hague service on the International Defendants until the Fed R. Civ. P. 4(d)(1)(F) deadline to respond to those waiver requests had expired.

23. Bungie has issued a subpoena to Google in an effort to obtain information on Defendant Magalhaes (or Silva) sufficient to effectuate service under Fed. R. Civ. P. 4. The return date for that subpoena is June 15th.

24. Bungie is also optimistic that another settlement with another defendant is forthcoming.

25. Bungie expects the information obtained in the course of that settlement, from its subpoena to Google, and its own continuing investigation will be useful in obtaining further relevant evidence sufficient to effectuate service on the remaining International Defendants and to identify further Doe defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25th day of May, 2023 at Seattle, Washington.

Kathryn Tewson

4880-4571-2742.1

DECLARATION OF KATHRYN TEWSON - 4
(Case No. 2:21-cv-01112-TL)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599