# Exhibit 1

## Re: Request for Waiver of Service in Bungie, Inc. vs Elite Boss Tech, Inc., et al.

Bruno Silva <iamscpt@gmail.com>

Fri 2/24/2023 1:41 PM

To: Kathryn Tewson <ktewson@kusklaw.com>

you should apologize to me , cause you are trying to threat me via email to a court of something i did not even do ,

Kathryn Tewson <ktewson@kusklaw.com> escreveu no dia sexta, 24/02/2023 à(s) 21:39:
> Bruno,
>
> Thank you very much.
>
> Kathryn Tewson, Paralegal
> **Kamerman, Uncyk, Soniker & Klein P.C.**
> 206-940-3701
>
> *Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*
>
> **From:** Bruno Silva <iamscpt@gmail.com>
> **Sent:** Friday, February 24, 2023 1:34 PM
> **To:** Kathryn Tewson <ktewson@kusklaw.com>
> **Subject:** Re: Request for Waiver of Service in Bungie, Inc. vs Elite Boss Tech, Inc., et al.
>
> Calea Victoriei 118
> Sector 1
> 010093 Bucharest
>
>
> Kathryn Tewson <ktewson@kusklaw.com> escreveu no dia sexta, 24/02/2023 à(s) 21:27:
>> Bruno,
>>
>> Our apologies. There may have been a mistake. Can you confirm your address?
>>
>> Kathryn Tewson, Paralegal
>> **Kamerman, Uncyk, Soniker & Klein P.C.**
>> 206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

---

**From:** Bruno Silva <iamscpt@gmail.com>
**Sent:** Friday, February 24, 2023 1:21 PM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** Re: Request for Waiver of Service in Bungie, Inc. vs Elite Boss Tech, Inc., et al.

sorry i dont know what destiny 2 is ,

i dont play online games

Kathryn Tewson <ktewson@kusklaw.com> escreveu no dia sexta, 24/02/2023 à(s) 02:30:
> To Marta Magalhaes:
>
> Why are you getting this?
>
> A lawsuit has been filed against you in this court under the number shown above. A copy of the complaint is attached.
>
> This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed. You may keep the other copy.
>
> What happens next?
>
> If you return the signed waiver, we will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 90 days from the date this notice is sent (see the date below) to answer the complaint.
>
> If you do not return the signed waiver within the time indicated, we will arrange to have the summons and complaint served on you. And we will ask the court to require you to pay the expenses of making service.
>
> Please read the enclosed statement about the duty to avoid unnecessary expenses.
>
> Thanks,
>
> Kathryn Tewson, Paralegal
> **Kamerman, Uncyk, Soniker & Klein P.C.**
> 206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*