The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,<br><br>               Defendants. | Case No. 2:21-cv-01112-TL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION AND FOR EXTENSION OF TIME TO IDENTIFY OR SERVE REMAINING DEFENDANTS<br><br>[PROPOSED] |

This matter having come before the Court upon Plaintiff Bungie, Inc.'s Motion to have the Court partially reconsider its May 11th Order (Dkt. No. 79), the motion is GRANTED. The Court strikes that portion of the order that suggested that the defendants that have been named in the Amended Complaint but not yet served would be dismissed. Further, the Court grants

1  Bungie an additional 60 days from the date of this order in which to file a further amended
2  complaint that identifies any current Doe defendants.
3
4      SO ORDERED this 30th day of May, 2023.
5
6                                                    _____
                                                     Tana Lin
7                                                    United States District Judge
8
9  Presented by:
10
11 By: s/ *Brian W. Esler*
   Brian W. Esler, WSBA No. 22168
12 MILLER NASH LLP
   605 5th Ave S, Ste 900
13 Seattle, WA 98104
   Telephone: (206) 624-8300
14 Fax: (206) 340-9599
   Email: brian.esler@millernash.com
15
   Akiva M. Cohen, New York Bar No.
16 4328969 (Admitted *pro hac vice*)
   KAMERMAN, UNCYK, SONIKER
17 & KLEIN, P.C.
   1700 Broadway
18 New York, NY 10019
   Telephone: (212) 400-4930
19 Email: acohen@kusklaw.com

20 Dylan M. Schmeyer, Colorado Bar No.
   50573 (Admitted *pro hac vice*)
21 KAMERMAN, UNCYK, SONIKER
   & KLEIN, P.C.
22 750 W. 148th Ave #4216
   Westminster, CO 80023
23 Telephone: (719) 930-5942
   Email: dschmeyer@kusklaw.com
24
            Attorneys for Plaintiff
25
26 4876-6881-8022.1

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL
RECONSIDERATION - 2
(Case No. 2:21-cv-01112-TL)