The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20, <br><br> Defendants. | Case No. 2:21-cv-01112-TL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO IDENTIFY DOE DEFENDANTS <br><br> [PROPOSED] |

This matter having come before the Court upon Plaintiff Bungie, Inc.'s Unopposed Motion For an Extension of Time To Identify Doe Defendants, the motion is GRANTED.

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL
RECONSIDERATION - 1
(Case No. 2:21-cv-01112-TL)

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1

2      SO ORDERED this _____ day of _____, 2023.

3

4

5
                                        Honorable Tana Lin

6                                            UNITED STATES DISTRICT JUDGE

7  Presented by:

8

9
By: s/ *Brian W. Esler*
10 Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
11 605 5th Ave S, Ste 900
Seattle, WA 98104
12 Telephone: (206) 624-8300
Fax: (206) 340-9599
13 Email: brian.esler@millernash.com

14 Akiva M. Cohen, New York Bar No.
4328969 (Admitted *pro hac vice*)
15 KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
16 1700 Broadway
New York, NY 10019
17 Telephone: (212) 400-4930
Email: acohen@kusklaw.com

18
Dylan M. Schmeyer, Colorado Bar No.
19 50573 (Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
20 & KLEIN, P.C.
750 W. 148th Ave #4216
21 Westminster, CO 80023
Telephone: (719) 930-5942
22 Email: dschmeyer@kusklaw.com

23     Attorneys for Plaintiff

24
4876-9213-8870.1
25

26

---

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL
RECONSIDERATION - 2
(Case No. 2:21-cv-01112-TL)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599