The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,<br><br>    Defendants. | Case No. 2:21-cv-01112-TL<br><br>DECLARATION OF DYLAN SCHMEYER IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO IDENTIFY REMAINING DOE DEFENDANTS |

I, Dylan Schmeyer, declare as follows:

  1.  I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C. ("KUSK"), counsel to Bungie, Inc. I have personal knowledge of the events described herein and could and would testify to those events if called upon to do so.

DECLARATION OF DYLAN SCHMEYER - 1
(Case No. 2:21-cv-01112-TL)
4868-9134-6038.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1   2.   Bungie has been attempting to identify additional Doe defendants based on information obtained from Google in response to a subpoena. Though subpoena was served on May 24, we only received responsive documents on August 4, 2023. Those documents provided useful information and we anticipate being able to name additional defendants or provide an update to the Court by September 18, 2023.

3.   I confirmed, both via phone call and email on August 8, that the attorneys for the only remaining identified defendant have no objection to this requested extension of time.

DATED this 9th day of August, 2023.

By: s/ *Dylan M. Schmeyer*
Dylan M. Schmeyer, Colorado Bar No. 50573
(Admitted pro hac vice)

DECLARATION OF DYLAN SCHMEYER - 2
(Case No. 2:21-cv-01112-TL)
4868-9134-6038.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

DATED this 9th day of August, 2023.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

DECLARATION OF DYLAN SCHMEYER - 3
(Case No. 2:21-cv-01112-TL)
4868-9134-6038.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121