The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

Plaintiff,

v.

ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20,

Defendants.

Case No. 2:21-cv-01112-TL

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF EDDIE TRAN

Plaintiff Bungie, Inc, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Rule 41(a)(1)(A)"), hereby dismisses its claims against Defendant Eddie Tran a/k/a Sentient a/k/a Thien Loc Tran. Under Rule 41(a)(1)(B), this dismissal is without prejudice.

Bungie's claims against certain other defendants remain pending and are not dismissed.

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF EDDIE TRAN
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

1  RESPECTFULLY SUBMITTED this 25th day of August, 2023.

2

3
/s/ Brian W. Esler
4   Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
605 5th Ave S, Ste 900
5   Seattle, WA 98104
Telephone: (206) 624-8300
6   Fax: (206) 340-9599
Email: brian.esler@millernash.com
7

8   Akiva M. Cohen, New York Bar No. 4328969
(Admitted *pro hac vice*)
9   KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
1700 Broadway
10  New York, NY 10019
Telephone: (212) 400-4930
11  Email: acohen@kusklaw.com

12  Dylan M. Schmeyer, Colorado Bar No. 50573
(Admitted *pro hac vice*)
13  KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
14  750 W. 148th Ave #4216
Westminster, CO 80023
15  Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com
16
Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF EDDIE TRAN
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | CERTIFICATE OF SERVICE                                          |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

DATED this 25th day of August, 2023.

/s/ *Kristin Martinez Clark*
Kristin Martinez Clark

4893-9691-8907.1

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF EDDIE TRAN
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121