The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

        Plaintiff,

        v.

ELITE BOSS TECH INCORPORATED,
11020781 CANADA INC., DANIEL
FAGERBERG LARSEN, ROBERT JAMES
DUTHIE NELSON, SEBASTIAAN JUAN
THEODOOR CRUDEN A/K/A
"LUZYPHER," JOHN DOE NO. 4 A/K/A
"GOODMAN," YUNXUAN DENG A/K/A
"YIMOSECAI," ANTHONY ROBINSON
A/K/A "RULEZZGAME," EDDIE TRAN
A/K/A "SENTIENT", CHENZHIJIE CHEN
A/K/A "CHENZHIJIE402, DSOFT, CVR
37454303, MARTA MAGALHAES A/K/A
MINDBENDER A/K/A BLUEGIRL, AND
JOHN DOES NO. 9-20,

        Defendants.

Case No. 2:21-cv-01112-TL

PLAINTIFF'S RULE 41(a)(1)
DISMISSAL OF JOHN DOE NO. 4
A/K/A "GOODMAN" AND JOHN DOES
NO. 9-20

Plaintiff Bungie, Inc, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

("Rule 41(a)(1)(A)"), hereby dismisses its claims against unidentified John Doe No. 4 a/k/a

"Goodman", and unnamed Doe defendants John Does No. 9-20. Under Rule 41(a)(1)(B), this

dismissal is without prejudice.

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5ᵀᴴ AVE S, STE 900
SEATTLE, WASHINGTON 98104

1         RESPECTFULLY SUBMITTED this 20th day of September, 2023.

2

3                                 */s/ Brian W. Esler*

4                                Brian W. Esler, WSBA No. 22168
                                   MILLER NASH LLP

5                              605 5th Ave S, Ste 900
                                 Seattle, WA 98104

6                              Telephone: (206) 624-8300
                                 Fax: (206) 340-9599

7                              Email: brian.esler@millernash.com

8                              Akiva M. Cohen, New York Bar No. 4328969
                              (Admitted *pro hac vice*)

9                              KAMERMAN, UNCYK, SONIKER
                              & KLEIN, P.C.

10                           1700 Broadway
                             New York, NY 10019

11                           Telephone: (212) 400-4930
                           Email: acohen@kusklaw.com

12                           Dylan M. Schmeyer, Colorado Bar No. 50573
                          (Admitted *pro hac vice*)

13                          KAMERMAN, UNCYK, SONIKER
                         & KLEIN, P.C.

14                         750 W. 148th Ave #4216
                         Westminster, CO 80023

15                         Telephone: (719) 930-5942
                         Email: dschmeyer@kusklaw.com

16

17                             Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF JOHN DOE NO. 4 A/K/A
"GOODMAN" AND JOHN DOES NO. 9-20
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1                   CERTIFICATE OF SERVICE

2          I hereby certify that I electronically filed the foregoing with the Clerk of the Court

3 using the CM/ECF system which will send notification of such filing to the attorneys of record

4 for the parties.

5          DATED this 20th day of September, 2023.

6

7                                */s/ Kristin Martinez Clark*

                                 Kristin Martinez Clark

8 4893-9691-8907.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF JOHN DOE NO. 4 A/K/A
"GOODMAN" AND JOHN DOES NO. 9-20
(Case No. 2:21-cv-01112-TL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5ᵀᴴ AVE S, STE 900
SEATTLE, WASHINGTON 98104