1

The Honorable Tana Lin

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   BUNGIE, INC.,

11              Plaintiff,

Case No. 2:21-cv-01112-TL

12        v.

13   ELITE BOSS TECH INCORPORATED,
11020781 CANADA INC., DANIEL
14   FAGERBERG LARSEN, ROBERT JAMES
DUTHIE NELSON, SEBASTIAAN JUAN
15   THEODOOR CRUDEN A/K/A
"LUZYPHER," JOHN DOE NO. 4 A/K/A
16   "GOODMAN," YUNXUAN DENG A/K/A
"YIMOSECAI," ANTHONY ROBINSON
17   A/K/A "RULEZZGAME," EDDIE TRAN
A/K/A "SENTIENT", CHENZHIJIE CHEN
18   A/K/A "CHENZHIJIE402, DSOFT, CVR
37454303, MARTA MAGALHAES A/K/A
19   MINDBENDER A/K/A BLUEGIRL, AND
JOHN DOES NO. 9-20,
20

21              Defendants.

PLAINTIFF'S RULE 41(a)(1)
DISMISSAL OF SEBASTIAN JUAN
THEODOOR CRUDEN, YUNXUAN
DENG, ANTHONY ROBINSON,
CHENZHIJIE CHEN, AND MARTA
MAGALHAES

22        Plaintiff Bungie, Inc, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Rule

23   41(a)(1)(A)"), hereby dismisses its claims against Sebastian Juan Theodoor Cruden, Yunxuan

24   Deng, Anthony Robinson, Chenzhijie Chen, and Marta Magalhaes. Under Rule 41(a)(1)(B), this

25   dismissal is without prejudice and without an award of costs or fees to any party.

26

1    RESPECTFULLY SUBMITTED this 19th day of January, 2024.

2

3                                        By: */s/ Brian W. Esler*
                                         Brian W. Esler, WSBA No. 22168
4                                        MILLER NASH LLP
                                         605 5th Ave S, Ste 900
5                                        Seattle, WA 98104
                                         Telephone: (206) 624-8300
6                                        Fax: (206) 340-9599
                                         Email: brian.esler@millernash.com
7
                                         Akiva M. Cohen, New York Bar No. 4328969
8                                        (Admitted *pro hac vice*)
                                         KAMERMAN, UNCYK, SONIKER
9                                        & KLEIN, P.C.
                                         1700 Broadway
10                                       New York, NY 10019
                                         Telephone: (212) 400-4930
11                                       Email: acohen@kusklaw.com

12                                       Dylan M. Schmeyer, Colorado Bar No. 50573
                                         (Admitted *pro hac vice*)
13                                       KAMERMAN, UNCYK, SONIKER
                                         & KLEIN, P.C.
14                                       750 W. 148th Ave #4216
                                         Westminster, CO 80023
15                                       Telephone: (719) 930-5942
                                         Email: dschmeyer@kusklaw.com
16
                                         Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

1          CERTIFICATE OF SERVICE

2          I hereby certify that I electronically filed the foregoing with the Clerk of the Court

3    using the CM/ECF system which will send notification of such filing to the attorneys of record

4    for the parties.

5          DATED this 19th day of January, 2024.

6

7                                         */s/ Kristin Martinez Clark*
                                          Kristin Martinez Clark
8

9

10   4887-0818-8319.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26