The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELITE BOSS TECH INCORPORATED, 11020781 CANADA INC., DANIEL FAGERBERG LARSEN, ROBERT JAMES DUTHIE NELSON, SEBASTIAAN JUAN THEODOOR CRUDEN A/K/A "LUZYPHER," JOHN DOE NO. 4 A/K/A "GOODMAN," YUNXUAN DENG A/K/A "YIMOSECAI," ANTHONY ROBINSON A/K/A "RULEZZGAME," EDDIE TRAN A/K/A "SENTIENT", CHENZHIJIE CHEN A/K/A "CHENZHIJIE402, DSOFT, CVR 37454303, MARTA MAGALHAES A/K/A MINDBENDER A/K/A BLUEGIRL, AND JOHN DOES NO. 9-20, <br><br> Defendants. | Case No. 2:21-cv-01112-TL <br><br> PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF DEFENDANTS DSOFT AND CVR 37454303 |

Plaintiff Bungie, Inc, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Rule 41(a)(1)(A)"), hereby dismisses its claims against Defendants DSOFT and CVR 37454303. Under Rule 41(a)(1)(B), this dismissal is without prejudice.

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF DEFENDANTS
DSOFT AND CVR 37454303 - 1
(Case No. 2:21-cv-01112-TL)

4859-4385-7315.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

RESPECTFULLY SUBMITTED this 7th day of February, 2024.

By: */s/ Brian W. Esler*
Brian W. Esler, WSBA No. 22168
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com

Akiva M. Cohen, New York Bar No. 4328969
(Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
1700 Broadway
New York, NY 10019
Telephone: (212) 400-4930
Email: acohen@kusklaw.com

Dylan M. Schmeyer, Colorado Bar No. 50573
(Admitted *pro hac vice*)
KAMERMAN, UNCYK, SONIKER
& KLEIN, P.C.
750 W. 148th Ave #4216
Westminster, CO 80023
Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

Attorneys for Plaintiff

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF DEFENDANTS
DSOFT AND CVR 37454303 - 2
(Case No. 2:21-cv-01112-TL)

4859-4385-7315.1

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that I electronically filed the foregoing with the Clerk of the Court |
| 3 | using the CM/ECF system which will send notification of such filing to the attorneys of record |
| 4 | for the parties. |
| 5 | DATED this 7th day of February, 2024. |
| 6 | |
| 7 | /s/ Kristin Martinez Clark |
| 8 | Kristin Martinez Clark |

PLAINTIFF'S RULE 41(a)(1) DISMISSAL OF DEFENDANTS
DSOFT AND CVR 37454303 - 1
(Case No. 2:21-cv-01112-TL)

4859-4385-7315.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104