UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ELITE BOSS TECH, INC., et al.,<br><br>    Defendants. | CASE NO. 2:21-cv-01112-TL<br><br>MINUTE ORDER |

  The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

  All claims against active Defendants having been resolved (Dkt. Nos. 29, 78), and all other Defendants having been dismissed (Dkt. Nos. 80, 88–89, 92–93), this case is now CLOSED.

  Dated this 7th day of February 2024.

                  Ravi Subramanian
                  Clerk of the Court

                  s/ Kadya Peter
                  Deputy Clerk